1    ROBERT J. YORIO (SBN 93178)
     ryorio@carrferrell.com
2    V. RANDALL GARD (SBN 151677)
     rgard@carrferrell.com
3    CHRISTOPHER P. GREWE (SBN 245938)
     cgrewe@carrferrell.com
4    CARR & FERRELL LLP
     2200 Geng Road
5    Palo Alto, California 94303
     Telephone: (650) 812-3400
6    Facsimile:  (650) 812-3444

7    Attorneys for Plaintiff
8    MARK L. MCHUGH

FILED

07 JUL 17 PM 1:53

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12   |                                    |  )  CASE NO.:
13   | MARK L. MCHUGH, an individual,     |  )     C 07 3677
14   |            Plaintiff,              |  )
15   |         v.                        |  )  **PLAINTIFF'S CERTIFICATION OF**
16   | HILLERICH & BRADSBY COMPANY., a    |  )  **INTERESTED ENTITIES OR**
17   | private company,                   |  )  **PERSONS**
18   |            Defendant.             |  )
19   |                                    |  )

EDL

20

21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

{00245238v1}                          -1-
                    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2       Pursuant to Civil Local Rule 3-16 and Federal Rule of Civil Procedure 7.1, Plaintiff, by its

3   undersigned attorneys, certifies that as of this date, there is no such interest to report.

4

5   Dated: June *16*, 2007

6

                                     CARR & FERRELL LLP
7

8                          By: _____

9                                ROBERT J. YORIO (SBN 93178)
                                 V. RANDALL GARD (SBN 151677)
10                               CHRISTOPHER P. GREWE (SBN 245938)

11                               *Attorneys for Plaintiffs*
12                               MARK L. MCHUGH

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28