1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  V. RANDALL GARD (SBN 151677)
   rgard@carrferrell.com
3  CHRISTOPHER P. GREWE (SBN 245938)
   cgrewe@carrferrell.com
4  CARR & FERRELL LLP
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
8  MARK L. MCHUGH

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  MARK L. MCHUGH, an individual,         )   CASE NO. C 07-03677 EDL
                                           )
14              Plaintiff,                 )   **ERRATA TO MARK L. MCHUGH'S**
                                           )   **COMPLAINT FOR PATENT**
15        v.                               )   **INFRINGEMENT**
                                           )   **(U.S. Patent No. 5,806,091)**
16  HILLERICH & BRADSBY COMPANY, a         )
    private company,                       )
17                                         )
18              Defendant.                 )
                                           )
19                                         )
                                           )
20                                         )

21

22        Plaintiff Mark L. McHugh ("McHugh" or "Plaintiff") hereby provides the following errata

23  sheet to his "Complaint for Patent Infringement" ("Complaint"), which was filed on July 17, 2007.

24  ///

25  ///

26  ///

27  ///

28  ///

ERRATA TO MARK L. MCHUGH'S COMPLAINT FOR PATENT INFRINGEMENT
Case No. C 07-03677 EDL

1      Plaintiff hereby makes the following correction to the Complaint:

2      1.    The referenced patent number in the Cause of Action heading listed on page three of

3 the Complaint contains an error.  The heading is hereby corrected to read: "CAUSE OF ACTION

4 (Infringement of U.S. Patent No. 5,806,091)" in place of "CAUSE OF ACTION (Infringement of

5 U.S. Patent No. 7,181,775)."  U.S. Patent No. 5,806,091 is identified as the infringed patent in all

6 other references in the Complaint, and a true and correct copy of U.S. Patent No. 5,806,091 is

7 attached to the Complaint.  The corrected version of page three of the Complaint is attached hereto as

8 Exhibit 'A.'

11 Dated: August 1, 2007

12      CARR & FERRELL LLP

14      By: ___/s/ Christopher P. Grewe_____

15      ROBERT J. YORIO (SBN 93178)
      V. RANDALL GARD (SBN 151677)

16      CHRISTOPHER P. GREWE (SBN 245938)

17      *Attorneys for Plaintiff*

18      MARK L. MCHUGH

ERRATA TO MARK L. MCHUGH'S COMPLAINT FOR PATENT INFRINGEMENT
Case No. C 07-03677 EDL

**EXHIBIT A**

**THE PARTIES**

7.     Plaintiff is an individual residing in the State of California.

8.     Plaintiff is informed and believes, and thereon alleges, that defendant H&B Hillerich & Bradsby Company is a company with its principal place of business in Louisville, Kentucky. Plaintiff is further informed and believes, and thereon alleges, that Defendant designs, manufactures, distributes, imports, sells and/or offers for sale in the United States certain products, including the Bionic Gloves Series.

**GENERAL ALLEGATIONS**

9.     Plaintiff is the inventor of the '091 Patent, issued on September 15, 1998, entitled "Hand Grip Aid." Plaintiff is the legal and rightful owner of the '091 Patent.

10.    The '091 Patent generally concerns a hand grip aid to be worn on a user's hand to help prevent hand damage and discomfort while still providing a good tactile feel and a strong grip when a person uses equipment that has a handle. The '091 Patent describes, in part, a glove with thin pockets to contain the hand grip aid during use.

11.    Plaintiff is informed and believes, and thereon alleges, that Defendant makes, uses, imports, distributes, offers for sale and/or sells certain products in the United States that infringe the '091 Patent, including, but not limited, to the Bionic Glove Series, as well as other products which may be further identified during the course of discovery.

**CAUSE OF ACTION**
**(Infringement of U.S. Patent No. 5,806,091)**

12.    Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1 through 11, as though fully set forth herein.

13.    Plaintiff is informed and believes, and thereon alleges, that Defendant makes, uses, imports, distributes, offers for sale and/or sells the Bionic Glove Series and possibly other products that infringe the '091 Patent, and will continue to do so unless enjoined by this Court.

///