ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
V. RANDALL GARD (SBN 151677)
rgard@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

*Attorneys for Plaintiff*
MARK L. MCHUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>        Defendant. | CASE NO. C 07-03677 EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 6, 2007                                            CARR & FERRELL LLP

                                                             By:   /s/ Christopher P. Grewe
                                                                     CHRISTOPHER P. GREWE

                                                                       *Attorneys for Plaintiff*
                                                                       MARK L. MCHUGH