ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
V. RANDALL GARD (SBN 151677)
rgard@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

*Attorneys for Plaintiff*
MARK L. MCHUGH

STEVEN H. LYVERSE
steve.lyverse@slugger.com
HILLERICH & BRADSBY CO.
800 West Main Street
Louisville, Kentucky 40202
Telephone: (502) 588-7255
Facsimile: (502) 588-7298

*Counsel for Defendant*
HILLERICH & BRADSBY CO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>　　　　　Defendant. | **CASE NO. C 07-03677 EDL**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiff MARK L. MCHUGH, and Defendant HILLERICH & BRADSBY CO. ("H&B"), through their respective counsel, hereby stipulate and request that the Case Management Conference in this matter, currently set for October 23, 2007, at 10:00 a.m., in Courtroom E, be continued until December 4, 2007, at 10:00 a.m., or to a date as soon thereafter that is practical for both the Court and the parties, or to such other date as determined by the Court.

1  The grounds for this request are that all parties agree that it would be beneficial to engage in settlement discussions prior to the Case Management Conference in an effort to resolve the dispute without further court action.  Additionally, defendant H&B has not yet filed a response to MARK L. MCHUGH's complaint.  Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines, the parties' meet and confer deadline and Joint ADR Certification Defendant deadline is currently set to occur before H&B's deadline for filing its responsive pleading.

THEREFORE, it is agreed by the undersigned parties, and their respective counsel, that the case management conference now set for October 23, 2007, at 10:00 a.m., shall be continued until December 4, 2007, at 10:00 a.m., or to a date as soon thereafter that is practical for both the Court and the parties, or to such other date as determined by the Court.

SO STIPULATED.

CARR & FERRELL LLP

Dated: October 2, 2007                By:  /s/ Christopher P. Grewe
                                           CHRISTOPHER P. GREWE

                                           *Attorneys for Plaintiff*
                                           MARK L. MCHUGH


HILLERICH & BRADSBY CO.

Dated: October 2, 2007                By:  /s/ Steven H. Lyverse
                                           STEVEN H. LYVERSE

                                           *Counsel for Defendant*
                                           HILLERICH & BRADSBY CO.


**IT IS SO ORDERED**, this _____ day of October 2007.

_____
Elizabeth D. Laporte, United States Magistrate Judge

1  General Order 45 Attestation of Signatures

2  I, Christopher P. Grewe, attest that the concurrence in the filing of this document has been
3  obtained from the other signatory, which shall serve in lieu of his signature.

                           /s/ Christopher P. Grewe
                                Christopher P. Grewe