ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
V. RANDALL GARD (SBN 151677)
rgard@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

*Attorneys for Plaintiff*
MARK L. MCHUGH

STEVEN H. LYVERSE
steve.lyverse@slugger.com
HILLERICH & BRADSBY CO.
800 West Main Street
Louisville, Kentucky 40202
Telephone: (502) 588-7255
Facsimile: (502) 588-7298

*Counsel for Defendant*
HILLERICH & BRADSBY CO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>        Defendant. | **CASE NO. C 07-03677 EDL**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiff MARK L. MCHUGH, and Defendant HILLERICH & BRADSBY CO. ("H&B"), through their respective counsel, hereby stipulate and request that the Case Management Conference in this matter, currently set for October 23, 2007, at 10:00 a.m., in Courtroom E, be continued until December 4, 2007, at 10:00 a.m., or to a date as soon thereafter that is practical for both the Court and the parties, or to such other date as determined by the Court.

1   The grounds for this request are that all parties agree that it would be beneficial to engage in
2   settlement discussions prior to the Case Management Conference in an effort to resolve the dispute
3   without further court action.  Additionally, defendant H&B has not yet filed a response to MARK L.
4   MCHUGH's complaint.  Pursuant to the Court's Order Setting Initial Case Management Conference
5   and ADR Deadlines, the parties' meet and confer deadline and Joint ADR Certification Defendant
6   deadline is currently set to occur before H&B's deadline for filing its responsive pleading.

7   THEREFORE, it is agreed by the undersigned parties, and their respective counsel, that the
8   case management conference now set for October 23, 2007, at 10:00 a.m., shall be continued until
9   December 4, 2007, at 10:00 a.m., or to a date as soon thereafter that is practical for both the Court
10  and the parties, or to such other date as determined by the Court.

11  SO STIPULATED.

12                                                              CARR & FERRELL LLP

14  Dated: October 2, 2007                       By:  /s/ Christopher P. Grewe
                                                              CHRISTOPHER P. GREWE

16                                                              *Attorneys for Plaintiff*
                                                              MARK L. MCHUGH

18                                                              HILLERICH & BRADSBY CO.

20  Dated: October 2, 2007                       By:  /s/ Steven H. Lyverse
                                                              STEVEN H. LYVERSE

22                                                              *Counsel for Defendant*
                                                              HILLERICH & BRADSBY CO.

23  The Case Management Conference is continued to December 4, 2007 at 10:00 a.m.  A
    joint Case Management Conference statement shall be filed no later than November
24  27, 2007.

25  **IT IS SO ORDERED**, this __ 3 __ day of October 2007.

28  _____
    Elizabeth D. Laporte, Magistrate Judge

    IT IS SO ORDERED
    Elizabeth D. Laporte
    Judge Elizabeth D. Laporte

1  General Order 45 Attestation of Signatures

2  I, Christopher P. Grewe, attest that the concurrence in the filing of this document has been

3  obtained from the other signatory, which shall serve in lieu of his signature.

4

5                                 /s/ Christopher P. Grewe

6                                      Christopher P. Grewe

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28