Laura A. Wytsma (CAL. BAR NO. 189527)
lwytsma@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Telephone:    (310) 282-2000
Facsimile:    (310) 282-2200

Attorneys for Defendant
HILLERICH & BRADSBY CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>Defendant. | Case No. C 07-03677 EDL<br><br>Assigned to Hon. Elizabeth D. Laporte<br><br>DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES |

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

DEFENDANT'S CERTIFICATE
OF INTERESTED PARTIES
Case No. C 07-03677 EDL

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 10, 2007

LOEB & LOEB LLP

By    /s/ *Laura A. Wytsma*
Laura A. Wytsma
Attorneys for Defendant
HILLERICH & BRADSBY CO.