1  Laura A. Wytsma (CAL. BAR NO. 189527)
   lwytsma@loeb.com
2  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
3  Los Angeles, California 90067
   Telephone:    (310) 282-2000
4  Facsimile:    (310) 282-2200

5  Attorneys for Defendant
   HILLERICH & BRADSBY CO.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MARK L. MCHUGH, an individual,            Case No. C 07-03677 EDL

12         Plaintiff,                         Assigned to Hon. Elizabeth D. Laporte

13     v.                                     DECLINATION TO PROCEED BEFORE
                                              A MAGISTRATE JUDGE AND
14 HILLERICH & BRADSBY CO., a private        REQUEST FOR REASSIGNMENT TO A
   company,                                   UNITED STATES DISTRICT JUDGE
15
           Defendant.
16

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE
Case No. C 07-03677 EDL

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 10, 2007

LOEB & LOEB LLP

By  /s/ Laura A. Wytsma
Laura A. Wytsma
Attorneys for Defendant
HILLERICH & BRADSBY CO.