1  Laura A. Wytsma (State Bar No. 189527)
   lwytsma@loeb.com
2  Uleses C. Henderson, Jr. (State Bar No. 225246)
   uhenderson@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:    (310) 282-2000
5  Facsimile:    (310) 282-2200

6  Attorneys for Defendant and Counterclaimant
   HILLERICH & BRADSBY CO.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY COMPANY, a private company,<br><br>Defendant. | Case No. C 07-03677 JSW<br><br>REQUEST AND [PROPOSED] ORDER FOR DEFENDANT HILLERICH & BRADSBY CO.'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:    January 18, 2008<br>Time:    1:30 p.m.<br>Ctrm:    Courtroom 2, 17th Floor<br>         Hon. Jeffrey S. White |
| HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation,<br><br>Counterclaimant,<br><br>v.<br><br>MARK L. MCHUGH, an individual,<br><br>Counterclaim-Defendant. | |

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

REQUEST FOR TELEPHONIC APPEARANCE
BY COUNSEL FOR HILLERICH & BRADSBY
Case No. C 07-03677 JSWL

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 16-10(a), counsel for Defendant Hillerich & Bradsby Co. ("H&B") respectfully requests that this Court grant permission to Laura A. Wytsma, lead counsel for H & B, to appear by telephone for the Case Management Conference scheduled for January 18, 2008 at 1:30 p.m. The undersigned represents that Plaintiff's counsel does not oppose this request.

Additionally, H&B requests that the Court grant permission for its General Counsel, Steven H. Lyverse, to participate in the Case Management Conference by telephone.

WHEREFORE, Defendant Hillerich & Bradsby Co. respectfully requests leave of this Court for its counsel to appear by telephone for the January 18, 2008 Case Management Conference.

Dated: January 11, 2008

LOEB & LOEB LLP
LAURA A. WYTSMA
ULESES C. HENDERSON, JR.


By   /s/ Laura A. Wytsma
        Laura A. Wytsma
        Attorneys for Defendant
        HILLERICH & BRADSBY CO.

## ORDER

Defendant Hillerich & Bradsby Co.'s request for its counsel to appear by telephone for the Case Management Conference scheduled for January 18, 2008, at 1:30 p.m. is hereby granted.

IT IS SO ORDERED:


Dated: January ____, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE