UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK L. MCHUGH

            Plaintiff(s),

    v.

HILLERICH & BRADSBY CO.

            Defendant(s).

Case No. C 07-03677 JSW

ADR CERTIFICATION BY PARTIES AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/10/08

/s/ Steven H. Lyverse
[Party]   Hillerich & Bradsby

Dated: 1/10/08

/s/ Laura A. Wytsma
[Counsel]   Loeb & Loeb LLP