# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 18, 2008                  **Court Reporter:**  Lydia Zinn


**CASE NO. C- 07-3677 JSW**

**TITLE:**  Mark L. McHugh v. Hillerich & Bradsby Co.


**COUNSEL FOR PLAINTIFF:**                  **COUNSEL FOR DEFENDANT:**

Robert Yorio                                Laura Wytsma


**PROCEEDINGS:  Initial  Case Management Conference**


**RESULTS:**   The parties are referred to Magistrate Judge LaPorte for a settlement conference to be completed by 3-31-08, if possible.

**The Court adopted the parties claims construction schedule with the following changes:**

**Claims Construction Tutorial:  8-19-08 at 2:00 p.m.**

**Claims Construction Hearing:  8-26-08 at 2:00 p.m.**

**Further Case Management Conference:  4-18-08 at 1:30 p.m.**


**cc:**  Wings Hom;  Mag. Judge LaPorte (Lili)