United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK L. MCHUGH,

        Plaintiff,

  v.

HILLERICH & BRADSBY CO.,

        Defendant.

_____/

No. C 07-03677 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE LAPORTE FOR SETTLEMENT CONFERENCE**

      Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 and the consent of the parties, this matter is referred to Magistrate Judge Elizabeth D. LaPorte to conduct a settlement conference by no later than March 31, 2008, if possible.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

      **IT IS SO ORDERED.**

Dated:  January 24, 2008

                            _____
                            JEFFREY S. WHITE
                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom