UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK L. McHUGH,

      Plaintiff,

      v.

HILLERICH & BRADSBY COMPANY,

      Defendant.
_____/

No. C-07-03677 JSW (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 7, 2008 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **March 21, 2008 at 9:00 a.m.**

On or before **March 11, 2008**, the parties shall submit directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 4, 2008

                                                                  _____
                                                                 ELIZABETH D. LAPORTE
                                                                 United States Magistrate Judge