Laura A. Wytsma (State Bar No. 189527)
lwytsma@loeb.com
Uleses C. Henderson, Jr. (State Bar No. 225246)
uhenderson@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:  (310) 282-2000
Facsimile:   (310) 282-2200

Attorneys for Defendant and Counterclaimant
HILLERICH & BRADSBY CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>　　　　　Defendant. | Case No. C 07-03677 JSW<br><br>Hon. Jeffrey S. White<br><br>NOTICE OF APPEARANCE |
| AND RELATED COUNTERCLAIMS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Uleses C. Henderson, Jr., of the law offices of Loeb & Loeb LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant and Counterclaimant HILLERICH & BRADSBY CO. in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at uhenderson@loeb.com.

Dated: February 15, 2008            LOEB & LOEB LLP


By      /s/  Uleses C. Henderson, Jr.
        Uleses C. Henderson, Jr.
        Attorneys for Defendant
        HILLERICH & BRADSBY CO.