## CIVIL MINUTES

**Magistrate Judge Elizabeth D. Laporte**          **9:00-3:00**
Date: **March 21, 2008**                            Not reported

Case No: **C07- 3677 JSW (EDL)**

Case Name: **Mark L. McHugh v. Hillerich & Bradsby Co.**

Plaintiff  Attorney(s):Robert Yurio; Christopher Grewe; Z. Randall Gard
Defendant Attorney(s): Laura Wystma

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                    **RULING:**
1.
2.
3.
4.
[ X] Settlement Conference - held. Case did not settle [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Parties to fax to Magistrate Judge Laporte's chambers, on or before 4/17/08, confidential updates and proposals for followup.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court

Notes:


cc: Lili, Jennifer