1  Laura A. Wytsma (State Bar No. 189527)
   lwytsma@loeb.com
2  Uleses C. Henderson, Jr. (State Bar No. 225246)
   uhenderson@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:   (310) 282-2000
5  Facsimile:   (310) 282-2200

6  Attorneys for Defendant and Counterclaimant
   HILLERICH & BRADSBY CO.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MARK L. MCHUGH, an individual, | Case No.  C 07-03677 JSW |
| 13             Plaintiff, | MISCELLANEOUS ADMINSTRATIVE REQUEST FOR DEFENDANT HILLERICH & BRADSBY CO.'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| 14       v. | |
| 15  HILLERICH & BRADSBY COMPANY, a private company, | |
| 16             Defendant. | |
| 17  | Date:   April 18, 2008<br>Time:   1:30 p.m.<br>Ctrm:   Courtroom 2, 17th Floor<br>        Hon. Jeffrey S. White |
| 18  | |
| 19  HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation, | |
| 20  | |
| 21            Counterclaimant, | |
| 22       v. | |
| 23  MARK L. MCHUGH, an individual, | |
| 24            Counterclaim-Defendant. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 16-10(a), counsel for Defendant Hillerich & Bradsby Co. ("H&B") respectfully requests that this Court grant permission to Laura A. Wytsma, lead counsel for H&B located in Los Angeles, California, to appear by telephone for the Case Management Conference scheduled for April 18, 2008 at 1:30 p.m. Counsel for H&B may be reached at the following direct landline: (310) 282-2251.

The undersigned represents that Plaintiff's counsel does not oppose this request.

WHEREFORE, Defendant Hillerich & Bradsby Co. respectfully requests leave of this Court for its counsel to appear by telephone for the April 18, 2008 Case Management Conference.

Dated: April 9, 2008

LOEB & LOEB LLP
LAURA A. WYTSMA
ULESES C. HENDERSON, JR.


By   */s/ Laura A. Wytsma*
   Laura A. Wytsma
   Attorneys for Defendant
   HILLERICH & BRADSBY CO.