1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12   MARK L. MCHUGH, an individual,              Case No.  C 07-03677 JSW

13              Plaintiff,                        [PROPOSED] ORDER GRANTING
                                                  MISCELLANEOUS ADMINSTRATIVE
14        v.                                      REQUEST FOR DEFENDANT
                                                  HILLERICH & BRADSBY CO.'S
15   HILLERICH & BRADSBY COMPANY,                 COUNSEL TO APPEAR
     a private company,                           TELEPHONICALLY AT CASE
16                                                MANAGEMENT CONFERENCE

17              Defendant.                        Date:          April 18, 2008
                                                  Time:          1:30 p.m.
18                                                Ctrm:          Courtroom 2, 17th Floor
                                                                 Hon. Jeffrey S. White
19
     HILLERICH & BRADSBY CO. d/b/a
20   Louisville Slugger, a Kentucky corporation,

21              Counterclaimant,

22        v.

23
     MARK L. MCHUGH, an individual,
24
                Counterclaim-Defendant.
25

26

27

28
                                                    [PROPOSED] ORDER GRANTING
                                                 MISCELLANEOUS ADMINISTRATIVE
                                                 REQUEST FOR TELEPHONIC APPEARANCE

1

**ORDER**

2      Defendant Hillerich & Bradsby Co.'s request for its counsel to appear by telephone

3  for the Case Management Conference scheduled for April 18, 2008, at 1:30 p.m. is hereby

4  granted.

5  IT IS SO ORDERED:

6

7  Dated: April _____, 2008

8                                            _____
                                             HON. JEFFREY S. WHITE
9                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
                                             MISCELLANEOUS ADMINISTRATIVE
                                             REQUEST FOR TELEPHONIC APPEARANCE