1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>    Defendant. | Case No.  C 07-03677 JSW<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINSTRATIVE REQUEST FOR DEFENDANT HILLERICH & BRADSBY CO.'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:       April 18, 2008<br>Time:      1:30 p.m.<br>Ctrm:      Courtroom 2, 17th Floor<br>              Hon. Jeffrey S. White |
| HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>MARK L. MCHUGH, an individual,<br><br>    Counterclaim-Defendant. | |

**ORDER**

Defendant Hillerich & Bradsby Co.'s request for its counsel to appear by telephone for the Case Management Conference scheduled for April 18, 2008, at 1:30 p.m. is hereby granted.

IT IS SO ORDERED:

Dated: April \_\_\_\_, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE