UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>    Defendant. | Case No.  C 07-03677 JSW<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINSTRATIVE REQUEST FOR DEFENDANT HILLERICH & BRADSBY CO.'S COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Date:    April 18, 2008<br>Time:   1:30 p.m.<br>Ctrm:   Courtroom 2, 17th Floor<br>         Hon. Jeffrey S. White |
| HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>MARK L. MCHUGH, an individual,<br><br>    Counterclaim-Defendant. | |

[PROPOSED] ORDER GRANTING
MISCELLANEOUS ADMINISTRATIVE
REQUEST FOR TELEPHONIC APPEARANCE

**ORDER**

Defendant Hillerich & Bradsby Co.'s request for its counsel to appear by telephone for the Case Management Conference scheduled for April 18, 2008, at 1:30 p.m. is hereby granted.

IT IS SO ORDERED:

Dated: April _10_, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE