ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
V. RANDALL GARD (SBN 151677)
rgard@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

*Attorneys for Plaintiff*
MARK L. MCHUGH


LAURA A. WYTSMA (SBN 189527)
lwytsma@loeb.com
ULESES C. HENDERSON, JR (SBN 225246)
uhenderson@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone:    (310) 282-2000
Facsimile:    (310) 282-2200

*Attorneys for Defendant*
HILLERICH & BRADSBY CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>　　　　Defendant. | **CASE NO. C 07-03677 JSW**<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:　　　　January 18, 2008<br>Time:　　　　1:30 p.m.<br>Judge:　　　Hon. Jeffrey S. White<br>　　　　　　　Courtroom 2, 17th Floor |
| AND RELATED COUNTERCLAIMS. | |

_____-1-_____
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case No. C 07-03677 JSW

Plaintiff/Counterclaim Defendant Mark L. McHugh ("Plaintiff" or "McHugh") and Defendant/Counterclaimant Hillerich & Bradsby Company ("Defendant" or "H&B") jointly submit this Supplemental Joint Case Management Statement pursuant to Judge White's Civil Minute Order of January 18, 2008. Plaintiff and Defendant are collectively referred to herein as the "Parties."

This Supplement Joint Case Management Statement incorporates and supplements the Initial Joint Case Management Statement and [Proposed] Order, submitted January 11, 2008, and Judge White's Civil Minute Order of January 18, 2008.

**12.   SETTLEMENT AND ADR**

An Early Settlement Conference before Magistrate Judge Laporte occurred on March 21, 2008 ("Settlement Conference") pursuant to the Notice of Settlement Conference and Settlement Conference Order of January 28, 2008, the Notice of Continuance of Settlement Conference, dated February 4, 2008, and pursuant to Judge White's Civil Minute Order of January 18, 2008. The Parties participated in the Settlement Conference in good faith but were unable to reach an agreement regarding a settlement. Based on the current positions of the Parties, the Parties believe that a further settlement conference prior to the issuance of a claim construction ruling of certain claim terms in the asserted claims of U.S. Patent No. 5,806,091 (the "'091 Patent") would not serve the interests of the Parties at the present time.

17.   **SCHEDULING**

Pursuant to Judge White's Civil Minute Order of January 18, 2008, the Court adopted the Parties' claim construction schedule set forth in the Parties' Joint Case Management Statement and [Proposed] Order, submitted January 11, 2008, with the following changes:

Claim Construction Tutorial:  August 19, 2008 at 2:00 p.m.;

Claim Construction Hearing:  August 26, 2008 at 2:00 p.m.

///

///

///

Pursuant to Judge White's Civil Minute Order of January 18, 2008, the claim construction briefing schedule is set as follows:

| Event | Currently Scheduled Date |
|---|---|
| Plaintiffs serve Opening Claim Construction Brief (Patent L.R. 4-5(a)) | July 3, 2008 |
| Defendant serves Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | July 17, 2008 |
| Plaintiffs serve Reply Claim Construction Brief (Patent L.R. 4-5(c)) | July 28, 2008 |

Plaintiff proposes and requests (which Defendant does not oppose) that the Court modify the claim construction briefing schedule by one week as follows:

| Event | Proposed Date |
|---|---|
| Plaintiffs serve Opening Claim Construction Brief (Patent L.R. 4-5(a)) | July 10, 2008 |
| Defendant serves Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | July 24, 2008 |
| Plaintiffs serve Reply Claim Construction Brief (Patent L.R. 4-5(c)) | August 4, 2008 |

///
///
///
///
///
///
///
///
///

**20.   OTHER MATTERS**

The Parties do not have any additional issues to address with the Court at this time.

Respectfully submitted,

Dated:  April 11, 2008                    CARR & FERRELL LLP

By: _____/s/ Christopher P. Grewe_____
    ROBERT J. YORIO (SBN 93178)
    ryorio@carrferrell.com
    V. RANDALL GARD (SBN 151677)
    rgard@carrferrell.com
    CHRISTOPHER P. GREWE (SBN 245938)
    cgrewe@carrferrell.com
    CARR & FERRELL LLP
    2200 Geng Road
    Palo Alto, California 94303
    Telephone: (650) 812-3400
    Facsimile:  (650) 812-3444

*Attorneys for Plaintiff*
MARK L. MCHUGH

Dated:  April 11, 2008                    LOEB & LOEB LLP

By: _____/s/ Laura A. Wytsma_____
    LAURA A. WYTSMA (SBN 103711)
    lwytsma@loeb.com
    ULESES C. HENDERSON, JR.
    uhenderson@loeb.com
    LOEB & LOEB LLP
    10100 Santa Monica Boulevard, Suite 2200
    Los Angeles, Ca 90067
    Telephone:      (310) 282-2000
    Facsimile:      (310) 282-2200

*Attorneys for Defendant and Counterclaimant*
HILLERICH & BRADSBY CO.

**CASE MANAGEMENT ORDER**

The Supplemental Joint Case Management Statement and Proposed Order is hereby adopted by the Court and the Parties are ordered to comply with this Order.  In addition the Court orders:

Dated: _____                    _____
                                                                  HON. JEFFREY S. WHITE
                                                                  UNITED STATES DISTRICT JUDGE

**GENERAL ORDER 45 ATTESTATION OF SIGNATURES**

I, Christopher P. Grewe, attest that the concurrence in the filing of this document has been obtained from the other signatory, which shall serve in lieu of her signature.

By: _____*/s/ Christopher P. Grewe*_____
CHRISTOPHER P. GREWE