ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
V. RANDALL GARD (SBN 151677)
rgard@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counter-Defendant
MARK L. MCHUGH

*(additional attorneys listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>         Plaintiff,<br><br>     v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>         Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C 07-03677 JSW<br><br>**JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**<br><br>**(PATENT LOCAL RULE 4-3)** |

        Pursuant to Patent Local Rule ("Patent L.R.") 4-3, Plaintiff/Counter-Defendant Defendant

Mark L. McHugh ("Plaintiff" or "McHugh") and Defendant/Counterclaimant Hillerich & Bradsby

Company ("Defendant" or "H&B"), by and through their respective counsel, jointly submit this

Joint Claim Construction and Pre-Hearing Statement regarding the August 26, 2008 Claim

Construction Hearing regarding U.S. Patent No. 5,806,091 (the "'091 Patent"). Plaintiff and

Defendant are collectively referred to herein as the "Parties."

**A.      Agreed Claim Constructions (Patent L.R. 4-3(a))**

The Parties do not submit any proposed constructions of claim terms, phrases, and/or clauses on which the parties agree.

**B.      Disputed Claim Constructions and Joint Claim Construction Chart (Patent L.R. 4-3(b))**

The Parties attach hereto a joint claim construction chart for the '091 Patent that includes each party's proposed construction of each disputed claim term, phrase, and/or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either in support of its proposed construction of the claim or to oppose the other party's proposed construction of the claim. *See* Exhibit A. The issue of testimony of percipient and/or expert witnesses is addressed below in Section D.

**C.      Length of Time for Claim Constructions Hearing (Patent L.R. 4-3(c))**

The Parties have agreed that the length of time necessary for the Claim Construction Hearing is roughly 3-4 hours.

**D.      Need for Live Testimony at Claim Constructions Hearing (Patent L.R. 4-3(d))**

The Parties have agreed that there is no need for live testimony at the Claim Construction Hearing.

**E.      Additional Issues that Need to Be Addressed at a Pre-Hearing Conference (Patent L.R. 4-3(e))**

H&B objects to McHugh's reliance on any evidence that was not produced in compliance with Local Rule 4-2 requiring the production of any extrinsic evidence not previously produced.

On May 13, 2008, H&B requested via email the production of the extrinsic evidence identified by McHugh with his proposed constructions. On May 13, 2008, McHugh requested via email a mutual exchange of extrinsic evidence not previously produced, including the extrinsic evidence that H&B reserved the right to rely on to rebut McHugh's proposed and/or further support its proposed construction to the extent that McHugh relies on extrinsic evidence to support his proposed constructions.

1    On May 19, 2008, H&B indicated via email that (1) H&B contends that the claims should

2  be construed solely by reference to the plain language of the claims, specification, and prosecution

3  history of the '091 patent, (2) H&B would not be relying on any extrinsic evidence that was not

4  specifically identified and/or produced when required by Local Rule 4-2, and (3) H&B objects to

5  McHugh's reliance on any evidence that was not produced in compliance with Local Rule 4-2

6  requiring the production of any extrinsic evidence not previously produced.

7    On May 19, 2008, McHugh indicated via email that the production of any extrinsic

8  evidence not previously produced would occur before May 23, 2008.  To date, such extrinsic

9  evidence has not been produced.

10

11    Respectfully submitted,

Dated:  May 19, 2008    CARR & FERRELL LLP

12

13

By: _____ /s/ Christopher P. Grewe _____

14    ROBERT J. YORIO (SBN 93178)
    ryorio@carrferrell.com
15    V. RANDALL GARD (SBN 151677)
    rgard@carrferrell.com
16    CHRISTOPHER P. GREWE (SBN 245938)
    cgrewe@carrferrell.com
17    CARR & FERRELL LLP
    2200 Geng Road
18    Palo Alto, California 94303
    Telephone: (650) 812-3400
19    Facsimile:  (650) 812-3444

