ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
V. RANDALL GARD (SBN 151677)
rgard@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counter-Defendant
MARK L. MCHUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>        Defendant. | CASE NO. C 07-03677 JSW<br><br>**PLAINTIFF MARK L. MCHUGH'S EVIDENCE IN SUPPORT OF PLAINTIFF MARK L. MCHUGH'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Date:        August 26, 2008<br>Time:       2 p.m.<br>Judge:      Hon. Jeffrey S. White<br>Courtroom: Courtroom 2, 17th Floor |
| AND RELATED COUNTERCLAIMS. | |

# TABLE OF CONTENTS

1. Declaration of Christopher P. Grewe, Esq.

2. Dictionary Definitions for "adjacent"
   a. *American Heritage Dictionary* (4th ed. 2000)
   b. *New Oxford American Dictionary of English* (2nd ed. 2005)
   c. *Webster's Third New International Dictionary, Unabridged,* Merriam-Webster (2002)

3. Dictionary Definitions for "resilient"
   a. *American Heritage Dictionary* (4th ed. 2000)
   b. *New Oxford American Dictionary of English* (2nd ed. 2005)
   c. *Webster's Third New International Dictionary, Unabridged,* Merriam-Webster (2002)

4. Dictionary Definitions for "sub"
   a. *American Heritage Dictionary* (4th ed. 2000)
   b. *New Oxford American Dictionary of English* (2nd ed. 2005)
   c. *Webster's Encyclopedic Unabridged Dictionary of the English Language* (1996)
   d. *Webster's Third New International Dictionary, Unabridged,* Merriam-Webster (2002)

5. Dolye MD. Anatomy of the finger flexon tendon shealth and pulley system. J. HAND SURG. 1988; 13A:473-484

6. FRANK H. NETTER MD., ATLAS OF THE HUMAN ANATOMY 459, 463 (Saunders Elsevier 4th ed. 2006) (1989).

7. KEITH L. MOORE, PHD, FIAC, FRSM & ANNE M.R. AGUR, BSC(OT), MSC PHD, ESSENTIAL CLINICAL ANATOMY 470 (Lipponcott Williams & Wilkins 3d ed. 2007) (1995)

8. U.S. Patent No. 5,806,091

9. U.S. Patent No. 5,806,091 File Wrapper, Amendment After Final Rejection, 8/19/1997

10. U.S. Patent No. 5,806,091 File Wrapper, Amendment after Non-Final Rejection, 06/12/96

11. U.S. Patent No. 5,806,091 File Wrapper, Examiner Interview Summary Record, 8/12/97

12. U.S. Patent No. 5,806,091 File Wrapper, Preliminary Amendment to Continued Prosecution Application, 12/01/97

13. U.S. Patent No. 6,389,601 File Wrapper, Affidavit Under Rule 132, 01/07/04