1  ROBERT J. YORIO (SBN 93178)
   yorio@carrferrell.com
2  V. RANDALL GARD (SBN 151677)
   rgard@carrferrell.com
3  CHRISTOPHER P. GREWE (SBN 245938)
   cgrewe@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff and Counter-Defendant
   MARK L. MCHUGH

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  MARK L. MCHUGH, an individual, | CASE NO. C 07-03677 JSW |
| 15           Plaintiff, | **DECLARATION OF CHRISTOPHER P. GREWE  IN SUPPORT OF PLAINTIFF MARK L. MCHUGH'S OPENING CLAIM CONSTRUCTION BRIEF EVIDENCE** |
| 16       v. | |
| 17  HILLERICH & BRADSBY CO., a private company, | |
| 18           Defendant. | Date:        August 26, 2008 |
| 19 | Time:        2 p.m.<br>Judge:       Hon. Jeffrey S. White<br>Courtroom:  Courtroom 2, 17th Floor |
| 20  AND RELATED COUNTERCLAIMS. | |

21

22

23

24

25

26

27                                                    EXHIBIT  1

28

---

GREWE DECL ISO MCHUGH'S OPENING CLAIM CONSTRUCTION BRIEF EVIDENCE
(Case No. C 07-03677 JSW)

1     I, the undersigned, CHRISTOPHER GREWE, declare as follows:

2     1.    I am an attorney admitted to practice before all of the courts of the State of

3 California and before the United States District Court for the Northern District of California. I am

4 an associate with the firm of Carr & Ferrell LLP, the attorneys of record for Plaintiff Mark L.

5 McHugh ("McHugh"). I make this declaration in support of McHugh's Evidence in support of

6 McHugh's Opening Claim Construction Brief ("McHugh's Evidence"). I am one of the attorneys

7 responsible for representing McHugh in this action, and the facts set out herein are within my

8 personal knowledge, or are based on documents in my possession and other information to which I

9 have access in the course of my duties. If called upon to do so I could and would testify to the truth

10 thereof.

11     2.    Attached as Exhibit 2 to McHugh's Evidence is a true and correct copy of excerpts

12 from the *American Heritage Dictionary* (4th ed. 2000), *New Oxford American Dictionary of*

13 *English* (2nd ed. 2005), and the *Webster's Third New International Dictionary, Unabridged,*

14 Merriam-Webster (2002).

15     3.    Attached as Exhibit 3 to McHugh's Evidence is a true and correct copy of excerpts

16 from the *American Heritage Dictionary* (4th ed. 2000), *New Oxford American Dictionary of*

17 *English* (2nd ed. 2005), and the *Webster's Third New International Dictionary, Unabridged,*

18 Merriam-Webster (2002).

19     4.    Attached as Exhibit 4 to McHugh's Evidence is a true and correct copy of excerpts

20 from the *American Heritage Dictionary* (4th ed. 2000), *New Oxford American Dictionary of*

21 *English* (2nd ed. 2005), the *Webster's Third New International Dictionary, Unabridged,* Merriam-

22 Webster (2002), and *Webster's Third New International Dictionary, Unabridged,* Merriam-Webster

23 (2002).

24     5.    Attached as Exhibit 5 to McHugh's Evidence is a true and correct copy of the

25 following: Dolye MD. Anatomy of the finger flexon tendon shealth and pulley system. J. HAND

26 SURG. 1988; 13A:473-484.

27     6.    Attached as Exhibit 6 to McHugh's Evidence is a true and correct copy of the

28 following: FRANK H. NETTER MD., ATLAS OF THE HUMAN ANATOMY 459, 463 (Saunders Elsevier

---

GREWE DECL ISO MCHUGH'S OPENING CLAIM CONSTRUCTION BRIEF EVIDENCE
(Case No. C 07-03677 JSW)

1 | 4th ed. 2006) (1989).

2 |     7.      Attached as Exhibit 7 to McHugh's Evidence is a true and correct copy of the

3 | following: KEITH L. MOORE, PhD, FIAC, FRSM & ANNE M.R. AGUR, BSc(OT), MSc PhD,

4 | ESSENTIAL CLINICAL ANATOMY  470 (Lipponcott Williams & Wilkins 3d ed. 2007) (1995).

5 |     8.  ·    Attached as Exhibit 8 to McHugh's Evidence is a true and correct copy of U.S.

6 | Patent No. 5,806,091.

7 |     9.      Attached as Exhibit 9 to McHugh's Evidence is a true and correct copy of the

8 | Amendment After Final Rejection from the U.S. Patent No. 5,806,091 File Wrapper, dated August

9 | 19, 1997.

10 |     10.     Attached as Exhibit 10 to McHugh's Evidence is a true and correct copy of the

11 | Amendment after Non-Final Rejection from the U.S. Patent No. 5,806,091 File Wrapper, dated

12 | June 12, 1996.

13 |     11.     Attached as Exhibit 11 to McHugh's Evidence is a true and correct copy of the

14 | Examiner Interview Summary Record from the U.S. Patent No. 5,806,091 File Wrapper, dated

15 | August 12, 1997.

16 |     12.     Attached as Exhibit 12 to McHugh's Evidence is a true and correct copy of the

17 | Preliminary Amendment to Continued Prosecution Application from the U.S. Patent No. 5,806,091

18 | File Wrapper, dated December 1, 1997.

19 |     13.     Attached as Exhibit 13 to McHugh's Evidence is a true and correct copy of the

20 | Affidavit Under Rule 132 from the U.S. Patent No. 6,389,601 File Wrapper, dated January 7, 2004.

21 |          I declare under penalty of perjury that the foregoing is true and correct.

22 |

23 | Executed:  July 10, 2008                    /s/ Christopher P. Grewe _____

24 |                                             Christopher P. Grewe

25 |

26 |

27 |

28 |

# The
# American
# Heritage® Dictionary
## *of the English Language*

### FOURTH EDITION





EXHIBIT 2



**HOUGHTON MIFFLIN COMPANY**
Boston   New York

private or intimate nature. ❖ *adv.* Privately with only two individuals involved: *dining à deux.* [French : *à,* by, at + *deux,* two.]

**fem•i•nam** (ăd fĕm′ĭ-năm′, -năm) *adj.* Appealing to irrelevant personal considerations concerning women, especially prejudices against women. See Usage Note at ad hominem. [Latin *ad,* to + *fēminam,* accusative of *fēmina,* woman.] —**ad fem′i•nam′** *adv.*

**H** *abbr.* antidiuretic hormone

**HD** *abbr.* attention deficit hyperactivity disorder

**•here** (ăd-hîr′) *v.* **-hered, -her•ing, -heres** —*intr.* **1.** To stick by or as if by suction or glue. **2.** To remain devoted to or be in support of something: *adhered to his beliefs.* **3.** To carry out a plan, scheme, operation without deviation: *We will adhere to our plan.* —*tr.* To cause adhere; make stick. [French *adhérer,* from Latin *adhaerēre,* to stick to : *ad-* + *haerēre,* to stick.]

**her•ence** (ăd-hîr′əns, -hĕr′-) *n.* **1.** The process or condition of adhering. **2.** Faithful attachment; devotion: *"Adherence to the rule of law is a very important principle"* (William H. Webster).

**her•ent** (ăd-hîr′ənt, -hĕr′-) *n.* A supporter, as of a cause or individual: *a vote that pleased adherents of education reform.* ❖ *adj.* **1.** Sticking or holding fast. **2.** *Botany* Joined but not united. Used of dissimilar parts or organs. —**ad•her′ent•ly** *adv.*

**he•sion** (ăd-hē′zhən) *n.* **1.** The act or state of adhering. **2.** Attachment or devotion; loyalty. **3.** Assent or agreement to join. **4.** *Medicine* **a.** A condition in which bodily tissues that are normally separate grow together. **b.** A fibrous band of scar tissue that binds together two normally separate anatomical structures. **5.** *Physics* The physical attraction joining of two substances, especially the macroscopically observable attraction of dissimilar substances. [French *adhésion,* from Latin *adhaesion-, adhaesion,* past participle of *adhaerēre,* to adhere. See ADHERE.]

**he•si•ot•o•my** (ăd-hē′zē-ŏt′ə-mē) *n., pl.* **-mies** Surgical division or separation of adhesions.

**he•sive** (ăd-hē′sĭv, -zĭv) *adj.* **1.** Tending to adhere; sticky. **2.** Tending to persist; difficult if not impossible to shake off: *"He feels an adhesive dread, a sudden acquaintance with the darker side of mankind"* (George F. Will). ❖ *n.* A substance, such as paste or cement, that provides or promotes adhesion. —**ad•he′sive•ly** *adv.* —**ad•he′sive•ness** *n.*

**esive tape** *n.* A tape lined on one side with an adhesive.

**•oc** (ăd hŏk′, hōk′) *adv.* For the specific purpose, case, or situation at hand and for no other: *a committee formed ad hoc to address the issue.* ❖ *adj.* **1.** Formed for or concerned with one specific purpose: *an ad hoc compensation committee.* **2.** Improvised and often impromptu: *"an ad hoc basis, Congress has . . . placed . . . ceilings on military aid to foreign countries"* (New York Times). [Latin : *ad,* to + *hoc,* neuter accusative of *hic,* this.]

**•oc•ism** also **ad-hoc•ism** (ăd hŏk′ĭz-əm, hō′kĭz-) *n.* The tendency to establish temporary, chiefly improvisational policies and procedures to deal with specific problems and tasks: *"In the absence of specifics . . . is carefully tended by specialists, and hocism took root"* (U.S. News & World Report).

**omi•nem** (hŏm′ə-nĕm′, -năm) *adj.* Appealing to personal considerations rather than to logic or reason: *Debaters should avoid ad hominem arguments that question their opponents' motives.* [Latin : *ad,* to + *hominem,* accusative of *homō,* man.] —**ad hom′i•nem′** *adv.*

**e Note** As the principal meaning of the preposition *ad* suggests, *ad hominem* and *ad hominem* was originally the person to whom an argument is addressed, not its subject. The phrase denoted an argument designed to appeal to the listener's emotions rather than to reason, as in the sentence *The Republicans' evocation of pity for the small farmer struggling to retain his property is a purely ad hominem argument for reducing inheritance taxes.* This usage appears to be waning; only 37 percent of the Usage Panel finds this sentence acceptable. The phrase now chiefly describes an argument based on the failings of an adversary rather than on the merits of the case: *Ad hominem attacks on one's opponent are a tried-and-true strategy for people who have a case that is weak.* Ninety percent of the Usage Panel finds this sentence acceptable. The expression now also has a true use in referring to any personal attack, whether or not it is part of an argument, as in *It isn't in the best interests of the nation for the press to attack him in this personal, ad hominem way.* This use is acceptable to 65 percent of the Panel. • *Ad hominem* has also recently acquired a use in meaning personal attacks, as in *"Notwithstanding all the ad hominem, Gingrich insists that he and Panetta can work together"* (Washington Post). This usage may raise some eyebrows, though it appears to be gaining ground in journalistic style. • A modern coinage patterned on *ad hominem* is *ad feminam,* as in *"Its treatment of Nabokov and its ad hominem attack on his wife Vera often border on character assassination"* (Simon Karlinsky). Though some would argue that this neologism is unnecessary because the Latin word *homo* refers to humans generically, rather than to the male sex, in some contexts *ad feminam* has a more pointed meaning than *ad hominem,* being used to describe attacks on women or because they are women, as in *"Their recourse . . . to ad feminam attacks evidences the chilly climate for women's leadership roles"* (Donna M. Riley).

**a•bat•ic** (ăd′ə-băt′ĭk, ā′dī-ə-) *adj.* Of, relating to, or producing a reversible thermodynamic process that occurs without gain or loss of heat without a change in entropy. [From Greek *adiabatos,* impassable : *a-,* not + *dia-* + *batos,* passable, from *bainein,* to go; see g**ʷā**- in Appendix I.] —**ad′i•a•bat′i•cal•ly** *adv.*

**a•dieu** (ə-dyōō′, ə-dōō′) *interj.* Used to express farewell. ❖ *n., pl.* **a•dieus** or **a•dieux** (ə-dyōōz′, ə-dōōz′) A farewell. [Middle English, from Old French *a dieu,* (I commend you) to God : *a,* to (from Latin *ad;* see AD–) + *Dieu,* God (from Latin *deus;* see **dyeu-** in Appendix I).]

**A•di•ge** (ä′dĭ-jā′, ä′dĕ-jĕ′) A river of northeast Italy rising in the Alps and flowing about 410 km (255 mi) generally south then east to the Adriatic Sea at the Gulf of Venice.

**ad in•fi•ni•tum** (ăd ĭn′fə-nī′təm) *adv. & adj.* To infinity; having no end. [Latin *ad,* to + *īnfīnītum,* accusative of *īnfīnītus,* infinite.]

**ad in•ter•im** (ĭn′tər-ĭm) *adv.* In or for the meantime; temporarily. ❖ *adj.* Acting or done ad interim; temporary. See synonyms at **temporary.** [Latin *ad,* to, for + *interim,* the meantime.]

**a•di•os** (ä′dē-ōs′) *interj.* Used to express farewell. [Spanish *adiós,* probably translated from French *à dieu.* See ADIEU.]

**a•dip•ic acid** (ə-dĭp′ĭk) *n.* A white crystalline dicarboxylic acid, $C_6H_{10}O_4$, that is derived from oxidation of various fats, slightly soluble in water and soluble in alcohol and acetone, and used especially in the manufacture of nylon and polyurethane foams. [From Latin *adeps, adip-,* fat.]

**ad•i•po•cere** (ăd′ə-pō-sîr′) *n.* A brown, fatty, waxlike substance that forms on dead animal tissues in response to moisture. [ADIPO(SE) + Latin *cēra,* wax.]

**ad•i•po•cyte** (ăd′ə-pō-sīt′) *n.* See **fat cell.**

**ad•i•pose** (ăd′ə-pōs′) *adj.* Of, relating to, or composed of animal fat; fatty. ❖ *n.* The fat found in adipose tissue. [New Latin *adipōsus,* from Latin *adeps, adip-,* fat.] —**ad′i•pose′ness, ad′i•pos′i•ty** (-pŏs′ĭ-tē) *n.*

**adipose tissue** *n.* A type of connective tissue that contains stored cellular fat.

**Ad•i•ron•dack chair** (ăd′ə-rŏn′dăk′) *n.* An outdoor armchair having an angled back and seat made of wide, usually wooden slats.

**Adirondack Mountains** A group of mountains in northeast New York between the St. Lawrence River valley in the north and the Mohawk River valley in the south. The range is part of the Appalachian system and rises to 1,629.9 m (5,344 ft). Lakes, forests, and numerous winter sports resorts, including Lake Placid, site of the 1932 and 1984 Winter Olympics, attract many tourists.

**ad•it** (ăd′ĭt) *n.* An almost horizontal entrance to a mine. [Latin *aditus,* access, from past participle of *adīre,* to approach : *ad-,* ad- + *īre,* to go; see **ei-** in Appendix I.]

**adj.** *abbr.* **1.** adjective **2.** adjunct **3. Adj.** adjutant

**ad•ja•cen•cy** (ə-jā′sən-sē) *n., pl.* **-cies** The state of being adjacent; contiguity. **2.** A thing that is adjacent.

**ad•ja•cent** (ə-jā′sənt) *adj.* **1.** Close to; lying near: *adjacent cities.* **2.** Next to; adjoining: *adjacent garden plots.* [Middle English, from Latin *adiacēns, adiacent-,* present participle of *adiacēre,* to lie near : *ad-,* ad- + *iacēre,* to lie; see **yē-** in Appendix I.] —**ad•ja′cent•ly** *adv.*

**adjacent angle** *n.* Either of two angles having a common side and a common vertex.

**ad•jec•ti•val** (ăj′ĭk-tī′vəl) *adj.* Of, relating to, or functioning as an adjective. —**ad′jec•ti′val•ly** *adv.*

**ad•jec•tive** (ăj′ĭk-tĭv) *n. abbr.* **a.** or **adj.** **1.** The part of speech that modifies a noun or other substantive by limiting, qualifying, or specifying and distinguished in English morphologically by one of several suffixes, such as *-able, -ous, -er,* and *-est,* or syntactically by position directly preceding a noun or nominal phrase. **2.** Any of the words belonging to this part of speech, such as *white* in the phrase *a white house.* ❖ *adj.* **1.** Adjectival: *an adjective clause.* **2.** *Law* Prescriptive; remedial: *adjective law.* **3.** Not standing alone; derivative or dependent. [Middle English, from Old French *adjectif,* from Late Latin *adiectīvus,* from *adiectus,* past participle of *adicere,* to add to : *ad-,* ad- + *iacere,* to throw; see **yē-** in Appendix I.] —**ad′jec•tive•ly** *adv.*

**adjective pronoun** *n.* A pronoun acting as an adjective, such as *which* in *which dictionaries?*

**ad•join** (ə-join′) *v.* **-joined, -join•ing, -joins** —*tr.* **1.** To be next to; be contiguous to: *property that adjoins ours.* **2.** To attach: *"I do adjoin a copy of the letter that I have received"* (John Fowles). —*intr.* To be contiguous. [Middle English *ajoinen,* from Old French *ajoindre, ajoin-,* from Latin *adiungere,* to join to : *ad-,* ad- + *iungere,* to join; see **yeug-** in Appendix I.]

