1  Laura A. Wytsma (State Bar No. 189527)
   lwytsma@loeb.com
2  Uleses C. Henderson, Jr. (State Bar No. 225246)
   uhenderson@loeb.com
3  LOEB & LOEB LLP
   10100 Santa Monica Boulevard, Suite 2200
4  Los Angeles, California 90067-4120
   Telephone:   (310) 282-2000
5  Facsimile:   (310) 282-2200

6  Attorneys for Defendant and Counterclaimant
   HILLERICH & BRADSBY CO.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  MARK L. MCHUGH, an individual, | Case No. C 07-03677 JSW |
| 13        Plaintiff, | STIPULATION TO CONTINUE DATES FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING |
| 14     v. | |
| 15  HILLERICH & BRADSBY COMPANY, a private company, | |
| 16        Defendant. | Date:   Not applicable<br>Time:   Not applicable<br>Ctrm:   Courtroom 2, 17th Floor<br>        Hon. Jeffrey S. White |
| 17 | |
| 18 | |
| 19  HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation, | |
| 20        Counterclaimant, | |
| 21     v. | |
| 22 | |
| 23  MARK L. MCHUGH, an individual, | |
| 24        Counterclaim-Defendant. | |

25
26
27
28

1  IT IS HEREBY STIPULATED AND AGREED by plaintiff Mark L. McHugh and defendant Hillerich & Bradsby Co. ("H&B"), through their respective counsel, as follows:

WHEREAS, a claim construction tutorial is currently scheduled for August 19, 2008, and a claim construction hearing is set on August 26, 2008;

WHEREAS, serious legal and business issues have quickly and unexpectedly arisen with H&B's primary Asian bat production facility, including product reliability, regulatory, and safety considerations;

WHEREAS Steve Lyverse is H&B's General Counsel and sole in-house attorney, as well as the company's most senior legal and financial executive who has continuously been and remains responsible for these urgent issues that have arisen;

WHEREAS, as a result of his overseas travel to address these unanticipated issues, Mr. Lyverse will be unavailable to attend the tutorial and claim construction hearings set for August 19 and August 26, 2008;

WHEREAS, McHugh's counsel has agreed to accommodate H&B's request and to stipulate to a continuance of the tutorial and claim construction hearing;

WHEREAS, counsel are unavailable for hearings on the following dates: September 1-5, 15, and 22-29;

WHEREAS, the parties are also engaged in ongoing settlement discussions;

WHEREAS, H&B has not previously requested any continuance of the hearing dates and the request is not made for purposes of delay;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the tutorial and claim construction hearing be continued to the Court's earliest available hearing dates after September 8, 2008 (but excluding September 15 or 22-29).

McHugh's reply brief will be filed two weeks before the Claim Construction Tutorial and H&B's claim construction brief will be filed four weeks before the Claim Construction Tutorial.

1  IT IS SO STIPULATED.

2

3  Dated: July18, 2008                    LOEB & LOEB LLP
                                          LAURA A. WYTSMA
4                                         ULESES C. HENDERSON, JR.

5

6                                         By    /s/ Laura A. Wytsma
                                                Laura A. Wytsma
7                                               Attorneys for Defendant
                                                HILLERICH & BRADSBY CO.
8

9

10 Dated: July 18, 2008                   CARR & FERRELL LLP
                                          ROBERT J. YORIO
11                                        V. RANDALL GARD
                                          CHRISTOPHER P. GREWE
12

13

14                                        By    /s/ Robert J. Yorio
                                                Christopher P. Grewe
15                                              Attorneys for Plaintiff
                                                MARK L. MCHUGH
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3                    STIPULATION TO CONTINUE
                                                              HEARING DATES
                                                          Case No. C 07-03677 JSW