1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>　　　　Defendant. | Case No.  C 07-03677 JSW<br><br>[PROPOSED] ORDER CONTINUING TUTORIAL AND CLAIM CONSTRUCTION HEARING DATES<br><br>Date:　　Not applicable<br>Time:　　Not applicable<br>Ctrm:　　Courtroom 2, 17th Floor<br>　　　　Hon. Jeffrey S. White |
| HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MARK L. MCHUGH, an individual,<br><br>　　　　Counterclaim-Defendant. | |

1  Having read the parties' stipulation to continue the tutorial and claim construction
2  hearing dates, and good cause appearing,
3  **IT IS HEREBY ORDERED** as follows:
4  The tutorial hearing is continued to _____ _____, 2008,
5  at _____ a.m./p.m.
6  The claim construction hearing is continued to _____ _____,
7  2008, at _____ a.m./p.m.
8  H&B's claim construction brief will be filed four weeks before the Claim
9  Construction Tutorial.
10  McHugh's reply brief will be filed two weeks before the Claim Construction
11  Tutorial.
12  IT IS SO ORDERED:
13
14  Dated: July ____, 2008
15                                                              _____
   Honorable Jeffrey S. White
16                                                              United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28