1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

| 12 | MARK L. MCHUGH, an individual, | Case No. C 07-03677 JSW |
|---|---|---|
| 13 | Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING TUTORIAL AND CLAIM CONSTRUCTION HEARING DATES |
| 14 | v. | |
| 15 | HILLERICH & BRADSBY COMPANY, a private company, | |
| 16 | | Date:      Not applicable |
| 17 | Defendant. | Time:     Not applicable<br>Ctrm:     Courtroom 2, 17th Floor<br>Hon. Jeffrey S. White |
| 18 | | |
| 19 | HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation, | |
| 20 | Counterclaimant, | |
| 21 | v. | |
| 22 | | |
| 23 | MARK L. MCHUGH, an individual, | |
| 24 | Counterclaim-Defendant. | |

25
26
27
28

[~~PROPOSED~~] ORDER CONTINUING
CLAIM CONSTRUCTION HEARING DATES
Case No. C 07-03677 JSWL

1  Having read the parties' stipulation to continue the tutorial and claim construction
2  hearing dates, and good cause appearing,
3  **IT IS HEREBY ORDERED** as follows:
4  The tutorial hearing is continued to __October 21, 2008_____, 2008,
5  at _2:00_ a.m./p.m.
6  The claim construction hearing is continued to _October 28, 2008_____,
7  2008, at _2:00_ a.m./p.m.
8  H&B's claim construction brief will be filed four weeks before the Claim
9  Construction Tutorial.
10  McHugh's reply brief will be filed two weeks before the Claim Construction
11  Tutorial.
12  IT IS SO ORDERED:
13
14  Dated: July 18, 2008
15  _____
    Honorable Jeffrey S. White
16  United States District Judge