1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  MARK L. MCHUGH, an individual, | Case No. C 07-03677 JSW |
| 13            Plaintiff, | [PROPOSED] ORDER EXTENDING PAGE LIMITATION FOR HILLERICH & BRADSBY COMPANY'S RESPONSIVE CLAIM CONSTRUCTION BRIEF |
| 14       v. | |
| 15  HILLERICH & BRADSBY COMPANY, a private company, | |
| 16  | |
| 17            Defendant. | |
| 18 | |
| 19  HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation, | |
| 20            Counterclaimant, | |
| 21       v. | |
| 22  | |
| 23  MARK L. MCHUGH, an individual, | |
| 24            Counterclaim-Defendant. | |

25
26
27
28

1  Having read the parties' stipulation to extend page limitations for Hillerich &
2  Bradsby Company's responsive Claim Construction Brief, and good cause appearing,
3  IT IS HEREBY ORDERED that H&B may file a responsive claim construction
4  brief that is 35 pages or less. The parties are cautioned to use the pages wisely and
5  refrain from citing half a page of country music lyrics.

6  IT IS SO ORDERED:

7

8  Dated: September 24, 2008

    *[signature: Jeffrey S. White]*
    _____
9   Honorable Jeffrey S. White
10  United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28