ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counter-Defendant
MARK L. MCHUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY CO.,<br>a private company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C07-03677 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MARK L. MCHUGH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF CLAIM CONSTRUCTION HEARING**<br><br>Date: October 28, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

{00343429v1}

-1-

Order Granting McHugh's Admin Request to Bring Equipment into
Federal Courthouse for CC Hearing (Case No. C07-03677 JSW)

IT IS HEREBY ORDERED:

At ~~2:00 p.m.~~ 1:15 p.m. on October 28, 2008, plaintiff Mark L. McHugh ("McHugh"), by and through its counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Jeffrey S. White certain electronic equipment and other materials for use at a Claim Construction Hearing set for October 28, 2008 at 2:00 p.m.

The equipment and materials to be brought into the courthouse will include:

(a) Video Projector

(b) Da-Lite deluxe projection screen

(c) Miscellaneous cables, carts and power cords

(d) Laptop computers

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: October 22, 2008

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

{00343429v1}
-2-
Order Granting McHugh's Admin Request to Bring Equipment into
Federal Courthouse for CC Hearing (Case No. C07-03677 JSW)