1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

12   MARK L. MCHUGH, an individual,              CASE NO. C07-03677 JSW

13              Plaintiff,

14        v.                                     [PROPOSED]
                                                 **ORDER MODIFYING SCHEDULE**
15   HILLERICH & BRADSBY CO.,                    **TRIGGERED BY THE CLAIM**
     a private company,                          **CONSTRUCTION ORDER**
16
                Defendants.
17
─────────────────────────────
18   AND RELATED COUNTERCLAIMS.

19

20        Having read the parties' stipulation to stay all dates triggered by the Court's March 31, 2009

21   claim construction order pending the Court's setting a final pretrial schedule following a decision

22   on the cross-motions for summary judgment.

23

24        **IT IS HEREBY ORDERED** as follows:

25        The deadline to file a dispositive motion (and cross-motion) on infringement of the Patent-

26   In-Suit and a motion for partial summary judgment on the issue of laches is August 1, 2009.

27        All dates triggered by the Court's March 31, 2009 claim construction order shall be stayed

28   pending a final pretrial schedule set by the Court following a decision on the cross-motions for

{00375762v4}
                                              -1-

1  summary judgment.

2

3        **IT IS SO ORDERED.**

4

5  Dated:  May 7, 2009

                                    _____
6                                    HON. JEFFREY S. WHITE
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Modifying Schedule Triggered by the Claim Construction Order
(Case No. C07-03677 JSW)