UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY CO.,<br>a private company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C07-03677 JSW<br><br>[PROPOSED]<br>**ORDER MODIFYING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Having read the parties' stipulation to modify the briefing and hearing schedule for the parties' cross-motions for summary judgment,

**IT IS HEREBY ORDERED** as follows:

The opening brief shall be filed no later than August 17, 2009;

The opposition and cross-motion shall be filed no later than August 31, 2009;

The reply and opposition to the cross-motion shall be filed no later than September 14, 2009;

The reply in support of the cross-motion shall be filed by September 23, 2009; and

///

-1-

1     The cross-motions for summary judgment shall be heard on Friday, October 16, 2009 at
2 9:00 am.

4     **IT IS SO ORDERED.**

7 Dated:   August 7, 2009                    *Jeffrey S. White*
8                                                     HON. JEFFREY S. WHITE
                                                    United States District Judge