UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>HILLERICH & BRADSBY CO., a private company,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-03677 JSW<br><br>[PROPOSED] ORDER GRANTING HILLERICH & BRADSBY CO.'S LEAVE TO FILE AN EXTENDED BRIEF IN SUPPORT OF ITS OPPOSITION TO MCHUGH'S SUMMARY JUDGMENT MOTION AND IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION<br><br>Date:  October 16, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Crtm:  Courtroom 11, 19th Floor |

[Proposed] Order Extending Page Limitation
Case No. C 07-03677 JSW

1  Having read the parties' stipulation to extend the Court's page limitation for
2  defendant Hillerich & Bradsby Co.'s second brief on the parties' cross-motions for
3  summary judgment, and good cause appearing,
4  IT IS HEREBY ORDERED that H&B may file a 31-page brief in opposition
5  to McHugh's summary judgment motion and in support of Hillerich's cross-motion
6  for summary judgment or, in the alternative, summary adjudication.

8  IT IS SO ORDERED:

10 Dated: September 1, 2009

_____
Honorable Jeffrey S. White
United States District Judge

In the future, the parties are admonished to seek court approval for page extensions prior to the date such pleadings are due to be filed.