UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY CO.,<br>a private company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C07-03677 JSW<br><br>**[PROPOSED]**<br>**ORDER GRANTING MCHUGH'S LEAVE TO FILE AN EXTENDED BRIEF IN OPPOSITION TO H&B'S CROSS-MOTION OF NONINFRINGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF LACHES AND WILFULNESS AND REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT** |

Having read the parties' stipulation to extend the Court's page limitation for plaintiff Mark L. McHugh's second brief on the parties' cross-motions for summary judgment, and good cause appearing,

**IT IS HEREBY ORDERED** that plaintiff Mark L. McHugh may file a 35-page brief in opposition to defendant's Hillerich & Brasby Co.'s cross-motion for summary judgment or, in the alternative, summary adjudication and in reply in support of plaintiff Mark L. McHugh's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: September 14, 2009

*Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge