UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>Defendant. | Case No. C 07-03677 JSW<br><br>[~~PROPOSED~~] ORDER CLARIFYING PAGE LIMITATION FOR HILLERICH & BRADSBY COMPANY'S REPLY TO CROSS-MOTION FOR SUMMARY JUDGMENT |
| AND RELATED COUNTERCLAIMS. | Date: October 16, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Crtm: Courtroom 11, 19th Floor |

[~~PROPOSED~~] Order Clarifying Page Limitation
For H&B's Reply to Cross-Motion for Summary Judgment
Case No. C 07-03677 JSW

1  Having read the parties' stipulation to clarify page limitation for Hillerich &
2  Bradsby Company's reply to cross-motion for summary judgment, and good cause
3  appearing,
4  IT IS HEREBY ORDERED that H&B may file a reply to cross-motion for
5  summary judgment that is 25 pages or less in length.

7  IT IS SO ORDERED:

9  Dated: September 22, 2009

  _____
  Honorable Jeffrey S. White
  United States District Judge

[PROPOSED] Order Clarifying Page Limitation
For H&B's Reply to Cross-Motion for Summary Judgment
Case No. C 07-03677 JSW

1