UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY CO.,<br>a private company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C07-03677 JSW<br><br>**[PROPOSED]**<br>**ORDER GRANTING PLAINTIFF MARK L. MCHUGH AND DEFENDANT HILLERICH & BRADSBY CO.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR PURPOSES OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:  ~~October 16, 2009~~ December 11, 2009<br>Time:  9:00 a.m.<br>Place:  Courtroom 11, 19th Floor<br>Judge:  Honorable Jeffrey S. White |

IT IS HEREBY ORDERED:

At 8:15 a.m. on ~~October 16, 2009,~~ December 11, 2009 plaintiff Mark L. McHugh ("McHugh") and defendant Hillerich & Bradsby Co. ("H&B"), by and through their counsel of record, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in the courtroom of the Honorable Jeffrey S. White certain electronic equipment and other materials for use at a hearing set for ~~October 16, 2009~~ December 11, 2009 at 9:00 a.m.

The equipment and materials to be brought into the courthouse will include:

{00405190v1}

-1-

Order Granting Pl. and Def.'s Misc. Administrative Req. to Bring into the Federal Courthouse
Certain Equipment and Materials for Purposes of Cross-Mot. for Summ. J.

1       (a)    Video Projector

2       (b)    Da-Lite deluxe projection screen

3       (c)    Miscellaneous cables, carts and power cords

4       (d)    Laptop computers

5     Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and

6 to take such steps as reasonably necessary to facilitate the foregoing activity.

7 IT IS SO ORDERED.

8     December 7

9 Dated: ~~October~~ ____, 2009

                                      HON. JEFFREY S. WHITE
                                      United States District Judge

{00405190v1}

-2-

Order Granting Pl. and Def.'s Misc. Administrative Req. to Bring into the Federal Courthouse
Certain Equipment and Materials for Purposes of Cross-Mot. for Summ. J.