20    Attorneys for Plaintiff and Counter-Defendant
    MARK L. MCHUGH

21

22

23

24

25

26

27

28

1    Dated: May 19, 2008                 LOEB & LOEB LLP

2

3                             By: _____/s/ Laura A. Wytsma_____

4                                LAURA A. WYTSMA (SBN 103711)
                               lwytsma@loeb.com

5                                ULESES C. HENDERSON, JR. (SBN 225246)
                               uhenderson@loeb.com

6                                LOEB & LOEB LLP
                               10100 Santa Monica Boulevard, Suite 2200

7                                Los Angeles, Ca 90067
                               Telephone:     (310) 282-2000

8                                Facsimile:      (310) 282-2200

9                                Attorneys for Defendant and Counterclaimant
                               HILLERICH & BRADSBY CO.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT (Patent L.R. 4-3)
(Case No. C 07-03677 JSW)

1

## GENERAL ORDER 45 ATTESTATION OF SIGNATURES

2       I, Christopher P. Grewe, attest that the concurrence in the filing of this document has been

3  obtained from the other signatory, which shall serve in lieu of her signature.

4

5                          By: _____ */s/ Christopher P. Grewe* _____
                                CHRISTOPHER P. GREWE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **member**<br><br>*Proposed for Construction by McHugh*<br><br>Appears in Claims 1, 5, 12 and 13 of the '091 Patent<br><br><br>**elongated resilient member**<br><br>*Proposed for Construction by H&B*<br><br>Appears in Claim 1of the '091 Patent | "member" should be construed to mean "component"<br><br>The entire phrase "elongated resilient member" does not require construction.  To the extent that a construction is required: "long and thin elastic component". | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent – Abstract; 1:45-56; 2:4-5; Figures 2A-B; 2:43-55; 2:64-3:13; 2:6-7; Figure 3; 3:14-18; 3:19-25; 3:36-51; 3:63-4:18; 2:8-9; Figure 4; 4:19-30; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7; 4:45-63.<br><br>*See also* Title and Claims 1-3, 5, 7-15.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97 and 12/01/97, and accompanying remarks; Office Action of 07/31/97;  and Examiner Interview Summary of 08/21/97. | "a long and narrow grip having a length greater than three times an average width made of plastic, rubber, or other flexible material that extends across two or more fingers" | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent at 1:21-26; 1:43, 1:46, 1:52-54; 2:43, 2:46, 2:57, 2:61, 2:63, 2:64-3:13; 3:14, 3:15, 3:17, 3:19, 3:23, 3:33, 3:35, 3:52, 3:53, 3:54, 3:59, 3:63-4:20, 4:29-31, 4:40, 4:51, 5:16, 5:20-21.<br><br>*See also* Title and Claims 1, 2, 3, 7, 12, 13, 16, and 22.<br><br>*See also* 07/17/1995 Application; Amendments of 06/12/1996, 09/26/1996, 11/14/1996, 3/25/1998, 12/01/1997, and accompanying remarks; 09/26/1997 Request for Reconsideration; Office Actions of 03/13/1996 08/14/1996 and 10/7/1997; Examiner |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE: Definitions of "elongate", "resilient" and "member". <br> • *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002. <br> • *The American Heritage Dictionary of the English Language.* 4th ed. 2000. <br> • *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996. <br> • Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | Interview Summary of 8/12/1997 |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

## EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **configured to fit**<br><br>*Proposed for Construction by H&B Only*<br><br>Appears in Claims 1 and 12 of the '091 Patent | No construction required.<br><br>To the extent that a construction is required: "designed to fit." | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent – Abstract; 1:43-56; 2:4-5; Figures 2A-B; 2:43-63; 2:64-3:13; 2:6-7; 3:14-18; 3:19-30; 3:36-51; 3:52-56; 3:63-4:18; 2:8-9; Figure 4; 4:19-30; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7; 4:45-63; 4:64-5:2<br><br>*See also* Claims 1-3, 12, and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Action of 07/31/97; and Examiner Interview Summary of 08/21/97. | "designed to fit" | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent at 2:43-45. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | <u>EXTRINSIC EVIDENCE</u>: Definition for "configure" and "fit".<br>• *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |

-4-

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

## EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **base of the user's fingers**<br><br>*Proposed for Construction by H&B Only*<br><br>Appears in Claim 1 of the '091 Patent | No construction required.<br><br>To the extent that a construction is required: "over the proximal phalanx A2 pulley region of the user's fingers". | INTRINSIC EVIDENCE:<br>*See e.g.,* '091 Patent – Abstract; 1:43-56; 2:1-3; Figure 1; 2:29-42; 2:4-5; Figures 2A-B; 2:43-63; 2:6-7; Figure 3; 3:14-18; 3:19-30; 3:36-51; 3:52-56; 4:8-18; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7; 4:45-63.<br><br>*See also* Claims 1, 5, 7, 12 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Actions of 07/31/97 and 1/13/98; and Examiner Interview Summary of 08/21/97. | "the location where the palm joins the fingers" | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent at 1:43-45.<br><br>*See also* Figs. 1, 3, 5A, 5B, and 6.<br><br>*See also* Claims 1, 5, 7, 12, 13 and 16.<br><br>*See also* 07/17/1995 Application. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE: Dolye MD. Anatomy of the finger flexon tendon shealth and pulley system.  J. HAND SURG. 1988; 13A:473-484. <br><br> FRANK H. NETTER MD., ATLAS OF THE HUMAN ANATOMY (Saunders Elsevier 4th ed. 2006) (1989). <br><br> KEITH L. MOORE, PHD, FIAC, FRSM & ANNE M.R. AGUR, BSC(OT), MSC PHD, ESSENTIAL CLINICAL ANATOMY (Lipponcott Williams & Wilkins 3d ed. 2007) (1995). <br><br> Definition of "at" and "base". <br> • *Webster's Third New International Dictionary,* | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

## EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
|  |  | *Unabridged.* Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. |  |  |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **in a gap**<br><br>*Proposed for Construction by McHugh*<br><br>Appears in Claim 1 of the '091 Patent<br><br>**in a gap between a palm of the user's hand and the base of the user's fingers**<br><br>*Proposed for Construction by H&B*<br><br>Appears in Claim 1 of the '091 Patent | "in the proximal digital crease of the user's hand" | INTRINSIC EVIDENCE:<br>*See e.g.,* '091 Patent – Abstract; 1:43-56; 2:1-3; Figure 1; 2:29-42; 2:4-5; Figures 2A-B; 2:43-63; 2:6-7; Figure 3; 3:14-18; 3:19-30; 3:36-51; 4:8-4:18; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7; 4:45-63.<br><br>*See also* Claims 1-6. 12 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Actions of 07/31/97 and 1/13/98; and Examiner Interview Summaries of 7/31/97, 08/21/97, 09/03/97 and | "filling the space or void above the palm of the hand and below the base of the fingers to prevent the superficial transverse metacarpal ligament, associated tissue, and skin of the palm extending over the base of the fingers when a handle is grasped" | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent at 1:43-52; 2:30-45; 3:15-26; 3:47-49; 4:49-53.<br><br>*See also* Figs. 1, 3, 5A, 5B, and 6.<br><br>*See also* 07/17/1995 Application; Amendments of 04/21/1997, 05/28/1997, and 12/01/1997, and accompanying remarks; and Examiner Interview Summary of 03/20/1997 and proposed claim language referenced therein. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | 12/01/97.<br><br>EXTRINSIC EVIDENCE: Dolye MD. Anatomy of the finger flexon tendon shealth and pulley system.  J. HAND SURG. 1988; 13A:473-484.<br><br>FRANK H. NETTER MD., ATLAS OF THE HUMAN ANATOMY (Saunders Elsevier 4th ed. 2006) (1989).<br><br>KEITH L. MOORE, PhD, FIAC, FRSM & ANNE M.R. AGUR, BSc(OT), MSc PhD, ESSENTIAL CLINICAL ANATOMY (Lipponcott Williams & Wilkins 3d ed. 2007) (1995).<br><br>Definition of "in" and "gap".<br>• *Webster's Third New International* | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | *Dictionary, Unabridged.* Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **retainer**<br><br>*Proposed for Construction by McHugh*<br><br>Appears in Claim 1 of the '091 Patent<br><br><br>**a retainer connected to the member**<br><br>*Proposed for Construction by H&B*<br><br>Appears in Claim 1 of the '091 Patent | "retainer" should be construed to mean "hand grip element for positioning and retaining the member".<br><br>The entire phrase "a retainer connected to the member" does not require construction. | INTRINSIC EVIDENCE:<br>*See e.g.*, '091 Patent – Abstract; 1:54-56; 1:59-62; 2:4-5; Figures 2A-B; 2:55-63; 2:6-7; Figure 3; 3:52-56; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7, 4: 64-5:2.<br><br>*See also* Claims 1-6, 12 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Action of 1/13/98; and Examiner Interview Summaries of 09/03/97 and 12/01/97. | "an elastic band, strap or T-shaped brace connected to the grip" | INTRINSIC EVIDENCE:<br>*See* '091 Patent at 1:54-62; 2:55-63; 3:52-56; 4:31-39; 4:66-5:2<br>*See also* Figs. 2A, 2B and 3.<br><br>*See also* Claims 1, 5-7, 12, and 13<br><br>*See also* 07/17/1995 Application; Amendment of 12/01/97 and accompanying remarks; Examiner Interview Summaries of 09/03/97 and 12/01/97; and 11/13/1997 Draft Amendment. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE: Definition of "retainer" and "connected".<br>• *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **to retain the member**<br><br>*Proposed for Construction by H&B Only*<br><br>Appears in Claim 1 of the '091 Patent | No construction required.<br><br>To the extent that a construction is required: "maintain the position of the member in the user's hand". | INTRINSIC EVIDENCE:<br>*See e.g.*, '091 Patent – Abstract; 1:54-56; 1:59-62; 2:4-5; Figures 2A-B; 2:55-63; 2:6-7; Figure 3; 3:52-56; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7; 4: 64-5:2.<br><br>*See also* Claims 1, 4-7 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Action of 1/13/98; and Examiner Interview Summaries of 09/03/97 and 12/01/97. | "to hold or secure the grip in the proper position" | INTRINSIC EVIDENCE:<br>*See, e.g.*, '091 Patent at 2:55-63.<br><br>*See also* Fig. 3.<br><br>*See also* Claims 1, 4-7, and 13.<br><br>*See also* 07/17/1995 Application. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | <u>EXTRINSIC EVIDENCE</u>:<br>Definition of "retain."<br><br>• *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **adjacent to the base of the user's fingers**<br><br>***Proposed for Construction by H&B Only***<br><br>Appears in Claims 1, 5, 12 and 13 of the '091 Patent | No construction required.<br><br>To the extent that a construction is required: "near the proximal phalanx A2 pulley region of the user's fingers". | INTRINSIC EVIDENCE:<br>*See e.g.*, '091 Patent – Abstract; 1:43-56; 2:1-3; Figure 1; 2:29-42; 2:4-5; 2:6-7; Figure 3; 3:14-18; 3:19-30; 3:36-51; 3:52-56; 4:8-18; 2:10-11; Figures 5A-B; 4:31-44; 2:13-2:17; Figures 6-7; 4:45-63.<br><br>*See also* Claims 1, 5, 7 12 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Actions of 07/31/97 and 1/13/98; and Examiner Interview Summary of 08/21/97. | "below the base of the user's fingers" | INTRINSIC EVIDENCE:<br>*See* '091 Patent at 1:47-50; 2:43-50; and 4:40-48.<br><br>*See also* Figs. 1, 3, 5A, 5B and 6.<br><br>See also Claims 1, 5, 7, 12 and 13<br><br>*See also* 07/17/1995 Application; 08/14/1996 Office Action (#8) (describing elongated member (24) of Webster '690 patent configured to fit adjacent a user's superficial transverse metacarpal ligament and finger). |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | EXTRINSIC EVIDENCE: Dolye MD. Anatomy of the finger flexon tendon shealth and pulley system.  J. HAND SURG. 1988; 13A:473-484.<br><br>FRANK H. NETTER MD., ATLAS OF THE HUMAN ANATOMY (Saunders Elsevier 4th ed. 2006) (1989).<br><br>KEITH L. MOORE, PHD, FIAC, FRSM & ANNE M.R. AGUR, BSC(OT), MSC PHD, ESSENTIAL CLINICAL ANATOMY (Lipponcott Williams & Wilkins 3d ed. 2007) (1995).<br><br>Definition by "adjacent."<br>• *Webster's Third New International Dictionary, Unabridged.* | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