**ad•join•ing** (ə-joi′nĭng) *adj.* Neighboring; contiguous.

**ad•journ** (ə-jûrn′) *v.* **-journed, -journ•ing, -journs** —*tr.* To suspend until a later stated time. —*intr.* **1.** To suspend proceedings to another time or place. **2.** To move from one place to another: *After the meal we adjourned to the living room.* [Middle English *ajournen,* from Old French *ajourner : a-,* to (from Latin *ad-;* see AD–) + *jour,* day (from Late Latin *diurnum,* from Latin *diurnus,* daily, from *diēs,* day; see **dyeu-** in Appendix I).] —**ad•journ′ment** *n.*

**Adjt.** *abbr.* adjutant

**ad•judge** (ə-jŭj′) *tr.v.* **-judged, -judg•ing, -judg•es 1a.** To determine or decide by judicial procedure; adjudicate. **b.** To order judicially; rule. **c.** To award (damages, for example) by law. **2.** To regard, consider, or deem: *was adjudged incompetent.* [Middle English *ajugen,* from Old French *ajuger,* from Latin *adiūdicāre.* See ADJUDICATE.]

**ad•ju•di•cate** (ə-jōō′dĭ-kāt′) *v.* **-cat•ed, -cat•ing, -cates** —*tr.* **1.** To hear and settle (a case) by judicial procedure. **2.** To study and settle (a dispute or conflict): *The principal adjudicated our quarrel.* —*intr.* To act as a judge. [Latin *adiūdicāre, adiūdicāt-,* to award to (judicially) : *ad-,* ad- + *iūdicāre,* to judge (from *iūdex,* judge; see JUDGE).] —**ad•ju′di•ca′tion** *n.* —**ad•ju′di•ca′tive** *adj.* —**ad•ju′di•ca′tor** *n.*

**ad•junct** (ăj′ŭngkt′) *n.* **1.** Something attached to another in a depen-



**Adirondack chair**



**adit**
Eureka Mine, Death Valley,
California



**adjacent angle**
The common vertex is O;
angle AOB is adjacent to
angle BOC.

| ă pat | oi boy |
|---|---|
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | ✦ regionalism |

**Stress marks:** ′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

# The New Oxford American Dictionary

## SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean



OXFORD
UNIVERSITY PRESS

2005



**ad·ja·cent** /əˈjäsənt/ ▸ *adj.* **1** next to or adjoining something else: *adjacent rooms* | *the area adjacent to the fire station.* **2** Geometry (of angles) having a common vertex and a common side. ▸Late Middle English: from Latin *adjacent-* 'lying near to,' from *adjacere,* from *ad-* 'to' + *jacere* 'lie down.' —**ad·ja·cen·cy** *n.*

**ad·jec·tive** /ˈajiktiv/ ▸ *n.* Grammar a word or phrase naming an attribute, added to or grammatically related to a noun to modify or describe it. ▸Late Middle English: from Old French *adjectif,* from Latin *adject-* 'added,' from the verb *adjicere,* from *ad-* 'toward' + *jacere* 'throw.' The term was originally used in the phrase *noun adjective,* translating Latin *nomen adjectivum,* the latter being a translation of Greek *onoma epitheton* 'attributive name.' —**ad·jec·ti·val** /ˌajikˈtīvəl/ *adj.* —**ad·jec·ti·val·ly** /ˌajikˈtīvəlē/ *adv.*

**ad·join** /əˈjoin/ ▸ *v.* [trans.] be next to and joined with (a building, room, or piece of land): *the dining room adjoins a small library* | [as *adj.*] (*adjoining*) *adjoining room.* ▸Middle English: from Old French *ajoindre,* from Latin *adjungere,* from *ad-* 'to' + *jungere* 'to join.'

**ad·joint** /ˈajoint/ ▸ *adj. Mathematics* ▸ *adj.* relating to or denoting a function or quantity related to a given function or quantity related to a particular process of transposition. ■ denoting a matrix that is the transpose of the cofactors of a given square matrix.
▸*n.* an adjoint matrix, function, or quantity. ▸Late 19th cent.: from French, literally 'joined to.' from *adjoindre* (see ADJOIN).

**ad·journ** /əˈjərn/ ▸ *v.* [trans.] (usu. be adjourned) break off (a meeting, legal case, or game) with the intention of resuming it later: *the meeting was adjourned until December 4* [intrans.] *let's adjourn and reconvene at 2 o'clock.* (see note at POSTPONE. ■ [intrans.] (of people who are together) go somewhere else, typically for refreshment: *they adjourned to a local bar.* ■ put off or postpone (a resolution or sentence): *the sentence was adjourned.* ▸Middle English (in the sense 'summon someone to appear on a particular day'): from Old French *ajorner,* from the phrase *a jorn (nome)* 'to an (appointed) day.' —**ad·journ·ment** *n.*

**ad·judge** /əˈjəj/ ▸ *v.* [trans.] (usu. be adjudged) consider or declare to be true or the case: *she was adjudged guilty* | [trans.] *he was adjudged to be offensive.* ■ (adjudge something to) (in legal use) award something judicially to (someone): *the court adjudged legal damages to her.* ■ [trans.] (in legal use) condemn (someone) to pay a penalty: *the defaulter was adjudged to pay the whole amount.* ▸Late Middle English: from Old French *ajuger,* from Latin *adjudicare,* from *ad-* 'to' + *judicare,* from *judex, judic-* 'a judge.' —**ad·judg·ment** (also **ad·judge·ment**) *n.*

**ad·ju·di·cate** /əˈjo͞odiˌkāt/ ▸ *v.* [intrans.] make a formal judgment or decision about a problem or disputed matter: *the committee adjudicates on all betting disputes* | [trans.] *the case was adjudicated in the Supreme Court.* ■ act as a judge in a competition: *we asked him to adjudicate at the local flower show.* ■ [trans.] pronounce or declare judicially: *he was adjudicated bankrupt.* ▸early 18th cent. (in the sense 'award judicially'): from Latin *adjudicat-* 'awarded judicially,' from the verb *adjudicare* (see ADJUDGE). The noun *adjudication* dates from the early 17th cent. —**ad·ju·di·ca·tion** /əˌjo͞odiˈkāSHən/ *n.* —**ad·ju·di·ca·tive** /-ˌkātiv/ *adj.* —**ad·ju·di·ca·tor** /-ˌkātər/ *n.*

**ad·junct** /ˈajəNGkt/ ▸ *n.* **1** a thing added to something else as a supplementary rather than an essential part: *computer technology is an adjunct to learning.* ■ a person who is another's assistant or subordinate. **2** Grammar a word or phrase used to amplify or modify the meaning of another word or words in a sentence.
▸ *adj.* [attrib.] connected or added to something, typically in an auxiliary way: *other alternative or adjunct therapies include immunotherapy.* ■ (of an academic post) attached to the staff of a university in a temporary or assistant capacity: *an adjunct professor of entomology.* [as *n.*] both *adjuncts and tenured professors tend to inflate grades.* ▸early 16th cent. (as *adj.* reflecting the meaning 'joined on, subordinate'): from Latin *adjunctus,* past participle of *adjungere* (see ADJOIN). —**ad·junc·tive** /əˈjəNG(k)tiv/ *adj.*

**ad·junc·tion** /əˈjəNG(k)SHən/ ▸ *n.* **1** Mathematics the joining of two sets that without overlapping jointly constitute a larger set, or the relation between two such sets. **2** Logic the assertion in a single formula of two previously asserted formulae. ▸Late 16th cent.: from Latin *adjunctio(n-),* from the verb *adjungere* (see ADJOIN).

**ad·jure** /əˈjoor/ ▸ *v.* [trans.] formal urge or request (someone) solemnly or earnestly to do something:

*I adjure you to tell me the truth.* ▸late Middle English (in the sense 'put a person on oath'): from Latin *adjurare,* from *ad-* 'to' + *jurare* 'swear' (from *jus, jur-* 'oath'). —**ad·ju·ra·tion** /ˌajəˈrāSHən/ *n.* —**ad·jur·a·to·ry** /-əˌtôrē/ *adj.*

**ad·just** /əˈjəst/ ▸ *v.* **1** [trans.] alter or move (something) slightly in order to achieve the desired fit, appearance, or result: *he smoothed his hair and adjusted his tie* | *the interest rate should be adjusted for inflation.* ■ [intrans.] permit small alterations or movements so as to allow a desired fit, appearance, or result to be achieved: *a harness that adjusts to the correct fit.* ■ [intrans.] adapt or become used to a new situation: *she must be allowed to grieve and to adjust in her own way* | *his eyes had adjusted to semidarkness.* **2** [trans.] assess (loss or damages) when settling an insurance claim. ▸early 17th cent. (in the senses 'harmonize discrepancies' and 'assess (loss or damages)'): from obsolete French *adjuster,* from Old French *ajoster* 'to approximate,' based on Latin *ad-* 'to' + *juxta* 'near.' —**ad·just·a·bil·i·ty** /əˌjəstəˈbilitē/ *n.* —**ad·just·a·ble** *adj.* —**ad·just·er** *n.* —**ad·just·ment** *n.*

**adjustable rate mortgage** (abbr.: ARM) ▸ *n.* a mortgage whose rate of interest is adjusted periodically to reflect market conditions. Also called VARIABLE RATE MORTGAGE.

**ad·ju·tant** /ˈajətənt/ ▸ *n.* **1** a military officer who acts as an administrative assistant to a senior officer. ■ a person's assistant or deputy. **2** (also **adjutant stork** or **adjutant bird**) a large black-and-white stork with a massive bill and a bare head and neck, found in India and Southeast Asia. • Genus *Leptoptilos,* family Ciconiidae: two species. ▸early 17th cent. (in the sense 'assistant, helper'): from Latin *adjutant-* 'being of service to,' from *adjutare,* frequentative of *adjuvare* 'assist' (see ADJUVANT). —**ad·ju·tan·cy** *n.*

**ad·ju·tant gen·er·al** ▸ *n.* (pl. **ad·ju·tants gen·er·al**) the adjutant of a unit having a general staff. ■ (**the Adjutant General**) (in the U.S. Army) the chief administrative officer. ■ the senior officer in the National Guard of a U.S. state.

**ad·ju·vant** /ˈajəvənt/ ▸ *adj.* Medicine (of therapy) applied after initial treatment for cancer, esp. to suppress secondary tumor formation.
▸*n.* Medicine a substance that enhances the body's immune response to an antigen. ▸late 16th cent.: from Latin *adjuvant-* 'helping toward,' from the verb *adjuvare,* from *ad-* 'toward' + *juvare* 'to help.'

**Ad·ler** /ˈadlər; ˈäd-/, Alfred (1870–1937), Austrian psychologist and psychiatrist. Adler disagreed with Freud's idea that mental illness was caused by sexual conflicts in infancy, arguing that society and culture were significant factors. He introduced the concept of the inferiority complex. —**Ad·le·ri·an** /adˈli(ə)rēən; äd-/; -ˈler-/ *adj. & n.*

**ad lib** /ˈad ˈlib/ ▸ *v.* (**ad libbed, ad lib·bing**) [intrans.] speak or perform in public without previously preparing one's words: *Charles had to ad lib because he'd forgotten his script* | [trans.] *she ad libbed half the speech.*
▸*n.* something spoken or performed in such a way: *he came up with an apt ad lib.*
▸*adv. & adj.* **1** spoken or performed without previous preparation: *an ad lib commentary* | [as *adv.*] *speaking ad lib.* **2** as much and as often as desired: [as *adv.*] *the price includes meals and drinks ad lib* | [as *adj.*] *the pigs are fed on an ad lib system.* **3** Music (in directions) in an improvised manner with freedom to vary tempo and instrumentation. ▸early 19th cent. (as an *adverb*): abbreviation of AD LIBITUM.

**ad lib·i·tum** /ad ˈlibitəm/ ▸ *adv. & adj.* more formal term for AD LIB (sense 2). ▸early 17th cent.: Latin, literally 'according to pleasure.'

**ad lo·cum** /ad ˈlōəm/ ▸ *adj. Law* (esp. of a guardian) appointed to act in a lawsuit on behalf of a child or other person who is not considered capable of representing themselves. ▸mid 18th cent.: Latin, literally 'for the lawsuit.'

**ad loc.** ▸ *adv.* to or at that place.

**Adm.** ▸ *abbr.* Admiral.

**ad·man** /ˈadˌman/ ▸ *n.* (pl. **-men**) *informal* a person who works in advertising.

**ad·min** /ˈadˌmin/ ▸ *n. informal* the administration of a business, organization, etc.: [as *adj.*] *admin staff.* ▸1940s: abbreviation.

**ad·min·is·ter** /adˈministər/ ▸ *v.* [trans.] **1** manage and be responsible for the running of (a business, organization, etc.): *each school was administered separately.* ■ be responsible for the implementation or use of (law or resources): *a federal agency would administer new regulations.* **2** dispense or apply (a remedy or drug): *paramedic crews are capable of administering*

drugs. ■ deal out or inflict (punishment): *retribution was administered to those found guilty.* ■ (of a priest) perform the rites of (a sacrament, typically the Eucharist). ■ *archaic* or *Law* direct the taking of (an oath): *the chief justice will administer the oath of office.* **3** [intrans.] give help or service: *we must selflessly administer to his needs.* ▸late Middle English: via Old French from Latin *administrare* (see MINISTER). —**ad·min·is·tra·ble** /-strəbəl/ *adj.*

**ad·min·is·trate** /adˈminiˌstrāt/ ▸ *v.* [trans.] *less common* term for ADMINISTER (sense 1). ▸mid 16th cent.: from Latin *administrat-* 'managed,' from the verb *administrare* (see ADMINISTER).

**ad·min·is·tra·tion** /adˌminəˈstrāSHən/ ▸ *n.* (abbr.: **admin.**) ▸ *n.* **1** the process or activity of running a business, organization, etc.: *the day-to-day administration of the company* | *a career in arts administration* | [as *adj.*] *administration costs.* ■ (**the administration**) the people responsible for this, regarded collectively: *the university administration took their demands seriously.* ■ the management of public affairs; government: *the inhabitants of the island voted to remain under French administration.* ■ *Law* the management and disposal of the property of an intestate, deceased person, debtor, or other individual, or of an insolvent company, by a legally appointed administrator: *the company went into administration* | [as *adj.*] *an administration order.* **2** the officials in the executive branch of government under a particular chief executive: *the Bush Administration's demand that the missiles be removed.* ■ the term of office of a political leader or government: *the early years of the Reagan Administration.* ■ a government agency: *the U.S. Food and Drug Administration.* **3** the action of dispensing, giving, or applying something: *the oral administration of the antibiotic* | *the administration of justice.* ▸Middle English: from Latin *administratio(n-),* from the verb *administrare* (see ADMINISTER).

**ad·min·is·tra·tive** /adˈminiˌstrātiv; -strətiv/ ▸ *adj.* of or relating to the running of a business, organization, etc.: *administrative problems* | *administrative staff.* ▸mid 18th cent.: from Latin *administrativus,* from *administrat-* 'managed,' from the verb *administrare* (see ADMINISTER). —**ad·min·is·tra·tive·ly** *adv.*

**administrative law** ▸ *n.* Law legislative requirements, typically for businesses, issued by government agencies in published regulations.

**ad·min·is·tra·tor** /adˈminiˌstrātər/ ▸ *n.* a person responsible for running a business, organization, etc. ■ *Law* a person legally appointed to manage and dispose of the estate of an intestate, deceased person, debtor, or other individual, or of an insolvent company. ■ a person who performs official duties in some sphere, esp. dealing out punishment or giving a religious sacrament: *administrators of justice.*

**ad·min·is·tra·trix** /adˌminəˈstrātriks/ ▸ *n.* Law a female administrator of an estate.

**ad·mi·ra·ble** /ˈadm(ə)rəbəl/ ▸ *adj.* arousing or deserving respect and approval: *he was an admirable quality—he is totally honest* | *what is admirable in one sex is disdained in the other.* ▸late Middle English: via Old French from Latin *admirabilis* 'to be wondered at,' from *admirari* (see ADMIRE). —**ad·mi·ra·bly** /-blē/ *adv.*

**ad·mi·ral** /ˈadm(ə)rəl/ ▸ *n.* **1** a commander of a fleet or naval squadron, or a naval officer of very high rank. ■ a commissioned officer of very high rank in the U.S. Navy or Coast Guard, ranking above a vice admiral. ■ short for VICE ADMIRAL or REAR ADMIRAL. **2** [with *adj.*] a butterfly that has dark wings with bold colorful markings. • Several species in the subfamilies Limenitidinae and Nymphalinae, family Nymphalidae. See RED ADMIRAL, WHITE ADMIRAL. ▸Middle English (denoting an emir or Saracen commander): from Old French *amiral, admiral,* via medieval Latin from Arabic *'amir* 'commander' (from *'amara* 'to command'). The ending *-al* was from Arabic *-ā̆l* (in the sense 'of the' used in forming titles (e.g., *'amir-ā̆l-'umarā* 'ruler of rulers'), later assimilated to the familiar Latinate suffix *-AL.* —**ad·mi·ral·ship** /-ˌSHip/ *n.*

**Ad·mi·ral of the Fleet** ▸ *n.* the highest rank of admiral in the Royal Navy. Compare with FLEET ADMIRAL.

**ad·mi·ral·ty** /ˈadm(ə)rəltē/ ▸ *n.* (pl. **-ties**) **1** rank or office of an admiral. **2** Law the jurisdiction of courts of law over cases concerning ships on the sea and other navigable waters (maritime law). **3** (Admiralty) the department of the British government that once administered the Royal Navy. ▸Late Middle English: from Old French *admiralte,* from *admiral* 'emir, leader' (see ADMIRAL).