**EXHIBIT A: JOINT CLAIM CONSTRUCTION CHART**

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **attachment**<br><br>Appears in Claims 5 and 13 of the '091 Patent | "glove component which secures the member to the glove." | INTRINSIC EVIDENCE:<br>*See e.g.,* '091 Patent – 1:59-62; 2:55-63; 3:52-56; 2:10-11; Figures 5A-B; 4:31-44; 4: 64-5:2<br><br>*See also* Claims 5, 7 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Action of 1/13/98; and Examiner Interview Summaries of 09/03/97 and 12/01/97.<br><br>EXTRINSIC EVIDENCE:<br>Definition of "attachment."<br>• *Webster's Third New International Dictionary, Unabridged.* | "a strap or long thin pocket" | INTRINSIC EVIDENCE:<br>*See, e.g.,* '091 Patent at 4:31-39; Fig. 5A.<br><br>*See also* Claim 5, 7, and 13.<br><br>*See also* 07/17/1995 Application; Amendment of 12/01/97 and accompanying remarks. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

<u>**EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART**</u>

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | Merriam-Webster, 2002.<br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000.<br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996.<br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

### EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| **includes a plurality of sub-members**<br><br>*Proposed for Construction by H&B Only*<br><br>Appears in Claim 12 the '091 Patent | No construction required.<br><br>To the extent that a construction is required: "includes two or more sub-members". | INTRINSIC EVIDENCE:<br><br>*See e.g.*, '091 Patent – Abstract; 1:43-56; 1:59-62; 2:64-3:13; 2:8-9; Figure 4; 4:19-30; 2:10-11; Figures 5A-B; 4:31-44.<br><br>*See also* Claims 12 and 13.<br><br>*See also* 7/17/1995 Application; Amendments of 06/12/96, 09/26/96, 04/18/97, 08/19/97, 12/01/97, and accompanying remarks; Office Actions of 07/31/97 and 1/13/98; and Examiner Interview Summaries of 07/31/97, 08/21/97, 09/03/97 and 12/01/97. | "includes two or more small grips incorporated into the long and narrow grip" | INTRINSIC EVIDENCE:<br><br>*See, e.g.,* '091 Patent at 4:39-65; *id.* at Fig. 5B.<br><br>*See also* Claims 1, 12, 13, 14 and 15. |

*Mark McHugh v. Hillerich & Bradsby, Co.*
**Case No.: C 07-03677 JSW**
**Patent L.R. 4-3(b)**

<u>EXHIBIT A:  JOINT CLAIM CONSTRUCTION CHART</u>

| CLAIM TERMS | McHUGH'S CONSTRUCTION | McHUGH'S EVIDENCE | H&B'S CONSTRUCTION | H&B'S EVIDENCE |
|---|---|---|---|---|
| | | <u>EXTRINSIC EVIDENCE</u>: Definitions of "include", "plurality" and "sub". <br>• *Webster's Third New International Dictionary, Unabridged.* Merriam-Webster, 2002. <br>• *The American Heritage Dictionary of the English Language.* 4th ed. 2000. <br>• *Webster's Encyclopedic Unabridged Dictionary of the English Language.* 1996. <br>• Pearsall, Judy and Patrick Hanks. *The New Oxford Dictionary of English.* 1998. | | |