**Ad·mi·ral·ty Is·lands** /ˈadm(ə)rəltē/ a group of about 40 islands in the western Pacific, part of Papua New

# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER
EDITORIAL STAFF



G. & C. MERRIAM COMPANY, *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



Adirondack chair

# The American Heritage® Dictionary
## of the English Language

**FOURTH EDITION**



EXHIBIT 3

 HOUGHTON MIFFLIN COMPANY
Boston   New York

**re·sid·u·ar·y** (rĭ-zĭj′oō-ĕr′ē) *adj.* 1. Of, relating to, or constituting a residue. 2. *Law* Entitled to the residue of an estate.

**res·i·due** (rĕz′ĭ-doō′, -dyoō′) *n.* 1. The remainder of something after removal of parts or a part. 2. Matter remaining after completion of an abstractive chemical or physical process, such as evaporation, combustion, distillation, or filtration; residuum. 3. *Law* The remainder of a testator's estate after all claims, debts, and bequests are satisfied. Also called *re·si·duum.* [Middle English, from Old French residu, from Latin *residuum,* neuter of *residuus,* remaining, from *residēre,* to remain behind. See RESIDE.]

**re·sid·u·um** (rĭ-zĭj′ōō-əm) *n., pl.* -u·a (-ōō-ə) 1. Something remaining after removal of a part; a residue. 2. *Law* See residue (sense 3). [Latin, residue. See RESIDUE.]

**re·sign** (rĭ-zīn′) *v.* -signed, -sign·ing, -signs —*tr.* 1. To submit (oneself) passively; accept as inevitable: *I resigned myself to a long wait in line.* 2. To give up (a position, for example), especially by formal notification. 3. To relinquish (a privilege, right, or claim). See synonyms at relinquish. —*intr.* To give up one's job or office; quit, especially by formal notification: *resign from a board of directors.* [Middle English *resignen,* from Old French *resigner,* from Latin *resignāre,* to unseal : *re-,* re- + *signāre,* to seal (from *signum,* mark, seal; see sek[w]-[1] in Appendix I).] —re·sign′er *n.*

**re-sign** (rē-sīn′) *tr.v.* -signed, -sign·ing, -signs To sign again: *re-signed the lease.*

**res·ig·na·tion** (rĕz′ĭg-nā′shən) *n.* 1. The act or an instance of resigning. 2. An oral or written statement that one is resigning a position or an office. 3. Unresisting acceptance of something as inescapable; submission. See synonyms at patience.

**re·signed** (rĭ-zīnd′) *adj.* Feeling or marked by resignation; acquiescent: *"I like trees because they seem more resigned to the way they have to live than other things do"* (Willa Cather). —re·sign′ed·ly (-zī′nĭd-lē) *adv.* —re·sign′ed·ness *n.*

**re·sile** (rĭ-zīl′) *intr.v.* -siled, -sil·ing, -siles 1. To spring back, especially to resume a former position or structure after being stretched or compressed. 2. To draw back; recoil. [Obsolete French *resilir,* from Latin *resilīre,* to leap back : *re-,* re- + *salīre,* to leap; see sel- in Appendix I.]

**re·sil·ience** (rĭ-zĭl′yəns) *n.* 1. The ability to recover quickly from illness, change, or misfortune; buoyancy. 2. The property of a material that enables it to resume its original shape or position after being bent, stretched, or compressed; elasticity.

**re·sil·ien·cy** (rĭ-zĭl′yən-sē) *n.* Resilience.

**re·sil·ient** (rĭ-zĭl′yənt) *adj.* 1. Marked by the ability to recover readily, as from misfortune. 2. Capable of returning to an original shape or position, as after having been compressed. See synonyms at flexible. [Latin *resiliēns, resilient-,* present participle of *resilīre,* to leap back. See RESILE.] —re·sil′ient·ly *adv.*

**res·in** (rĕz′ə-lĭn) *n.* An elastic substance consisting of cross-linked protein chains, found in the cuticles of many insects. [RESIL(E) + -IN.]

**res·in** (rĕz′ĭn) *n.* 1. Any of numerous clear to translucent yellow or brown, solid or semisolid, viscous substances of plant origin, such as copal, rosin, and amber, used principally in lacquers, varnishes, inks, adhesives, synthetic plastics, and pharmaceuticals. 2. Any of numerous physically similar polymerized synthetics or chemically modified natural resins including thermoplastic materials such as polyvinyl, polystyrene, and polyethylene and thermosetting materials such as polyesters, epoxies, and silicones that are used with fillers, stabilizers, pigments, and other components to form plastics. —*tr.v.* -ined, -in·ing, -ines To treat or rub with resin. [Middle English, from Old French *resine,* from Latin *resīna,* from Greek dialectal *∗rhēsīnā,* variant of Greek *rhētīnē.*] —res′in·ous (rĕz′ə-nəs) *adj.*

**res·in·ate** (rĕz′ə-nāt′) *tr.v.* -at·ed, -at·ing, -ates To impregnate, permeate, or flavor with resin.

**resin canal** *n.* An intercellular tube lined with resin-secreting cells, found in the wood and leaves of many gymnosperms. Also called *resin duct.*

**res·in·if·er·ous** (rĕz′ə-nĭf′ər-əs) *adj.* Yielding resin.

**res·in·oid** (rĕz′ə-noid′) *adj.* Relating to, resembling, or containing resin. ❖ *n.* A synthetic resin, especially a thermosetting resin.

**re·sist** (rĭ-zĭst′) *v.* -sist·ed, -sist·ing, -sists —*tr.* 1. To strive to fend off or offset the actions, effects, or force of. 2. To remain firm against the actions, effects, or force of; withstand: *a bacterium that resisted the antibiotic.* 3. To keep from giving in to or enjoying. —*intr.* To offer resistance. See synonyms at oppose. ❖ *n.* A substance that can cover and protect a surface, as from corrosion. [Middle English *resisten,* from Old French *resister,* from Latin *resistere : re-,* re- + *sistere,* to place; see stā- in Appendix I.] —re·sist′er *n.*

**re·sis·tance** (rĭ-zĭs′təns) *n.* 1. The act or an instance of resisting or the capacity to resist. 2. A force that tends to oppose or retard motion. 3. often *Resistance* An underground organization engaged in a struggle for national liberation in a country under military or totalitarian occupation. 4. *Psychology* A process in which the ego opposes the conscious recall of anxiety-producing experiences. 5. *Biology* a. The capacity of an organism to defend itself against a disease. b. The capacity of an organism or a tissue to withstand the effects of a harmful environmental agent. 6. *Electricity* The opposition of a body or substance to current passing through it, resulting in a change of electrical energy into heat or another form of energy. —re·sis′tant *adj.*

**resistance factor** *n.* See R factor.

**resistance plasmid** *n.* See R factor.

**Re·sis·ten·cia** (rĕs′ĭ-stĕn′sē-ə, rĕ′sĕs-tĕn′syä) A city of northeast Argentina on the Paraná River opposite Corrientes. It is a major trade and shipping center. Population: 228,199.

**re·sist·i·ble** (rĭ-zĭs′tə-bəl) *adj.* Possible to resist: *resistible impulses.* —re·sist′i·bil′i·ty *n.* —re·sist′i·bly *adv.*

**re·sis·tive** (rĭ-zĭs′tĭv) *adj.* Of, tending toward, or marked by resistance: *a person resistive to change.* —re·sis′tive·ly *adv.* —re·sis′tive·ness *n.*

**re·sis·tiv·i·ty** (rē′zĭs-tĭv′ĭ-tē) *n., pl.* -ties 1. The capacity for tendency toward resistance. 2. *Electricity* An intrinsic property of a material that is measured as its resistance to current per unit length for a uniform cross section.

**re·sist·less** (rĭ-zĭst′lĭs) *adj.* 1. Impossible to resist; irresistible: *resistless force; resistless love.* 2. Powerless to resist; unresisting. —re·sist′less·ly *adv.* —re·sist′less·ness *n.*

**re·sis·tor** (rĭ-zĭs′tər) *n.* A device used to control current in an electric circuit by providing resistance.

**Re·şi·ţa** (rĕ′shē-tsä′) A city of western Romania in the western Transylvanian Alps northwest of Bucharest. It has an important iron and steel industry. Population: 110,300.

**res ju·di·ca·ta** (rēz′ joo′dĭ-kä′tə, räs′) also **res ad·ju·di·ca·ta** (ə-joo′-) *n.* An adjudicated issue that cannot be relitigated. [Latin *rēs iūdicāta,* thing decided : *rēs,* thing + *iūdicāta,* feminine past participle of *iūdicāre,* to judge.]

**re·sole** (rē-sōl′) *tr.v.* -soled, -sol·ing, -soles To put a new sole on (a shoe).

**re·sol·u·ble** (rĭ-zŏl′yə-bəl) *adj.* Possible to resolve; resolvable: *resoluble differences in opinion.* [Late Latin *resolūbilis,* from Latin *resolvere,* to resolve. See RESOLVE.] —re·sol′u·bil′i·ty, re·sol′u·ble·ness *n.*

**res·o·lute** (rĕz′ə-loōt′, rĕz′ə-loōt′) *adj.* Firm or determined; unwavering. [Middle English, dissolved, dissolute, from Latin *resolūtus,* relaxed, past participle of *resolvere,* to relax, untie. See RESOLVE.] —res′o·lute′ly *adv.* —res′o·lute′ness *n.*

**res·o·lu·tion** (rĕz′ə-loō′shən) *n.* 1. The state or quality of being resolute; firm determination. 2. A resolving to do something. 3. A course of action determined or decided on. 4. A formal statement of a decision or expression of opinion put before or adopted by an assembly such as the U.S. Congress. 5. *Physics & Chemistry* The act or process of separating or reducing something into its constituent parts: *the prismatic resolution of sunlight into its spectral colors.* 6. The fineness of detail that can be distinguished in an image, as on a video display terminal. 7. *Medicine* The subsiding or termination of an abnormal condition, such as a fever or an inflammation. 8. *Law* A court decision. 9a. An explanation, as of a problem or puzzle; a solution. b. The part of a literary work in which the complications of the plot are resolved or simplified. 10. *Music* a. The progression of a dissonant tone or chord to a consonant tone or chord. b. The tone or chord to which such a progression is made. 11. The substitution of one metrical unit for another, especially the substitution of two short syllables for one long syllable in quantitative verse.

**re·solve** (rĭ-zŏlv′) *v.* -solved, -solv·ing, -solves —*tr.* 1. To make a firm decision about. 2. To cause (a person) to reach a decision. See synonyms at decide. 3. To decide or express by formal vote. 4. To change or convert: *My resentment resolved itself into resignation.* 5. To find a solution to; solve. See synonyms at solve. 6. To remove or dispel (doubts). 7. To bring to a usually successful conclusion: *resolve a conflict.* 8. *Medicine* To cause reduction of (an inflammation, for example). 9. *Music* To cause (a tone or chord) to progress from dissonance to consonance. 10. *Chemistry* To separate (an optically inactive compound or mixture) into its optically active constituents. 11. To render parts of (an image) visible and distinct. 12. *Mathematics* To separate (a vector, for example) into coordinate components. 13. To melt or dissolve (something). 14. *Archaic* To separate (something) into constituent parts. —*intr.* 1. To reach a decision or make a determination: *resolve on a course of action.* 2. To become separated or reduced to constituents. 3. *Music* To undergo resolution. ❖ *n.* 1. Firmness of purpose; resolution. 2. A determination or decision; a fixed purpose. 3. A formal resolution made by a deliberative body. [Middle English *resolven,* to dissolve, from Old French *resolver,* from Latin *resolvere,* to untie : *re-,* re- + *solvere,* to untie; see SOLVE.] —re·solv′a·bil′i·ty, re·solv′a·ble·ness *n.* —re·solv′a·ble *adj.* —re·solv′ed·ly (-zŏl′vĭd-lē) *adv.* —re·solv′er *n.*

**re·sol·vent** (rĭ-zŏl′vənt) *adj.* Causing or able to cause separation into constituents; solvent. ❖ *n.* A resolvent substance, especially a medicine that reduces inflammation or swelling.

**res·o·nance** (rĕz′ə-nəns) *n.* 1. The quality or condition of being resonant: *words that had resonance throughout his life.* 2. Richness or significance, especially in evoking an association or strong emotion: *"Israel is home and family that give resonance . . . to life"* (George Gilder). *"Israel gateway to Mecca, is of course a land of religious resonance and geopolitical significance"* (James Wolcott). 3. *Physics* The increase in amplitude of oscillation of an electric or mechanical system exposed to a periodic force whose frequency is equal or very close to the natural undamped frequency of the system. 4. *Physics* A subatomic particle lasting too short a time to be observed directly. The existence of such particles is usually inferred from a peak in the energy distribution of its decay products. 5. *Acoustics* Intensification and prolongation of sound, especially of a musical tone, produced by sympathetic vibration. 6. *Linguistics* Intensification of vocal tones during articulation, as by the air cavities of the mouth and nasal passages. 7. *Medicine* The sound produced by diagnostic percussion of the normal chest. 8. *Chemistry* The property of a compound having simultaneously the characteristics of two or more structural forms that differ only in the distribution of electrons. Such compounds are highly stable and cannot be properly represented by a single structural formula.

**res·o·nant** (rĕz′ə-nənt) *adj.* 1a. Strong and deep in tone; resound-

# The New Oxford American Dictionary

## SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean



OXFORD
UNIVERSITY PRESS

2005

absence of a causative agent: *residual stenosis.* [of an experimental or arithmetical error] not acquired for or eliminated. ■ (of a soil or other deposit) formed in situ by weathering.

■ [quantity remaining after other things have been subtracted or allowed for. ■ a difference between a value measured in a scientific experiment and the theoretical or true value. ■ a royalty paid to a performer, writer, etc., for a repeat of a play, television show, etc. ■ *Geology* a portion of rocky or high ground remaining after erosion. ■ the resale value of a new car or other item at a specified time of purchase, expressed as a percentage of its purchase price. —re·sid·u·al·ly *adv.*

**re·sid·ual stress** ► *n. Physics* the stress present in an object in the absence of any external load or force.

**re·sid·u·ar·y** /riˈzijōōˌerē/ ► *adj. technical* residual. ■ *Law* relating to the residue of an estate: *a residuary [legatee].* Early 18th cent.: from RESIDUUM + -ARY[1].

**re·sid·ue** /ˈrezəˌd(y)ōō/ ► *n.* a small amount of something that remains after the main part has gone or been taken or used. ■ *Law* the part of an estate that is left after the payment of charges, debts, and bequests. ■ a substance that remains after a process such as combustion or evaporation. ▷Late Middle English: from Old French *residu*, from Latin *residuum* 'something remaining' (see RESIDUUM).

**re·sid·u·um** /riˈzijōōəm/ ► *n.* (*pl.* -sid·u·a /-ˈzijōōə/) *technical* a substance or thing that remains or is left behind, in particular, a chemical residue. ▷Late 17th cent.: from Latin, neuter of *residuus* 'remaining,' from the verb *residere.*

**re·sign**[1] /riˈzīn/ ► *v.* **1** [*intrans.*] voluntarily leave a job or a position: *he resigned from the government in protest* | [with obj.] *four deputies resigned their seats.* ■ (in *Chess*) end a game by conceding defeat with one's king in checkmate: *he lost his queen and resigned in 42* | [be resigned] accept that something undesirable cannot be avoided: *he seems resigned to a fifth year in power* | *she resigned herself to a lengthy session.* ■ surrender oneself to another's guidance: *he resign himself for her direction.* ▷Late Middle English: via Old French *resigner*, from Latin *resignare* 'unseal,' from *re-* 'back' + *signare* 'sign, seal.' —re·sign·er *n.* —re·sign·ed·ness /riˈzīnidnis/ *n.*

**re·sign**[2] /ˌrēˈsīn/ ► *v.* [*trans.*] sign (a document) again. ■ (of a sports player) play for a team for a further period. ■ [*intrans.*] (of a sports player) commit to play for a team for a further period.

**res·ig·na·tion** /ˌrezigˈnāSHən/ ► *n.* **1** an act of retiring from a position: *he announced his resignation.* ■ a document conveying someone's intention of resigning or of handing in my resignation. ■ *Chess* conceding a game by conceding defeat with one's king in checkmate. **2** the acceptance of something as inevitable: *a shrug of resignation.* ▷Late Middle English: via Old French from medieval Latin *resignatio(n-)*, from *resignare* 'unseal, relinquish.'

**re·sign·ant** ► *adj.* (of a substance or object) able to spring back into shape after bending or being compressed. See note at FLEXIBLE. ■ (of a person or animal) able to withstand or recover quickly from difficult conditions: *the fish are leaping back,* from the verb *resilire* 'leap back.' —re·sil·ien·cy *n.*

**re·sil·ience** /riˈzilyəns/ ► *n. Biochemistry* an elastic material of cross-linked protein chains, found in insects, esp. in the hinges and ligaments of wings. ▷ from Latin *resilire* 'leap back, recoil.'

**res·in** /ˈrezin/ ► *n.* a sticky flammable organic substance, insoluble in water, exuded by some trees and other plants (notably fir and pine). Compare with GUM[1]. ■ (also **syn·thet·ic res·in**) a solid or liquid synthetic organic polymer used as the basis of plastics, adhesives, varnishes, or other products. ► *v.* (re·sined) [usu. *as adj.*] (resined) rub or treat with resin: *resined canvas.* ▷Late Middle English: from Latin *resina*; related to Greek *rhētinē.* Compare with ROSIN. —**res·in·ous** *adj.*

**res·in·ate** ► *v.* /ˈrezəˌnāt/ [*trans.*] impregnate or flavor with resin: [as *adj.*] (resinated) *resinated white wine.* ► *n.* /ˈrezənit/ *Chemistry* a salt of an acid derived from resin.

**res·ip·sa lo·qui·tur** /ˌrēz ˌipsə ˈläkwitər; ˌrās; ˈlōkwə-ˌtōōr/ ► *n. Law* the principle that the occurrence of an accident implies negligence. ▷Latin, literally 'the matter speaks for itself.'

**re·sist** /riˈzist/ ► *v.* [*trans.*] withstand the action or effect of: *antibodies help us to resist infection.* ■ try to prevent by action or argument: *we will continue to resist changes to the treaty.* ■ succeed in ignoring the attraction of (something wrong or unwise): *she resisted his advances* | *I couldn't resist buying the blouse.* ■ [*intrans.*] struggle against someone or something: *without giving her time to resist, he dragged her off her feet.* ► *n.* a resistant substance applied as a coating to protect a surface during some process, for example to prevent dye or glaze adhering. ▷Late Middle English: from Old French *resister* or Latin *resistere*, from *re-* (expressing opposition) + *sistere* 'stop' (reduplication of *stare* 'to stand'). The current sense of the noun dates from the mid 19th cent. —re·sist·er *n.* —re·sist·i·ble *adj.* —re·sist·i·bil·i·ty /riˌzistəˈbilitē/ *n.*

**re·sist·ance** /riˈzistəns/ ► *n.* **1** the refusal to accept or comply with something; the attempt to prevent something by action or argument: *she put up no resistance to being led away.* ■ armed or violent opposition: *government forces were unable to crush guerrilla-style resistance.* ■ (also **re·sist·ance move·ment**) [in sing.] a secret organization resisting authority, esp. in an occupied country. ■ (the Resistance) the underground movement formed in France during World War II to fight the German occupying forces and the Vichy government. Also called MAQUIS. ■ the impeding, slowing, or stopping effect exerted by one material thing on another: *air resistance would need to be reduced by streamlining.* **2** the ability not to be affected by something, esp. adversely: *some of us have a lower resistance to cold than others.* ■ *Medicine* & *Biology* lack of sensitivity to a drug, insecticide, etc., esp. as a result of continued exposure or genetic change. **3** the degree to which a substance or device opposes the passage of an electric current, causing energy dissipation. Ohm's law resistance (measured in ohms) is equal to the voltage divided by the current. ■ a resistor or other circuit component that opposes the passage of an electric current. ▷Late Middle English: from French *résistance*, from late Latin *resistentia*, from the verb *resistere* 'hold back' (see RESIST).

■ *PHRASE* ◊ **the line (or path) of least resistance** an option avoiding difficulty or unpleasantness; the easiest course of action.

**re·sist·ant** /riˈzistənt/ ► *adj.* offering resistance to something or someone: *some of the old churches are resistant to change* | [in combination] *a water-resistant adhesive.*

**re·sis·tive** /riˈzistiv/ ► *adj. technical* able to withstand the action or effect of something. ■ *Physics* of or concerning electrical resistance.

**re·sis·tiv·i·ty** /riˌzisˈtivitē/ ► *n. Physics* a measure of the resisting power of a specified material to the flow of an electric current.

**re·sist·less** /riˈzistlis/ ► *adj. archaic* powerful and irresistible: *a restless impulse.* ■ powerless to resist the effect of someone or something; unresisting. —re·sist·less·ly *adv.*

**re·sis·tor** /riˈzistər/ ► *n. Physics* a device having a designed resistance to the passage of an electric current.

**re·size** /rēˈsīz/ ► *v.* [*trans.*] alter the size of (something, esp. a computer window or image).

**res ju·di·ca·ta** /ˌrēz ˌjōōdiˈkätə; ˌräs/ ► *n.* (*pl.* **res ju·di·ca·tae** /ˌjōōdiˈkätē; -tī/) *Law* a matter that has been adjudicated by a competent court and may not be pursued further by the same parties. ▷Latin, literally 'judged matter.'

**re·skin** /rēˈskin/ ► *v.* (-skinned, -skin·ning) [*trans.*] replace or repair the skin of (an aircraft or motor vehicle).

**Res·nais** /rəˈnā; rəˈne/, Alain (1922– ), French movie director. One of the foremost directors of the *nouvelle vague*, he used experimental techniques to explore memory and time. Notable movies: *Hiroshima mon amour* (1959) and *L'Amour à mort* (1984).

**re·sold** /rēˈsōld/ ► past and past participle of RESELL.

**re·sol·u·ble** /rēˈsälyəbəl/ ► *adj. archaic* able to be resolved. ▷Early 17th cent.: from French *résoluble* or late Latin *resolubilis*, based on Latin *solvere* 'release, loosen.'

**re·sol·u·ble**[2] ► *adj.* able to dissolve or be dissolved again: *the resoluble nature of the paint.*

**res·o·lute** /ˈrezəˌlōōt; -lit/ ► *adj.* admirably purposeful, determined, and unwavering: *she was resolute and unswerving.* ▷Late Middle English (in the sense 'paid,' describing a rent): from Latin *resolutus* 'loosened, released, paid,' past participle of *resolvere* (see RESOLVE). —res·o·lute·ly *adv.* —res·o·lute·ness *n.*

THE RIGHT WORD *constant, decisive, determined, faithful, resolute, staunch.*
Any of these adjectives might apply to you if you take a stand on something and stick to it, or show your loyalty to a person, country, or cause. If you show *unswerving* loyalty to someone or something you are next to (as in marriage, friendship, etc.), you would be described as *faithful*, a *faithful wife, a faithful Republican. Constant* also implies a firm or steady attachment to someone or something, but with less emphasis on vows, pledges, and obligations. It is the opposite of fickleness rather than of unfaithfulness (*my grandfather's constant companion*). To be described as *staunch* carries loyalty one step further, implying an unwillingness to be dissuaded or turned aside (*a staunch friend who refused to believe the rumors that were circulating*). *Resolute* implies both *determination* and *firmness* or steadiness of purpose (*resolute in defending the rights of others*). While *staunch* and *resolute* are often used to describe soldiers or those who demonstrate their courage and valor, *determined* and *decisive* are less forceful words. You can be *decisive* in almost any situation, as long as you have a choice among alternatives and don't hesitate in taking a stand (*decisive is always the best response at the memberm of a dispute*). *Determined*, unlike *resolute*, suggests a stubbornness or adherence to goals or principles (*she was determined to become a doctor*).

**res·o·lu·tion** /ˌrezəˈlōōSHən/ ► *n.* **1** a firm decision to do or not to do something: *she kept her resolution not to see Anne any more* | *a New Year's resolution.* ■ a formal expression of opinion or intention agreed on by a legislative body, committee, or other formal meeting, typically after taking a vote: *the conference passed two resolutions.* ■ the quality of being determined or resolute: *he handled the last French actions of the war with resolution.* See note at at COURAGE. **2** the action of solving a problem, dispute, or contentious matter: *the peaceful resolution of all disputes* | *a successful resolution to the problem.* ■ *Music* the passing of a discord into a concord during the course of changing harmony. ■ *Medicine* the disappearance of inflammation, or of any other symptom or condition. **3** *chiefly Chemistry* the process of reducing or separating something into its components. ■ *Physics* the replacing of a single force or other vector quantity by two or more jointly equivalent to it. ■ the conversion of something abstract into another form. ■ *Prosody* the substitution of two short syllables for one long one. ■ the smallest interval measurable by a scientific (esp. optical) instrument; the resolving power. ■ the degree of detail visible in a photographic or television image. ▷Late Middle English: from Latin *resolutio(n-)*, from *resolvere* 'loosen, release' (see RESOLVE).

**re·sol·u·tive** /rəˈzälyətiv; ˈrezəˌlōōtiv/ ► *adj. formal or archaic* having the power or ability to dissolve or dispel something. ▷Late Middle English: from medieval Latin *resolutivus*, from *resolut-* 'released,' from the verb *resolvere* (see RESOLVE).

**re·solve** /riˈzälv; -ˈzôlv/ ► *v.* **1** [*trans.*] settle or find a solution to (a problem, dispute, or contentious matter): *the firm aims to resolve problems within 30 days.* ■ [*intrans.*] *Medicine* cause (a symptom or condition) to disperse, subside, or heal: *endoscopic biliary drainage can rapidly resolve jaundice.* ■ [*intrans.*] (of a symptom or condition) disperse, subside, or heal: *symptoms resolved after a median of four weeks.* ■ [*intrans.*] *Music* (of a discord) lead into a concord during the course of harmonic change. ■ [*trans.*] *Music* cause (a discord) to pass into a concord. **2** [*intrans.*] decide firmly on a course of action: [with *infinitive*] *she resolved to call Dana as soon as she got home.* ■ [with *clause*] (of a legislative body, committee, or other formal meeting) make a decision by a formal vote: *the committee re*

Pronunciation Key ə ago; ər over; ˈə or ˌə up; ˈər or ˌər fur; a hat; ā rate; ä car; CH church; e let; ē bee; ə(r) air; i fit; ī by; i(ə)r ear; NG sing; ō go; ô for; oi boy; oo good; oo goo; ou out; SH she; TH thin; TH then; (h)w why; ZH vision

# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

*A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

 

G. & C. MERRIAM COMPANY, *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

**residual dextrin** *n* : LIMIT DEXTRIN
**residual error** *n* : the difference between a group of values observed and their arithmetical mean
**re-sid-u-al-ly** \-əlē, -il\ *adv* (*residual* + *-ly*) : as a residue in a residual manner
**residual magnetism** *or* **residual induction** *n* : magnetization remaining in a magnetized body no longer under external magnetic influence : the magnetism of a permanent magnet
**residual phenomena** *n pl* : the phenomena that remain to be explained after the effects of known causes are subtracted — compare METHOD OF RESIDUES
**residual placer** *n* : a placer deposit consisting of decomposed rock or residual portions of such rock and lying at the locality of origin
**residual power** *n* : power held to remain at the disposal of a governmental authority (as an executive or the central government) of a federation after an enumeration or delegation of specified powers to other authorities (the *residual power* of the Dominion could not be employed . . . except in the case of extraordinary national emergency — Alexander Brady)
— compare RESERVED POWER
**residual product** *n* : BY-PRODUCT (coke and coal tar from gasworks are *residual products*)
**residual rye** *n* : any of the infrared rays that remain in a beam of thermal radiation after a series of reflections from a crystal as a residue after the leaching out of the more soluble products
**residual sound** *n* : echoing sound audible in a place after the source has become silent : REVERBERATION
**residual stress** *n* : a stress that exists within a solid body though no external stress-producing forces are acting and that is due to some inequality of previous treatment of adjacent parts (poorly annealed glass may be highly unstable because of *residual stress* and shatter from a slight shock) — compare RESIDUAL VALENCE 2
**residual valence** *n* : unemployed valence; *esp* : combining power that is not utilized when the elements combine to form simple molecules and so leads to such phenomena as association and hydration — compare HYDROGEN BOND
**re-sid-u-ar-y** \ri'zij-ə-werē, -'zij-, -'zi-, lh 'adj [L. residuarius fr. L. residua + E. -ary] 1 : relating to, consisting of, or constituting a residuum, or remainder (the ~ part of an estate)
**residuary clause** \(')rez[i]duary'\ the part of a testator's will in which the residue of his estate is disposed to one or more persons — compare BEQUEATH 1a
**residuary estate** *n* : the residue of a testator's estate
**residuary legacy** *n* : a legacy that includes all of a testator's estate not specifically distributed in other legacies or in residuary bequests
**residuary legatee** *n* : a legatee inheriting a testator's residuary estate

**res·i·due** \'rez-ə-d(y)ü\, *n* < [ME, fr. MF *residu*, fr. L. *residuum*, fr. neut. of *residuus* left over, remaining, fr. *residēre* to sit back, remain — more at RESIDE ] 1 : something that remains after a part is taken, separated, removed, or designated : REMAINDER, REST : as a : the part of a testator's estate or of charges of administration, statutory allowances for support of a widow and children, and previous devises and bequests b *obs* : REMAINDER 2b c : the part of a molecule that remains after the removal of a portion of its constituents (an amino group regarded as a portion of a molecule) (*vert* ~z in fats) (like starch they [glycogens] are based upon malton than salt than half as many maltose units —J.W.McBain) — compare RADICAL 2 (ORIFINE)

**re·sid·u·um** \ri'zij-(ə)wəm, *n*, *pl* **re·sid·ua** \-(ə)wə\ also **re·sid·u·ums** [L — more at RESIDUE] 1 : something that remains behind (an after charges are met or a process completed): as a b : a residual product (as from the distillation of crude petroleum) : DEPOSIT, SEDIMENT 2 : RESIDUAL c

**re·sign** \ri'zīn, -'sēn\ *vb* [ME *resignen*, fr. L. *resignare* to unseal, cancel, resign, fr. re- + signare to seal, mark — more at SIGN] *vt* 1 *obs* : to refrain from : give over or desist from 2 : to give up deliberately : renounce by a considered or formal act : RELINQUISH (the publisher did not hesitate to ~ all claims to these terms —Jane Austen) (~ing all his rights in the property) (~give over or consign (as to the care or possession of another) with another's possession or control, often submissively or confidingly) : RELEGATE, COMMIT (she was meant all this care, and her ways to my ways — Edna N.V. Millay) over unresistingly, typically to effects of an indicated condition, control, or influence, with stoic acceptance, calm resignation, or confidence one must oneself to such conditions of human purgation and egotism —G.B.Shaw) (had ~ed himself to playing a minor role) ~ *vi* 1 a : to give up, relinquish : esp: formally, and definitely : often used with *from* (has ... accept something as inevitable : SUBMIT — usu. used with *to* (we must ~ to our fate) SYN see RELINQUISH
— **re·sign·ed·ly** \-'zī-nəd-lē\ *adv*
— **re·sign·ed·ness** *n*
— **re·sign·er** *n*

<em>(and many more dictionary entries continue in dense columns)</em>

*The*

# American Heritage® Dictionary

## *of the English Language*

**FOURTH EDITION**



EXHIBIT 4

 **HOUGHTON MIFFLIN COMPANY**
Boston    New York

**sty¹** (stī) n., pl. **sties** (stīz) **1.** An enclosure for swine. **2.** A filthy place. ❖ tr. & intr.v. **stied** (stīd), **sty·ing, sties** (stīz) To shut up in or live in a sty. [Middle English, from Old English stig.]

**sty²** also **stye** (stī) n., pl. **sties** also **styes** (stīz) Inflammation of one or more sebaceous glands of an eyelid. [Alteration of Middle English styanye : styan, sty (from Old English stīgend, from present participle of stīgan, to rise; see steigh- in Appendix I) + eye, ye, eye; see EYE.]

**Styg·i·an** also **Styg·i·an** (stĭj′ē-ən) adj. **1a.** Gloomy and dark. **b.** Infernal; hellish. **2.** Of or relating to the river Styx. [From Latin Stygius, from Greek Stugios, from Stux, Stug-, Styx.]

**styl–** pref. Variant of **stylo–**.

**sty·lar** (stī′lər, -lär′) adj. **1.** Of, relating to, or resembling a stylus. **2.** Biology Of or relating to a style.

**sty·late** (stī′lāt′) adj. Having a style or styles.

**style** (stīl) n. **1.** The way in which something is said, done, expressed, or performed: a style of speech and writing. **2.** The combination of distinctive features of literary or artistic expression, execution, or performance characterizing a particular person, group, school, or era. **3.** Sort; type: a style of furniture. **4.** A quality of imagination and individuality expressed in one's actions and tastes: does things with style. **5a.** A comfortable and elegant mode of existence: living in style. **b.** A mode of living: the style of the very rich. **6a.** The fashion of the moment, especially of dress; vogue. **b.** A particular fashion: the style of the 1920s. See synonyms at fashion. **7.** A customary manner of presenting printed material, including usage, punctuation, spelling, typography, and arrangement. **8.** A form of address; a title. **9a.** An implement used for etching or engraving. **b.** A slender pointed writing instrument used by the ancients on wax tablets. **10.** The needle of a phonograph. **11.** The gnomon of a sundial. **12.** Botany The usually slender part of a pistil, situated between the ovary and the stigma. **13.** Zoology A slender, tubular, or bristlelike process: a cartilaginous style. **14.** Medicine A surgical probing instrument; a stylet. **15.** Obsolete A pen. ❖ tr.v. **styled, styl·ing, styles 1.** To call or name; designate: George VI styled his brother Duke of Windsor. **2.** To make consistent with rules of style: style a manuscript. **3.** To give style to: style hair. [Middle English, from Old French, from Latin stylus, stilus, spike, pointed instrument used for writing, style. See STY-lus.] —styl′er n. —styl′ing n.

**style·book** (stīl′bŏŏk′) n. A book giving rules and examples of usage, punctuation, and typography, used in preparation of copy for publication.

**sty·let** (stī-lĕt′, stī′lĭt) n. **1.** A slender, pointed instrument or weapon, such as a stiletto. **2.** A surgical probe. **b.** A fine wire that is run through a catheter, cannula, or hollow needle to keep it stiff or clear of debris. **3.** Zoology A small, stiff, needlelike organ or appendage, such as the feeding organ of a tardigrade. [French, from Italian stiletto, stiletto. See STILET-TO.]

**styli** (stī′lī) n. A plural of **stylus**.

**styli–** pref. Variant of **stylo–**.

**sty·li·form** (stī′lə-fôrm′) adj. Having the shape of a style; slender and pointed: a styliform bone or appendage.

**styl·ish** (stī′lĭsh) adj. Conforming to the current fashion; modish. See synonyms at fashionable. —styl′ish·ly adv. —styl′ish·ness n.

**styl·ist** (stī′lĭst) n. **1.** A writer or speaker who cultivates an artful literary style. **2.** A designer of or consultant on styles in decorating, dress, or beauty. **3.** A hairdresser.

**sty·lis·tic** (stī-lĭs′tĭk) adj. Of or relating to style, especially literary style. —sty·lis′ti·cal·ly adv.

**sty·lis·tics** (stī-lĭs′tĭks) n. (used with a sing. verb) The study of the use of elements of language style, such as metaphor, in particular contexts.

**sty·lite** (stī′līt′) n. One of a number of early Christian ascetics who lived unsheltered on the tops of high pillars. [Late Greek stūlītēs, from Greek stūlos, pillar. See stā- in Appendix I.] —sty·lit′ic (-lĭt′ĭk) adj. —styl′lit·ism (stī′lī-tĭz-əm) n.

**sty·lize** (stī′līz′) tr.v. **-ized, -iz·ing, -iz·es 1.** To restrict or make conform to a particular style. **2.** To represent conventionally; conventionalize. —styl′i·za′tion (stī′lĭ-zā′shən) n. —styl′iz′er n.

**stylo–** or **styli–** or **styl–** pref. Style: stylopodium. [From Latin stilus, stylus, stake, stem, style. See STYLUS.]

**sty·lo·bate** (stī′lə-bāt′) n. Architecture The immediate foundation of a row of classical columns. Also called stereobate. [Latin stylobata, from Greek stūlobatēs : stūlos, pillar; see stā- in Appendix I + bainein, to walk; see g″ā- in Appendix I.]

**sty·loid** (stī′loid′) adj. **1.** Resembling a style in shape; slender and pointed: the styloid muscles in carnivores. **2.** Anatomy Of, relating to, or designating any of several slender, pointed bone processes, especially the spine that projects from the base of the temporal bone.

**sty·lo·lite** (stī′lə-līt′) n. A secondary structure found along contacting surfaces of adjacent calcareous rock layers, the contact zone appearing in cross section as a series of jagged interlocking up-and-down projections that resemble a suture or the tracing of a stylus. [Greek stūlos, pillar; see STYLITE + -LITE.]

**sty·lo·po·di·um** (stī′lə-pō′dē-əm) n., pl. **-di·a** (-dē-ə) An enlargement at the base of the style of flowers in certain plants of the parsley family.

**sty·lus** (stī′ləs) n., pl. **-lus·es** or **-li** (-lī) **1.** A sharp, pointed instrument used for writing, marking, or engraving. **2.** Computer Science A pointed instrument used as an input device on a pressure-sensitive screen. **3.** A phonograph needle. **4.** A sharp, pointed tool used for cutting record grooves. [Latin, alteration (influenced by Greek stūlos, pillar) of stilus.]

**sty·mie** also **sty·my** (stī′mē) tr.v. **-mied** (-mēd), **-mie·ing** also

**-my·ing** (-mē-ĭng), **-mies** (-mēz) To thwart; stump: a problem in thermodynamics that stymied half the class. ❖ n. **1.** An obstacle or obstruction. **2.** Sports A situation in golf in which an opponent's ball obstructs the line of play of one's own ball on the putting green. [Origin unknown.]

**styp·sis** (stĭp′sĭs) n. The action or application of a styptic. [Late Latin stypsis, from Greek stūpsis, from stūphein, to contract.]

**styp·tic** (stĭp′tĭk) adj. **1.** Contracting the tissues or blood vessels; astringent. **2.** Tending to check bleeding by contracting the tissues or blood vessels; hemostatic. ❖ n. A styptic drug or substance. [Middle English stiptik, from Old French stiptique, from Latin stypticus, from Greek stuptikos, from stūphein, to contract.] —styp·tic′i·ty (-tĭs′ĭ-tē) n.

**styptic pencil** n. A short medicated stick, often of alum, applied to a cut to check bleeding.

**Styr** (stîr) A river, about 436 km (271 mi) long, of northwest Ukraine flowing northward to the Pripet River.

**sty·rax** (stī′răks) n. See **storax** (senses 2, 3). [Latin. See STORAX.]

**sty·rene** (stī′rēn′) n. A colorless oily liquid, $C_6H_5CH:CH_2$, the monomer for polystyrene. [Latin styrax, storax; see STORAX + -ENE.]

**Sty·ro·foam** (stī′rə-fōm′) A trademark used for a light, resilient polystyrene plastic. This trademark often occurs in print in lowercase: "throw-away plates, utensils and styrofoam trays" (Washington Post).

**Sty·ron** (stī′rən), **William** Born 1925. American writer primarily known for his novels, including Lie Down in Darkness (1951) and The Confessions of Nat Turner (1967).

**Styx** (stĭks) n. Greek Mythology The river across which the souls of the dead are ferried, one of the five rivers in Hades. [Latin, from Greek Stux.]

**su·a·ble** (sōō′ə-bəl) adj. Subject to suit in a court of law. —su′a·bil′i·ty n.

**sua·sion** (swā′zhən) n. Persuasion: moral suasion. [Middle English, from Old French, from Latin suāsiō, suāsiōn-, from suāsus, past participle of suādēre, to advise. See swād- in Appendix I.]

**sua·sive** (swā′sĭv) adj. Having the power to persuade or convince; persuasive. [Latin suāsus, past participle of suādēre; see SUASION + -IVE.] —sua′sive·ly adv. —sua′sive·ness n.

**suave** (swäv) adj. Smoothly agreeable and courteous. [French, agreeable, from Old French suave, from Latin suāvis, delightful, sweet. See swād- in Appendix I.] —suave′ly adv. —suave′ness, suav′i·ty (swä′vĭ-tē) n.

**sub¹** (sŭb) n. Informal **1.** See **submarine** (sense 1). **2.** See **submarine** (sense 2). See Regional Note at **submarine**.

**sub²** (sŭb) Informal n. A substitute. ❖ intr.v. **subbed, sub·bing, subs** To act as a substitute.

**sub.** abbr. **1.** subaltern **2a.** suburb **b.** suburban

**sub–** pref. **1.** Below; under; beneath: subsoil. **2a.** Subordinate; secondary: subplot. **b.** Subdivision: subregion. **3.** Less than completely or normally; nearly; almost: subhuman. [Middle English, from Latin, from sub, under. See upo in Appendix I.]

**sub·ab·dom·i·nal** (sŭb′ăb-dŏm′ə-nəl) adj. Located or occurring below the abdomen.

**sub·ac·id** (sŭb-ăs′ĭd) adj. Somewhat sharp or acid in character: subacid remarks.

**sub·a·cute** (sŭb′ə-kyōōt′) adj. **1.** Somewhat or moderately acute: subacute petals and sepals. **2.** Between acute and chronic: subacute fever symptoms; subacute endocarditis. —sub·a·cute′ly adv.

**subacute scle·ros·ing pan·en·ceph·a·li·tis** (sklə-rō′sĭng) n. An often fatal degenerative disease of the central nervous system occurring chiefly in young people, caused by slow infection with a measles virus and characterized by progressive loss of mental and motor functions ending in dementia and paralysis. [sclerosing, from sclerose, to harden, back-formation from SCLEROSED.]

**sub·ad·dress** (sŭb′ə-drĕs′) n. A section of a computer device for input and output accessible through an operation code.

**sub·aer·i·al** (sŭb-âr′ē-əl) adj. Located or occurring on or near the surface of the earth.

**sub·al·pine** (sŭb-ăl′pīn′) adj. **1.** Of or relating to regions at or near the foot of the Alps. **2.** Of, relating to, inhabiting, or growing in mountainous regions just below the timberline.

**sub·al·tern** (sŭb-ôl′tərn, sŭb′əl-tûrn′) adj. **1.** Lower in position or rank; secondary. **2.** Chiefly British Holding a military rank just below that of captain. **3.** Logic In the relation of a particular proposition to a universal with the same subject, predicate, and quality. ❖ n. **1.** A subordinate. **2.** Chiefly British A subaltern officer. **3.** Logic A subaltern proposition. [French subalterne, from Old French, from Late Latin subalternus : Latin sub-, sub- + Latin alternus, alternate (from alter, other; see alī-¹ in Appendix I).]

**sub·al·ter·nate** (sŭb-ôl′tər-nĭt) adj. **1.** Subordinate. **2.** Botany Arranged in an alternating pattern but tending to become opposite. Used of leaves. —sub·al′ter·na′tion (-nā′shən) n.

**sub·ant·arc·tic** (sŭb′ănt-ärk′tĭk, -är′tĭk) adj. Of or resembling regions just north of the Antarctic Circle.

**sub·ap·i·cal** (sŭb-ăp′ĭ-kəl, -ā′pĭ-) adj. Located below or near an apex. —sub·ap′i·cal·ly adv.

**sub·a·que·ous** (sŭb-ā′kwē-əs, -ăk′wē-) adj. **1.** Formed or adapted for underwater use or operation; submarine. **2.** Found or occurring underwater: subaqueous organisms; subaqueous rocks.

**sub·a·rach·noid** (sŭb′ə-răk′noid) adj. Situated or occurring beneath the arachnoid membrane, between the arachnoid and the pia mater: subarachnoid space; subarachnoid anesthesia.

**sub·arc·tic** (sŭb-ärk′tĭk, -är′tĭk) adj. Of or resembling regions just south of the Arctic Circle.

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| â care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| î pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

# The New Oxford American Dictionary

## SECOND EDITION

FIRST EDITION

Elizabeth J. Jewell
Frank Abate

SECOND EDITION

Erin McKean



OXFORD
UNIVERSITY PRESS

2005

the recorded sound for reproduction. ■ a similar point producing such a groove when recording sound. **2** an ancient writing implement, consisting of a small rod with a pointed end for scratching letters on wax-covered tablets, and a blunt end for obliterating them. ■ an implement of similar shape used esp. for engraving and tracing. ▶ *Computing* a penlike device used to input handwritten text or drawings directly into a computer or for input on a touch-sensitive monitor. ▷early 18th cent. (as a modern Latin term in botany: see STYLE): erroneous spelling of Latin *stilus.*

**sty·mie** /'stīmē/ ▶ v. (-mies, -mied, -my·ing or -mie·ing) [trans.] *informal* prevent or hinder the progress of: *the changes must not be allowed to stymie new medical treatments.* ▷mid 19th cent. (originally a golfing term, denoting a situation on the green where a ball obstructs the shot of another player): of unknown origin.

**styp·tic** /'stiptik/ *Medicine* ▶ adj. (of a substance) capable of causing bleeding to stop when it is applied to a wound.
▶ n. a substance of this kind. ▷late Middle English: via Latin from Greek *stuptikos,* from *stuphein* 'to contract.'

**styp·tic pen·cil** ▶ n. a stick of a styptic substance, used to treat small cuts.

**sty·rax** /'stī,raks/ ▶ n. variant of STORAX.

**sty·rene** /'stī,rēn/ ▶ n. *Chemistry* an unsaturated liquid hydrocarbon obtained as a petroleum byproduct. It is easily polymerized and is used to make plastics and resins. ▪ Chem. formula: $C_6H_5CH=CH_2$. ▷late 19th cent.: from STYRAX + -ENE.

**Sty·ro·foam** /'stīrə,fōm/ ▶ n. *trademark* a kind of expanded polystyrene. ▷1950s: from POLYSTYRENE + FOAM.

**Sty·ron** /'stīrən/, William (Clark, Jr.) (1925– ), U.S. writer. His works include *The Confessions of Nat Turner* (1967); *Sophie's Choice* (1979); *Darkness Visible* (1990), about his own battle with depression; and *A Tidewater Morning: Three Tales from Youth* (1993).

**Styx** /stiks/ *Greek Mythology* one of the rivers in the underworld, over which Charon ferried the souls of the dead. ▷from Greek *Stux,* from *stugnos* 'hateful, gloomy.'

**sua·sion** /'swāzhən/ ▶ n. *formal* persuasion as opposed to force or compulsion. ▷late Middle English: from Old French, or from Latin *suasio(n-),* from *suadere* 'to urge.'

**sua·sive** /'swāsiv/ ▶ adj. serving to persuade. ■ *Grammar* denoting a class of English verbs, for example, *insist,* whose meaning includes the notion of persuading and that take a subordinate clause whose verb may either be in the subjunctive or take a modal.

**suave** /swäv/ ▶ adj. (suav·er, suav·est) (esp. of a man) charming, confident, and elegant: *all the waiters were suave and deferential.* See note at URBANE. ▷late Middle English (in the sense 'gracious, agreeable'): from Old French, or from Latin *suavis* 'agreeable.' The current sense dates from the mid 19th cent. —**suave·ly** adv. —**suave·ness** n. —**suav·i·ty** /-itē/ n. (pl. -ties).

**sub** /səb/ *informal* ▶ n. **1** a submarine. ■ short for SUB-MARINE SANDWICH. **2** a subscription. **3** a substitute.
▶ v. (subbed, sub·bing) [intrans.] act as a substitute for someone: *he subbed for Scott as weatherman.*

**sub.** ▶ abbr. ■ subordinated. ■ subscription. ■ substitute. ■ suburb. ■ suburban. ■ subway.

**sub-** ▶ prefix **1** at, to, or from a lower level or position: *subalpine* | *sub-basement.* ■ lower than: *subdeacon.* ■ of a smaller size; of a subordinate nature: *subculture.* ■ of lesser quality; inferior: *subhuman* | *substandard.* **2** somewhat; nearly; more or less: *subantarctic.* **3** denoting a later or secondary action of the same kind: *sublet* | *subdivision* | *subsequent.* **4** denoting support: *subvention.* **5** *Chemistry* in names of compounds containing a relatively small proportion of a component: *suboxide.* ▷from Latin *sub* 'under, close to.'

*USAGE Sub- is also found assimilated in the following forms: suc- before c; suf- before f; sug- before g; sup- before p; sur- before r; sus- before c, p, t.*

**sub·ac·id** /ˌsəb'asid/ ▶ adj. (of a fruit) moderately sharp to the taste. ▷mid 17th cent.: from Latin *subacidus* (see SUB-, ACID).

**sub·a·cute** /ˌsəbə'kyōōt/ ▶ adj. **1** *Medicine* (of a condition) between acute and chronic. **2** moderately acute in shape or angle.

**sub·a·dult** /ˌsəbə'dəlt/ ▶ n. *Zoology* an animal that is not fully adult.

**sub·aer·i·al** /ˌsəb'e(ə)rēəl/ ▶ adj. *Geology* existing, occurring, or formed in the open air or on the earth's surface, not underwater or underground. —**sub·aer·i·al·ly** adv.

**sub·a·gen·cy** /ˌsəb'ājənsē/ ▶ n. (pl. -cies) a subordinate commercial, political, or other agency. —**sub·a·gent** /-'ājənt/ n.

**sub·al·pine** /ˌsəb'alpīn/ ▶ adj. of or situated on the higher slopes of mountains just below the treeline.

**sub·al·tern** ▶ n. /səb'ôltərn/ an officer in the British army below the rank of captain, esp. a second lieutenant.
▶ adj. /səb'ôltərn/ **1** of lower status: *the private tutor was a recognized subaltern part of the bourgeois family.* **2** /'səbəl,tərn/ dated *Logic* (of a proposition) implied by another proposition (e.g., as a particular affirmative is by a universal one), but not implying it in return. ▷late 16th cent. (as an adjective): from late Latin *subalternus,* from Latin *sub-* 'below' + *alternus* 'every other.'

**sub·ant·arc·tic** /ˌsəbant'ärktik; -'ärtik/ ▶ adj. of or relating to the region immediately north of the Antarctic Circle.

**sub·a·quat·ic** /ˌsəbə'kwätik; -'kwa-/ ▶ adj. underwater: *a narrow, subaquatic microclimate.*

**sub·a·que·ous** /səb'äkwēəs; -'ak-/ ▶ adj. existing, formed, or taking place underwater. ■ *figurative* lacking in substance or strength: *the light that filtered through the leaves was pale, subaqueous.*

**sub·a·rach·noid** /ˌsəbə'raknoid/ ▶ adj. *Anatomy* denoting or occurring in the fluid-filled space around the brain between the arachnoid membrane and the pia mater, through which major blood vessels pass.

**sub·arc·tic** /ˌsəb'ärktik; -'ärtik/ ▶ adj. of or relating to the region immediately south of the Arctic Circle.

**sub·as·sem·bly** /ˌsəbə'semblē/ ▶ n. (pl. -blies) a unit assembled separately but designed to be incorporated with other units into a larger manufactured product.

**Sub-At·lan·tic** ▶ adj. *Geology* of, relating to, or denoting the fifth climatic stage of the postglacial period in northern Europe, following the Sub-Boreal stage (from about 2,800 years ago to the present day). The climate has been cooler and wetter than in the earlier postglacial periods. ■ [as n.] (the Sub-Atlantic) the Sub-Atlantic climatic stage.

**sub·a·tom·ic** /ˌsəbə'tämik/ ▶ adj. smaller than or occurring within an atom.

**sub·a·tom·ic par·ti·cle** ▶ n. a particle smaller than an atom (e.g., a neutron) or a cluster of such particles (e.g., an alpha particle). Compare with ELEMENTARY PARTICLE.

**sub·au·di·tion** /ˌsəbô'dishən/ ▶ n. a thing that is not stated, only implied or inferred. ▷late 18th cent.: from late Latin *subauditio(n-),* from *subaudire* 'understand.'

**sub·base·ment** ▶ n. a story below a basement.

**Sub-Bo·re·al** ▶ adj. *Geology* of, relating to, or denoting the fourth climatic stage of the postglacial period in northern Europe, between the Atlantic and Sub-Atlantic stages (about 5,000 to 2,800 years ago). The stage corresponds to the Neolithic period and Bronze Age, and the climate was cooler and drier than previously but still warmer than today. ■ [as n.] (the Sub-Boreal) the Sub-Boreal climatic stage.

**sub·branch** ▶ n. a secondary or subordinate branch of anything that has branches, such as a tree, a subject of study, or a bank.

**sub·breed** ▶ n. a minor variant of a breed; a secondary breed.

**sub·car·ri·er** /'səb,karēər/ ▶ n. *Telecommunications* a carrier wave modulated by a signal wave and then used with other subcarriers to modulate the main carrier wave.

**sub·cat·e·go·ry** /'səb,katə,gôrē/ ▶ n. (pl. -ries) a secondary or subordinate category. —**sub·cat·e·go·ri·za·tion** /ˌsəb,katəgôri'zāshən/ n. —**sub·cat·e·go·rize** /'səb,katəgə,rīz/ v.

**sub·class** /'səb,klas/ ▶ n. a secondary or subordinate class. ■ *Biology* a taxonomic category that ranks below class and above order.

**sub·cla·vi·an** /ˌsəb'klāvēən/ ▶ adj. *Anatomy* relating to or denoting an artery or vein that serves the neck and arm on the left or right side of the body. ▷mid 17th cent.: from modern Latin *subclavius,* from *sub* 'under' + *clavis* 'key' (see CLAVICLE). + -IAN.

**sub·clin·i·cal** /ˌsəb'klinikəl/ ▶ adj. *Medicine* relating to or denoting a disease that is not severe enough to present definite or readily observable symptoms.

**sub·com·mit·tee** /'səbkə,mitē/ ▶ n. a committee

composed of some members of a larger committee, board, or other body and reporting to it.

**sub·com·pact** /səb'kämpakt/ ▶ n. a motor vehicle that is smaller than a compact.

**sub·con·i·cal** /səb'känikəl/ ▶ adj. approximately conical.

**sub·con·scious** /səb'känSHəs/ ▶ adj. of or concerning the part of the mind of which one is not fully aware but which influences one's actions and feelings. ▶ n. (one's/the subconscious) this part of the mind (not in technical use in psychoanalysis, where *unconscious* is preferred). —**sub·con·scious·ly** adv. —**sub·con·scious·ness** n.

**sub·con·ti·nent** /ˌsəb'känt(ə)nənt/ ▶ n. a large distinguishable part of a continent, such as North America or southern Africa. See also INDIAN SUBCONTINENT. —**sub·con·ti·nen·tal** /-ˌkäntə'nentl/ adj.

**sub·con·tract** ▶ v. /səbkən'trakt/ [trans.] employ a business or person outside one's company to do (work) as part of a larger project: *we would subcontract the translation work out.* ■ [intrans.] (of a person or company) carry out work for a company as part of a larger project.
▶ n. /səb'käntrakt/ a contract for a company or person to do work for another company as part of a larger project.

**sub·con·trac·tor** /səb'kän,traktər/ ▶ n. a business or person that carries out work for a company as part of a larger project.

**sub·con·tra·ry** /ˌsəb'käntrerē/ dated *Logic* ▶ adj. denoting propositions that can both be true but cannot both be false (e.g., some X are Y and some X are not Y).
▶ n. (pl. -ries) a proposition of this kind. ▷mid 16th cent.: from late Latin *subcontrarius,* translating Greek *hupenantios.*

**sub·cor·ti·cal** /səb'kôrtikəl/ ▶ adj. below the cortex. ■ *Anatomy* relating to or denoting the region of the brain below the cortex.

**sub·cos·tal** /səb'kôstl; -'kästl/ ▶ adj. *Anatomy* below a rib; below the ribs.

**sub·crit·i·cal** /səb'kritikəl/ ▶ adj. *Physics* below a critical threshold, in particular: ■ (in nuclear physics) containing or involving less than the critical mass. ■ (of a flow of fluid) slower than the speed at which waves travel in the fluid.

**sub·cul·ture** /'səb,kəlCHər/ ▶ n. a cultural group within a larger culture, often having beliefs or interests at variance with those of the larger culture. —**sub·cul·tur·al** /ˌsəb'kəlCHərəl/ adj.

**sub·cu·ta·ne·ous** /ˌsəbkyōō'tānēəs/ ▶ adj. *Medicine* situated or applied under the skin. —**sub·cu·ta·ne·ous·ly** adv.

**sub·dea·con** /'səb,dēkən/ ▶ n. (in some churches) a minister of an order ranking below deacon. Now largely obsolete in the Western Church, the liturgical role has been taken over by others. —**sub·di·ac·o·nate** /ˌsəbdī'akənit/ n.

**sub·di·rec·to·ry** /ˌsəbdə'rektərē/ ▶ n. *Computing* a directory below another directory in a hierarchy.

**sub·di·vide** /ˌsəbdə'vīd/ ▶ v. [trans.] divide (something that has already been divided or that is divisible) into smaller parts: *the heading was subdivided into sections.* ▷late Middle English: from Latin *subdividere* (see DIVIDE).

**sub·di·vi·sion** /'səbdə,viZHən/ ▶ n. the action of subdividing or being subdivided. ■ a secondary or subordinate division. ■ an area of land divided into lots for sale; an area of housing. ■ *Biology* a taxonomic category, esp. in botany, one that is a subdivision and above class.

**sub·dom·i·nant** /səb'dämənənt/ ▶ n. *Music* the fourth note of the diatonic scale of any key.

**sub·duc·tion** /səb'dəkSHən/ ▶ n. *Geology* the sideways and downward movement of the edge of a plate of the earth's crust into the mantle beneath another plate. ▷1970s: via French from Latin *subduct-* 'drawn from below,' from the verb *subducere.* —**sub·duct** /-'dəkt/ v.

**sub·due** /səb'd(y)ōō/ ▶ v. (-dues, -dued) [trans.] overcome, quieten, or bring under control (a feeling or person): *she managed to subdue an urge to applaud.* ■ bring (a country or people) under control by force: *Charles went on a campaign to subdue the Saxons.* ▷late Middle English: from Old French *subdure,* from Latin *subducere.* —**sub·du·a·ble** adj.

**sub·dued** /səb'd(y)ōōd/ ▶ adj. (of a person) quiet and rather reflective.

# Webster's

# New

# Encyclopedic

# Dictionary

BD&L

NEW YORK

stutter–
subaltern

**1028**

¹**stut·ter** \'stət-ər\ *vb* : to speak or utter with involuntary repetition, disruption, or blocking of vocal sounds [Middle English *stutten*] SYN see STAMMER — **stut·ter·er** \'stət-ər-ər\ *n*

²**stutter** *n* : I : an act or instance of stuttering 2 : a speech disorder involving stuttering accompanied by emotional turmoil

¹**sty** \'stī\ *n, pl* **sties** *also* **styes** \'stīz\ I : a pen or enclosed housing for swine 2 : a filthy, low, or vicious place [Old English *stig*]

²**sty** *or* **stye** \'stī\ *n, pl* **sties** *or* **styes** \'stīz\ : an inflamed swelling of a skin gland on the edge of an eyelid [from obsolete *styan*, from Old English *stigend*, from *stīgan* "to rise"]

**sty·gian** \'stij-ən, 'stij-ē-ən\ *adj, often cap* I : INFERNAL, GLOOMY ⟨*stygian* darkness⟩ [Latin *stygius*, from Greek *stygios*, from *Styg-, Styx* "Styx"]

¹**style** \'stīl\ *n* I a : an instrument used by the ancients in writing on waxed tablets b : the shadow-producing indicator of a sundial c : GRAVER 2 d : NEEDLE 3d e : a slender prolongation of a plant ovary bearing a stigma at its apex f : a slender bodily process of an animal 2 : mode of expressing thought in language; *esp* : one characteristic of an individual, period, school, or nation ⟨ornate *style*⟩ 3 : the custom or plan followed in spelling, capitalization, punctuation, and typographic arrangement and display 4 : mode of address : TITLE 5 a (1) : manner or method of acting or performing especially in accordance with some standard (2) : a distinctive or characteristic manner b : a fashionable manner or mode ⟨dining in *style*⟩ ⟨that dress is out of *style*⟩ c : overall excellence, skill, or grace in performance, manner, or appearance [Latin *stilus* "stake, stylus, style of writing"] SYN see DICTION, FASHION — **style·less** \'stīl-ləs\ *adj*

²**style** *vt* I : NAME, CALL ⟨*style* themselves scientists⟩ 2 a : to cause to conform to a customary style b : to design and make in accord with the current fashion — **styl·er** *n*

**style·book** \'stīl-ˌbůk\ *n* : a book explaining, describing, or illustrating the prevailing, accepted, or authorized style ⟨a *stylebook* for printers⟩

**sty·let** \'stī-lət\ *n* I : a slender surgical probe 2 : a style on an animal [French, from Middle French *stilet* "stiletto", from Italian *stiletto*]



styler 1

**styl·ish** \'stī-lish\ *adj* : having style; *esp* : conforming to current fashion — **styl·ish·ly** *adv* — **styl·ish·ness** *n*

**styl·ist** \'stī-ləst\ *n* I : a master or model of style; *esp* : a writer or speaker eminent in matters of style 2 : one who develops, designs, or advises on styles — **sty·lis·tic** \stī-'lis-tik\ *also* **sty·lis·ti·cal** \-ti-kəl\ *adj* — **sty·lis·ti·cal·ly** \-ti-kə-lē, -klē\ *adv*

**styl·ize** \'stīl-ˌīz\ *vt* : to conform to a style; *esp* : to represent or design according to a style or stylistic pattern rather than according to nature — **styl·iza·tion** \ˌstī-lə-'zā-shən\ *n* — **styl·iz·er** \'stī-ˌlī-zər\ *n*

**sty·lo·bate** \'stī-lə-ˌbāt\ *n* : a continuous flat coping or pavement on which a row of architectural columns is supported [Latin *stylobates*, from Greek *stylobatēs*, from *stylos* "pillar" + *bainein* "to walk, go"]

**sty·loid** \'stī-ˌloid\ *adj* : resembling a style ⟨the slender pointed *styloid* process of the ulna⟩



stylus 1 with Roman wax tablet

**sty·lus** \'stī-ləs\ *n, pl* **sty·li** \'stī-ˌlī\ *also* **sty·lus·es** \'stī-lə-səz\ I : an instrument for writing or marking 2 : NEEDLE 3d [Latin *stilus* "stake, stylus"]

¹**sty·mie** \'stī-mē\ *n* : a very distressing and thwarting situation [perhaps from Scottish *stymie* "person with poor eyesight"]

²**stymie** *vt* **sty·mied; sty·mie·ing** : to present an obstacle to : stand in the way of

**styp·tic** \'stip-tik\ *adj* : tending to contract or bind : ASTRINGENT; *esp* : tending to check bleeding ⟨*styptic* effect of cold⟩ [Latin *stypticus*, from Greek *styptikos*, from *styphein* "to contract"] — **styptic** *n*

**styptic pencil** *n* : a cylindrical stick of medicated styptic substance used especially in shaving to stop the bleeding from small cuts

**sty·rene** \'stī-ˌrēn\ *n* : a fragrant liquid hydrocarbon used chiefly in making synthetic rubber, resins, and plastics [derived from Latin *styrax* "storax"]

**Sty·ro·foam** \'stī-rə-ˌfōm\ *trademark* — used for an expanded rigid polystyrene plastic

**sua·sion** \'swā-zhən\ *n* : the act of influencing or persuading [Latin *suasio*, from *suadēre* "to urge, persuade"] — **sua·sive** \'swā-siv, -ziv\ *adj* — **sua·sive·ly** *adv* — **sua·sive·ness** *n*

**suave** \'swäv\ *adj* : smoothly but often superficially polite and agreeable [Middle French, "pleasant, sweet", from Latin *suavis*] — **suave·ly** *adv* — **suave·ness** *n* — **sua·vi·ty** \'swäv-ət-ē\ *n* □ SYN SUAVE, URBANE, BLAND, SMOOTH mean pleasingly tactful and well-mannered. SUAVE implies a specific ability to deal with others easily and without friction ⟨a *suave* headwaiter⟩. URBANE suggests courtesy and poise developed by wide social experience ⟨an *urbane* outlook on life⟩. BLAND emphasizes mildness of manner and absence of irritating qualities ⟨a *bland*, kindly old soul⟩. SMOOTH usually suggests a deliberately assumed suavity ⟨a *smooth* liar⟩

¹**sub** \'səb\ *n* : SUBSTITUTE

²**sub** *vi* **subbed; sub·bing** : to act as a substitute

³**sub** *n* : SUBMARINE

**sub-** *prefix* I : under : beneath : below ⟨*subaqueous*⟩ ⟨*subsoil*⟩ 2 a : subordinate : secondary ⟨*substation*⟩ b : subdivision of ⟨*subcommittee*⟩ ⟨*subspecies*⟩ c : with repetition ⟨as of a process⟩ so as to form, stress, or deal with subordinate parts or relations ⟨*sublet*⟩ 3 : less than completely, perfectly, or normally : somewhat ⟨*subdominant*⟩ 4 : falling nearly in the category of and often adjoining : bordering upon ⟨*subarctic*⟩ [Latin, "under, below, secretly, from below, up, near", from *sub* "under, close to"]

See *sub-* and 2d element

| | | |
|---|---|---|
| subadolescent | subdialect | subparagraph |
| subagency | subdirector | subpart |
| subagent | subdiscipline | subproblem |
| suballocation | subdistrict | subprocess |
| subaverage | subfield | subproduct |
| subbase | subfile | subprogram |
| subbasement | subframe | subproject |
| subbranch | subgenre | subregion |
| subcabinet | subglacial | subroutine |
| subcaste | subgoal | subsea |
| subcategorization | subgroup | subsite |
| subcategorize | subhumid | subsociety |
| subcategory | subindustry | subspecialty |
| subclassification | sublethal | subsystem |
| subclassify | sublevel | subtask |
| subcluster | sublot | subtest |
| subcollege | submarket | subtheme |
| subcollegiate | subminimal | subtotal |
| subcolony | subnetwork | subtreasury |
| subcommission | subniche | subtribe |
| subcommunity | suboceanic | subtype |
| subcomponent | suboptimal | subunit |
| subcult | suborganization | subvisible |
| subdepartment | subpar | subzone |

**sub·aer·i·al** \ˌsəb-'ar-ē-əl, 'səb-, -'er-; ˌsəb-ə-'ir-ē-əl\ *adj* : situated or occurring on or close to the surface of the earth ⟨*subaerial* habitat⟩ ⟨*subaerial* roots⟩ — **aer·i·al·ly** \-ē-ə-lē\ *adv*

**sub·al·pine** \ˌsəb-'al-ˌpīn, 'səb-\ *adj* I : of or relating to the region about the foot and lower slopes of the Alps 2 *cap* : of, relating to, or growing on upland slopes near timberline

¹**sub·al·tern** \sə-'bôl-tərn, *especially British* 'səb-əl-tərn\ *adj* : of low or lower rank : SUBORDINATE [Latin *subalternus*, from Latin *sub-* + *alternus* "alternate"]

# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

### *A Merriam-Webster*

REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than
one hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF




G. & C. MERRIAM COMPANY, *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

JULY 1988
VOLUME 13A, NUMBER 4

Official journal
AMERICAN SOCIETY FOR SURGERY OF THE HAND

# THE JOURNAL OF
# HAND
# SURGERY

AMERICAN VOLUME



# ORIGINAL COMMUNICATIONS

# Anatomy of the finger flexor tendon sheath and pulley system

Additions and changes in the description of the anatomy of the finger flexor sheath and pulleys that I published in 1974 and 1975 have prompted me to restudy this system. Sixty-one fresh human cadaver fingers were dissected using the operating room microscope. This study demonstrated a flexor synovial sheath composed of visceral and parietal elements from the neck of the metacarpal to the distal interphalangeal joint, which was overlaid with a series of retinacular structures (pulleys). The pulleys identified were the palmar aponeurosis pulley, five annular pulleys, and three cruciform pulleys. Although significant variations were noted in the morphology of the first annular and the cruciform pulleys sufficient similarity exists between my first description and the present study to support the use of the original descriptive terminology. A significant addition to the pulley system is the palmar aponeurosis pulley described by Manske and Lesker. (J HAND SURG 1988;13A:473-84.)

James R. Doyle, MD, *Honolulu, Hawaii*

Recent descriptions[1-9] of the finger flexor tendon sheath and pulley system since my original description in 1974 and 1975[10, 11] have prompted a re-evaluation of the anatomy of the system.

## Methods

Sixty-one fingers of fresh human cadavers were dissected and studied using the operating room microscope. The sheath was injected with a diluted solution of methylene blue, which provided good visual contrast

From the Division of Orthopedics, John A. Burns School of Medicine, University of Hawaii, Honolulu, Hawaii.

Received for publication June 12, 1987; accepted in revised form Sept. 17, 1987.

No benefits in any form have been received or will be received from a commercial party related directly or indirectly to the subject of this article.

Reprint requests: James R. Doyle, MD, 1380 Lusitana, Suite 608, Honolulu, HI 96813.



**Fig. 1.** Composite depiction of the flexor tendon synovial sheath and pulleys including the palmar aponeurosis pulley, five annular pulleys, and three cruciform pulleys.

EXHIBIT 5

The Journal of
HAND SURGERY

474   Doyle

**Table I.** Finger pulleys: Incidence, width and configuration

| Finger | PA | A1 | | | A2 | A1/A2* | C1 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 Part | 2 Part | 3 Part | | | Cruciate | Single | "Y" |
| **Index (14 Digits)** | | | | | | | | | |
| Incidence | 14 | 10 | 2 | 0 | 12 | 2 | 10 | 3 | 1 |
| Average width | 7.4 | 9.2 | 12.4 | | 15.9 | 28.0 | 4.2 | 3.2 | 2.7 |
| Minimum (mm) | 3.5 | 3.2 | 10.1 | | 11.4 | 26.3 | 1.8 | 1.5 | 2.7 |
| Maximum (mm) | 16.6 | 13.2 | 14.7 | | 23.3 | 29.6 | 7.0 | 6.3 | 2.7 |
| STD Deviation | 3.4 | 3.5 | 2.3 | | 4.0 | 1.6 | 1.6 | 2.2 | |
| **Long (16 Digits)** | | | | | | | | | |
| Incidence | 16 | 12 | 4 | 0 | 16 | 0 | 14 | 1 | 1 |
| Average width | 10.3 | 9.4 | 12.2 | | 20.5 | | 5.1 | 1.7 | 4.9 |
| Minimum (mm) | 4.9 | 5.3 | 10.0 | | 15.6 | | 2.1 | 1.7 | 4.9 |
| Maximum (mm) | 20.1 | 15.3 | 15.3 | | 25.3 | | 9.6 | 1.7 | 4.9 |
| STD Deviation | 3.4 | 3.2 | 1.9 | | 3.2 | | 2.1 | | 0.0 |
| **Ring (16 Digits)** | | | | | | | | | |
| Incidence | 16 | 9 | 4 | 2 | 15 | 1 | 14 | 1 | 1 |
| Average width | 11.4 | 7.5 | 9.0 | 9.2 | 18.9 | 32.4 | 3.9 | 5.1 | 3.5 |
| Minimum (mm) | 5.0 | 5.7 | 6.6 | 8.8 | 15.4 | 32.4 | 2.0 | 5.1 | 3.5 |
| Maximum (mm) | 18.7 | 12.4 | 10.9 | 9.5 | 25.5 | 32.4 | 6.7 | 5.1 | 3.5 |
| STD Deviation | 3.2 | 2.0 | 1.5 | 0.4 | 2.9 | 0.0 | 1.5 | 0.0 | 0.0 |
| **Small (15 Digits)** | | | | | | | | | |
| Incidence | 15 | 5 | 4 | 6 | 15 | 0 | 13 | 0 | 2 |
| Average width | 8.1 | 5.3 | 11.7 | 11.8 | 11.7 | | 3.8 | | 5.0 |
| Minimum (mm) | 2.9 | 4.2 | 7.0 | 8.3 | 8.2 | | 1.9 | | 3.8 |
| Maximum (mm) | 14.7 | 7.0 | 15.8 | 14.8 | 19.3 | | 5.2 | | 6.1 |
| STD Deviation | 2.9 | 0.9 | 3.8 | 2.3 | 3.4 | | 1.0 | | 1.1 |

*A1/A2. No separation was noted between A1 and A2 in three fingers (see text)

between the synovial sheath and the retinacular (pulley) system. Minimum injection pressure was used, since the distal end of the sheath could easily be ruptured with excessive pressure. The findings of these dissections were compared with serial longitudinal sections of whole fingers embedded in nitrocellulose[12] and stained with hematoxylin and eosin. The width of the pulleys was measured at their most palmar aspect by a fine point micrometer and the measurements were rounded to the nearest tenth of a millimeter (Table I).

**Findings**

The flexor tendon sheath is composed of synovial and retinacular tissue components, which have separate and distinct functions. The *membranous* portion is a synovial tube sealed at both ends. The *retinacular* (pulley) portion is a series of transverse, annular, and cruciform fibrous tissue condensations, which overlay the synovial portion of the sheath (Fig. 1). The floor or dorsal aspect of this tunnel is composed of the deep transverse metacarpal ligament, the palmar plates of the metacarpophalangeal (MP), the proximal interphalan-

geal (PIP), and distal interphalangeal (DIP) joints and the palmar surfaces of the proximal and middle phalanges. In the index, long, and ring fingers the membranous portion of the sheath begins at the neck of the metacarpals and continues distally to end at the distal interphalangeal joint. In most instances the small finger synovial sheath continues proximally to the wrist; this is consistent with the findings of others.[13, 14] Visceral and parietal synovial layers were identified, which agree with recent and earlier studies.[6, 10, 11, 15-17] A prominent synovial pouch is noted proximally and represents the confluence of the visceral and parietal layers. A visceral layer reflection or pouch is also noted between the two flexors at the neck of the metacarpal but is 4 to 5 mm distal to the more visible proximal and external portions of the synovial sheath. In no instance did the synovial sheath extend beyond the DIP (Fig. 2, *A* to *C*). The membranous or synovial portions of the sheath are most noticeable in the spaces between the pulleys where they form plicae and pouches to accommodate flexion and extension (Fig. 3, *A* to *C*).

The *retinacular* (pulley) portion of the sheath is char-

HB05408

| A3 | C2 | | | A4 | C3 | | | A5 |
| | Cruciate | Single | "Y" | | Cruciate | Single | "Y" | |
|---|---|---|---|---|---|---|---|---|
| 13 | 6 | 5 | 1 | 13 | 7 | 4 | 0 | 13 |
| 2.8 | 2.4 | 1.8 | 5.6 | 6.1 | 2.2 | 2.4 | | 3.9 |
| 1.1 | 0.7 | 0.4 | 5.6 | 1.4 | 1.4 | 1.0 | | 2.0 |
| 4.7 | 5.6 | 3.7 | 5.6 | 9.7 | 4.1 | 3.1 | .... | 6.3 |
| 1.1 | 1.8 | 1.1 | | 1.3 | 0.8 | 0.8 | | 1.5 |
| 14 | 6 | 6 | 0 | 16 | 6 | 5 | 3 | 15 |
| 2.7 | 2.7 | 3.1 | | 7.7 | 2.6 | 2.3 | 3.0 | 4.3 |
| 1.8 | 1.3 | 1.0 | | 5.3 | 0.8 | 1.6 | 2.6 | 1.8 |
| 5.0 | 4.9 | 6.1 | | 10.6 | 5.9 | 3.1 | 3.3 | 7.9 |
| 0.9 | 1.4 | 1.8 | | 1.8 | 1.7 | 0.6 | 0.3 | 1.8 |
| 13 | 6 | 4 | 1 | 16 | 12 | 0 | 0 | 15 |
| 2.9 | 3.7 | 1.6 | 2.2 | 7.0 | 3.0 | | | 3.9 |
| 0.9 | 2.0 | 0.9 | 2.2 | 5.5 | 1.5 | | | 1.9 |
| 3.9 | 5.4 | 2.5 | 2.2 | 11.9 | 4.8 | | | 6.3 |
| 0.9 | 1.0 | 0.6 | | 1.5 | 1.1 | | | 1.4 |
| 13 | 5 | 4 | 0 | 15 | 7 | 4 | 0 | 14 |
| 2.7 | 2.6 | 2.0 | | 5.9 | 2.4 | 1.4 | | 4.3 |
| 1.2 | 1.7 | 1.5 | | 4.2 | 1.6 | 1.3 | | 1.3 |
| 5.1 | 3.8 | 2.7 | | 13.0 | 3.4 | 1.5 | | 7.2 |
| 1.1 | 0.8 | 0.4 | | 2.1 | 0.6 | 0.1 | | 1.8 |

acterized by fibrous tissue bands of transverse, annular, and cruciform configuration that overlay the synovial sheath in a segmental fashion and maintain the flexor tendons in a constant relationship to the joint axis of motion. The cruciform fibers are sometimes single oblique limbs or Y-shaped. Pulleys, by my definition, are fibrous tissue bands of variable width, thickness, and configuration that overlay the synovial sheath. The following pulleys have been identified: the palmar aponeurosis pulley, five annular pulleys, and three cruciform pulleys (Fig. 1 and Table I).

The palmar aponeurosis pulley is formed from the transverse fibers of the palmar aponeurosis.[5, 18] The average width is 9.3 mm and its proximal edge is located 1 to 3 mm distal to the beginning of the membranous sheath (Fig. 2, *B*). It is anchored on each side of the sheath by vertical fibers or septa that attach to the deep transverse metacarpal ligament (Fig. 4, *A* to *B*). This pulley is widest over the long and ring fingers (Table I). The palmar aponeurosis pulley is not as closely applied to the tendons as the other pulleys at least in the static state (Fig. 2, *A*). Closer approximation may

occur with increased tension on the palmar aponeurosis as in grasping. This proximal tension is provided by either the palmaris longus or the flexor carpi ulnaris or both.[18, 19] Static traction forces applied to the palmaris longus tendon produced depression of the longitudinal fibers of the aponeurosis and tightening of the transverse palmar ligament.

The first of the five annular pulleys begins in the region of the palmar plate of the MP joint. The majority of fibers (about two thirds) arise from the palmar plate, with the remainder arising from the proximal portion of the proximal phalanx (Fig. 1). Although the most usual configuration of the A1 pulley was a single annular pulley (59%), which averaged 7.9 mm in width, it was sometimes represented by two or three annular bands (Fig. 5, *A* to *B* and Table I). A distinct separation between the A1 and A2 pulleys was found in 58 (95%) of the 61 fingers studied. This separation ranged from 0.4 mm to 4.1 mm and was most wide on the palmar aspect. In the three cases that did not have a distinct separation there was a pronounced thinness to the retinacular tissue for a distance of several millimeters

HB05409





**Fig. 4. A,** Gross dissection of the palmar aponeurosis pulley complex showing the transverse fibers of the palmar aponeurosis *(PA),* the vertical septa *(VS)* forming the vertical walls of the flexor canal *(FC)* and anchoring the transverse fibers of the palmar aponeurosis to the transverse metacarpal ligament *(TML)* and the palmar plate. **B,** Cross-section drawing at the MP joint level showing the longitudinal *(LO)* and transverse *(TR)* fibers of the palmar aponeurosis, the attachment by vertical septa *(VS)* of the transverse fibers of the palmar aponeurosis to the underlying palmar plate *(VP)* and transverse metacarpal ligament *(TML).* Redrawn from Bojsen-Moller F, Schmidt L. J Anat 1974;117:55-68. Reprinted with the permission of Cambridge University Press.

at the usual site of separation. This allowed for flexion at the MP joint without deformation of the pulley complex. In addition to the finding of thinness at the conjoined interface of the A1 and A2 pulleys, two of the three specimens that did not demonstrate a distinct separation between the A1 and A2 pulleys had large triangular-shaped openings laterally, which allowed for flexion of the retinacular complex without buckling or impingement.

In contrast to the variability in configurations of the A1 pulley the proximal edge of the second annular pulley was constant in shape, with oblique fibers of origin beginning at the proximal and lateral base of the proximal phalanx, which joined annular fibers to make a prominent and thick leading edge (Fig. 5, *B*). Synovial outpouching was common in the space between the A1 and A2 pulleys (Fig. 3, *A* to *B*). The A2 pulley was 16.8 mm in average width and was thickest in the distal end (Fig. 3, *B*). The deeper annular fibers of the A2 pulley were overlaid with oblique fibers, which at the distal end interdigitated to form the first cruciform pulley (Figs. 1 and 6).

The third annular pulley (A3) is located at the PIP joint and attaches to the palmar plate. The A3 pulley was present in 87% of the specimens and the average width was 2.8 mm (Fig. 7 and Table I).

The fourth annular pulley (A4), located in the middle phalanx was present in 60 (98%) of 61 digits. The fourth annular pulley is overlaid with oblique fibers that form a cruciform pulley, C3, at the distal end. The A4 pulley was 6.7 mm in average length and thickest in its midaspect (Fig. 8, *A* to *B*).

The fifth annular pulley (A5) was present in 93% of the specimens. It was quite thin, 4.1 mm in average length, and it was attached to the underlying palmar plate (Fig. 8, *A* and Fig. 9). The sheath was noted to end at the level of the DIP joint, and no pulleys were identified beyond the distal joint (Fig. 2, *C* and Fig. 9).

There were three cruciform pulleys that were located at the distal ends of the A2 and A4 pulleys and in the space between the A3 and A4 pulleys. Variation in the shape was common—some were represented by a single oblique limb (Fig. 10) or a Y-shape (ypsiloform). The third cruciform pulley at the distal end of the A4 pulley was often noted to be formed by prominent extensions of oblique fibers overlying the A4 pulley and was not always a separate structure (Fig. 8, *A*). The incidence and configuration of the various cruciate pulleys is given in Table I. In addition to the anatomic variations previously described in the cruciform and first annular pulleys, other single variations were also noted:

Vol. 13A, No. 4
July 1988

*Anatomy of finger flexor tendon sheath and pulley system*  **479**



**Fig. 5.** A, Composite view from the palmar aponeurosis pulley to C1 pulley showing separation of the A1 and A2 pulleys (*vertical arrow*) and the usual arrangement and configuration of these pulleys. B, A three-part A1 pulley with the synovial membrane removed showing also the oblique fibers of origin of the A2 pulley (*curved arrows*), which was a consistent finding and made it possible to distinguish the A2 pulley from the A1 pulley whose fibers were always annular rather than oblique.

(1) a two-part A3 pulley, (2) a Y-shaped A5 pulley, (3) a two-part A5 pulley, (4) an accessory cruciform pulley between C1 and A3, and (5) a cruciate rather than annular-shaped pulley (in three digits of the same hand) over the PIP joint in the position usually occupied by A3 pulley.

In the zone between the A3 and A4 pulleys casual observation occasionally suggested the presence of annular-shaped pulleys, but further dissection and scrutiny revealed either a broad single oblique pulley or a cruciform-type pulley, with comparatively wide lateral margins but with a more narrow interdigitating palmar aspect.

The pertinent vital statistics of the pulleys are summarized in Table I.

## Discussion

The retinacular (pulley) system. Manske and Lesker[5] in 1983 described the functional anatomy of the transverse fibers of the palmar aponeurosis and noted that this structure acted as a pulley. They noted that the transverse fasciculi are a band of fibers approximately 1 cm wide that overlay the proximal tendon sheath and are anchored to the deep palmar interosseous fascia* by thick fibrous bands on each side of the tendons. These fibers were designated as the palmar aponeurosis pulley (PA pulley). Baseline total range of motion (TRM) was determined for each finger in 12

*I believe that these fibers should be called the deep transverse metacarpal ligament rather than the deep palmar interosseous fascia (see Reference 18).

The Journal of
HAND SURGERY

482   *Doyle*



**Fig. 9.** The fifth annular pulley and its relationship to the C3 pulley and the end of the synovial sheath marked by the horizontal arrow. Note that the flexor tendon continues well beyond the end of the sheath. The apex of the white triangle marker points to the ungual pouch fascia and the distal most aspect of insertion of the profundus tendon.



**Fig. 10.** Note the single oblique configuration of the C1 pulley, the wide A1 pulley with synovial outpouching in its midaspect, and the triangular separation *(vertical arrow)* between the A1 and A2 pulleys.

additional annular pulley distal to the A5 pulley at the base of the distal phalanx, but I was not able to identify any pulleys in this area. The sheath clearly ends at the distal joint just beyond the A5 pulley (Fig. 2, *C* and Fig. 9). I believe that the pulley-like structures described by Strauch and de Moura distal to annular five are elements of the digital fascia described by Shrewsbury and Johnson.[28] This conclusion agrees with my concept that pulleys by definition are fibrous tissue structures that overlay the synovial sheath.

Significant flexion in the finger is achieved without buckling of the retinacular system or impingement on the underlying tendon(s) due to the fact that: (1) the broader pulleys, A2 and A4, are located between joints, whereas the more narrow pulleys, A1 and A3, are over the joints; (2) the pulleys are arranged in a segmental fashion with synovial pouches and windows between; (3) the thinner and more narrow cruciform pulleys are located near joints where they can more easily accommodate to the confined space in acute flexion. The func-

HB05412

Vol. 13A, No. 4
July 1988

tional adaptation of the retinacular system to the requirements of flexion is also apparent in the region of the MP joint where some anatomic accommodation is always present between A1 and A2, either in the form of definite separation between A1 and A2 (95% of cases in this study), thinning of the contiguous margins of A1 and A2, or triangular-shaped openings in the lateral margins of the retinaculum so that flexion can occur without buckling (Fig. 3, *A*). Furthermore, compressibility of the various pulleys has been reported and may also be a factor in accommodating joint motion without buckling and impingement.[29]

The membranous (synovial) system. Bunnell[17] noted that a tendon sheath was an adaptation that allowed a tendon to turn a corner. Bunnell stated, "It glides around a curve on a thin film of synovial fluid between two smooth synovial lined surfaces, just as metal surfaces in machinery glide on a thin film of oil."[17] Bunnell further noted that a tendon sheath had two layers of synovia, a visceral one investing the tendon, and a parietal layer lining the fascial (retinacular) tunnel through which the tendon glided. Lundborg and Myrhage[26] noted a well-vascularized membrane with plicae and pouches at the margins of the pulleys that were important for flexion and stretching of the sheath. They were not able to demonstrate any continuity of the synovial cell layer on the friction surface of the A2 pulley. Chondrocyte-like cells were observed in the superficial layers of this pulley. Knott and Schmidt[23] also observed cartilage-like tissue at the distal end of the A2 pulley. In certain avascular areas of the palmar portion of the tendons visceral synovial tissues were absent on histologic sections. Furthermore, in some scattered areas of the palmar surface of the tendon there were areas with cartilaginous differentiation similar to the findings in the A2 pulley. Lundborg and Myrhage concluded that the friction surface of the pulleys is devoid of vessels and that the friction and gliding in the digital sheath system takes place between two avascular structures, namely the palmar aspect of the flexor tendons and the inner aspect of the pulleys. These avascular gliding surfaces are nourished by diffusion from the synovial fluid. Histologic studies by Lundborg and Myrhage demonstrated that the vascular plexus of the synovial sheath is in continuity on the *outside* of the rigid pulleys and by this arrangement the pulleys meet the mechanical forces associated with finger flexion and the synovial membrane avoids compression and friction force. Therefore, the microcirculation is not compromised. The authors[26] further noted that synovial fluid acts as a lubricating agent, as well as the agent for diffusion to the avascular friction surfaces of the tendon and pulleys.

The findings of Lundborg and Myrhage are appropriately compared with the findings of Cohen and Kaplan,[15] who in a recent study of the gross, microscopic, and ultrastructure (electron microscopy) of the flexor tendon sheath, noted that the sheath consists of a *noninterrupted* layer of parietal synovium reinforced externally at intervals by dense bands of collagen (the retinacular system). Cohen and Kaplan further noted that the contents of the sheath were independently covered by a second similar layer of visceral synovium and that the two layers were continuous at the proximal cul-de-sac, the vincula origins, and the tendon insertions. The synovial cells lining the pulley and covering the tendons were quantitatively, but not morphologically, different from the synovial cells of the membranous (synovial) portion of the sheath. The thickness of the synovial layers was greatest at the spaces between the pulleys and thin or attenuated beneath the annular pulleys and on tendon surfaces distant from vincula and cul-de-sacs.

## Conclusions

My current understanding of the flexor tendon sheath is depicted in Fig. 1. The *retinacular* portion overlays the membranous or synovial portion and consists of the palmar aponeurosis pulley, five annular pulleys, and three cruciform pulleys. The various configurations and segmental arrangement of the retinacular (pulley) system permits flexion of the digit without buckling of the pulleys or impingement on the underlying tendon(s). In the index, long, and ring fingers the *membranous* or synovial portion of the sheath begins in the region of the metacarpal neck and ends at the DIP joint. This membranous sheath is a synovial tube with visceral and parietal layers with a prominent proximal cul-de-sac. The parietal synovium layer is continuous although it is attenuated over the major friction surfaces, such as the distal end of annular 2. The rich vascular supply to the parietal synovium is most noticeable in the spaces between the fibrous pulleys. This vascular network passes on the *outside* of the pulleys, which avoids their friction surfaces and thereby maintains its continuity and integrity. The well-vascularized synovial elements of the sheath represent a dialysing membrane that produced a plasma filtrate, the synovial fluid, which acts as a lubricating agent and also as a nutritional factor for the retinacular system and tendon.[26, 30]

Although numerous variations were noted in the morphology of the first annular and the cruciform pulleys sufficient similarity exists between my original description[10, 11] and the present study to support continued use of my original descriptive terminology. A significant addition to the description of the pulley sys-

HB05413

The Journal of
HAND SURGERY

484  *Doyle*

tem is the palmar aponeurosis pulley described by Manske and Lesker.[5]

The author wishes to express his gratitude to Doctors Virchel Wood and Gary Frykman, and the Orthopedic Resident staff of Loma Linda University Medical Center for the use of their microsurgical laboratory and for obtaining fresh cadaver specimens for this study.

## REFERENCES

1. Hunter JM, Cook JF, Ochiai N, Konikoff J, Merklin RJ, Mackin EA. The pulley system. Proceedings of the American Society for Surgery of the Hand. Orthop Trans 1980;4:4.
2. Idler RS. Anatomy and biomechanics of the digital flexor tendons. Hand Clinics 1985;1:3-12
3. Kleinert HE, Broudy AS. Direct repair and dynamic splinting of flexor tendon lacerations. In: Clinical biomechanics. New York: Churchill-Livingstone, 1981: 1-23.
4. Kleinert HE, Lubahn JD. Current state of flexor tendon surgery. Ann Chir Main 1984;3:7-17.
5. Manske PR, Lesker PA. Palmar aponeurosis pulley. J Hand Surg 1983;8:259-63.
6. Strauch B, de Moura W. Digital flexor tendon sheath: an anatomic study J Hand Surg 1985;10A:785-9.
7. Strickland JW. Flexor tendon repair Hand Clinics 1985;1:55-67.
8. Strickland JW. Flexor tendon injuries. Orthop Rev 1986;15:21-34.
9. Takahashi M. Micro-constructive studies of human digital flexor tendon and tendon sheath—observation by scanning electron microscope and light microsurgery. Nippon Seikeigeka Gakkai Zasshi 1982;56:133-47.
10. Doyle JR, Blythe W. Macroscopic and functional anatomy of the flexor tendon sheath. J Bone Joint Surg 1974;56A:1094.
11. Doyle JR, Blythe W. The flexor tendon sheath and pulleys: anatomy and reconstruction. AAOS Symposium on tendon surgery in the hand. St. Louis: The CV Mosby Co, 1975:81-7.
12. Sakovich L, Burn HF. Vacuum embedding of tissues in nitrocellulose. Am J Clin Pathol 1965;43:396-8.
13. Sheldrup EW Tendon sheath patterns in the hand, an anatomical study based on 367 hand dissections Surg Gynecol Obstet 1951;93:16-22.
14. Resnick D. Roentgenographic anatomy of the tendon sheaths of the hand and wrist: tenography. Am J Roentgenol 1975;124:44-51
15. Cohen MJ, Kaplan L. Histology and ultrastructure of the human flexor tendon sheath. J Hand Surg 1987;12A: 25-9
16. Whittaker CR. The arrangement of the synovial membrane in the human digital sheaths. J Anat 1907;41: 155-7.
17. Bunnell SB. Surgery of the hand. Philadelphia: JB Lippincott, 1944:277-8.
18. Bojsen-Moller F, Schmidt L. The palmar aponeurosis and the central spaces of the hand. J Anat 1974;117: 55-68.
19. Fahrer M. The proximal end of the palmar aponeurosis. Hand 1980;12:33-8
20. Verdan CE. Half a century of flexor-tendon surgery, current status and changing philosophies. J Bone Joint Surg 1972;54A:472-91.
21. Barton NJ. Experimental study of optimal location of flexor tendon pulleys. Plast Reconstr Surg 1969;43: 125-9.
22. de la Caffiniere JY Anatomic fonctionnelle de la poulie proximal des doigts. Arch Anat Pathol 1971;19:357-66
23. Knott C, Schmidt HM The fibrous reinforcing arrangements of the digital peritenons in the human hand Gegenbaurs morph Jahrb 1986;132:1-28.
24. Lister GD. The hand, diagnosis and indications. 2nd ed. Edinburgh: Churchill Livingstone, 1984.
25. Lister GD. Indications and techniques for repair of the flexor tendon sheath. Hand Clinics 1985;1:85-95
26. Lundborg G, Myrhage R. The vascularization and structure of the human digital tendon sheath as related to flexor tendon function. Scand J Plast Reconstr Surg 1977; 11:195-203.
27. Schneider LH, Hunter JM. Flexor tendons—late reconstruction. In: Green DP, ed. Operative hand surgery. New York: Churchill Livingstone, 1982:1423
28. Shrewsbury M, Johnson RK. The fascia of the distal phalanx J Bone Joint Surg 1975;57A:784-8.
29. Azar C, Fleegler EJ, Culver JE Dynamic anatomy of the flexor pulley system of the fingers and thumb Presented at 39th annual meeting American Society for Surgery of the Hand, Atlanta: 1984.
30. Yahia SR, Duncan H. Synovial fluid analysis. Clin Orthop 1975;107:11-24.

HB05414

# FRANK H. NETTER, MD

## Atlas of
# Human
# Anatomy

### 4th Edition



SAUNDERS
ELSEVIER

EXHIBIT 6

# SAUNDERS
ELSEVIER

1600 John F. Kennedy Boulevard
Suite 1800
Philadelphia, Pennsylvania 19103-2899

| **Atlas of Human Anatomy** Fourth Edition | Edition with Student Consult Access: | ISBN-13: 978-1-4160-3385-1 ISBN-10: 1-4160-3385-8 |
| | Professional Edition: | ISBN-13: 978-1-4160-3699-9 ISBN-10: 1-4160-3699-7 |
| | International Edition: | ISBN-13: 978-0-8089-2384-8 ISBN-10: 0-8089-2384-6 |
| | Enhanced International Edition with Student Consult Access: | ISBN-13: 978-0-8089-2379-4 ISBN-10: 0-8089-2379-X |

**Copyright © 2006, 2003, 1997, 1989 by Saunders, an imprint of Elsevier Inc.**

**All rights reserved.** No part of this book may be produced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publishers. Permissions for Netter Art figures may be sought directly from Elsevier's Health Science Licensing Department in Philadelphia, Pennsylvania, USA: phone 1-800-523-1649, ext. 3276, or 215-239-3276; email: H.Licensing@elsevier.com.

---

### NOTICE

Neither the Publisher nor the Editors assume any responsibility for any loss or injury and/or damage to persons or property arising out of or related to any use of the material contained in this book. It is the responsibility of the treating practitioner, relying on independent expertise and knowledge of the patient, to determine the best treatment and method of application for the patient.

---

Previous editions copyrighted 2003, 1997, 1989.

**Library of Congress Cataloging-in-Publication Data**

Netter, Frank H. (Frank Henry), 1906–1991.
  Atlas of human anatomy / Frank H. Netter.—4th ed.
    p. : cm.
  Includes bibliographical references and index.
  ISBN-13: 978-1-4160-3385-1     ISBN-10: 1-4160-3385-8
  1. Human anatomy—Atlases. I. Title.
  [DNLM: 1. Anatomy—Atlases. QS 17 N474a 2006]
  QM25.N46 2006
  611.0022'12—dc22                                                2006047497

*Acquisitions Editor:* Anne Lenehan
*Developmental Editor:* Marybeth Thiel
*Publishing Services Manager:* Frank Polizzano
*Senior Project Manager:* Cecelia Bayruns
*Design Direction:* Louis Forgione
*Illustration Manager:* Cecilia Nuyianes
*Cover Design Concept:* Madelene Hyde
*Marketing Manager:* Megan Poles

Printed in the United States of America.

Last digit is the print number:   9  8  7  6  5  4  3

Working together to grow
libraries in developing countries

www.elsevier.com | www.bookaid.org | www.sabre.o

ELSEVIER  BOOK AID International  Sabre Foundatic

# Wrist and Hand: Superficial Palmar Dissections



Palmaris longus tendon

Branch of superficial radial nerve to skin of lateral thenar area

Palmar carpal ligament (thickening of deep antebrachial fascia continuous with extensor retinaculum)

Palmar branch of median nerve

Thenar muscles

Recurrent (motor) branch of median nerve to thenar muscles

Minute fasciculi attach palmar aponeurosis to dermis

Palmar branch of ulnar nerve

Pisiform

Deep palmar branch of ulnar artery and deep branch of ulnar nerve

Superficial branch of ulnar nerve

Ulnar artery

Palmaris brevis muscle

Hypothenar muscles

Palmar aponeurosis

Palmaris brevis muscle (reflected)

Palmar digital nerves from superficial branch of ulnar nerve to 5th and medial half of 4th fingers

Anterior (palmar) views

Palmar aponeurosis

Transverse fasciculi

Palmar digital arteries and nerves

Superficial transverse metacarpal ligaments



**Usual arrangement**

Tendinous sheath of flexor pollicis longus (radial bursa)

Common flexor sheath (ulnar bursa)

Thenar space

Midpalmar space

Lumbrical muscles (in fascial sheaths)

(Synovial) tendon sheaths of fingers

**Common variation**

Intermediate bursa (communication between common flexor sheath [ulnar bursa] and tendinous sheath of flexor pollicis longus [radial bursa])

**Lumbrical muscles: schema**

Flexor digitorum profundus tendons

1st and 2nd lumbrical muscles (unipennate)

3rd and 4th lumbrical muscles (bipennate)

Camper chiasm

Flexor digitorum superficialis tendons (cut)

Note: Flexor digitorum superficialis and profundus tendons encased in synovial sheaths are bound to phalanges by fibrous digital sheaths made up of alternating strong annular (A) and weaker cruciform (C) parts (pulleys).

A1  C1    A2    C2  A3  C3   A4  C4   A5

Tendons of flexor digitorum superficialis and profundus muscles

(Synovial) tendon sheath

Palmar ligaments (plates)

F. Netter

**Plate 463**                                    **Wrist and Hand**