1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12   MARK L. MCHUGH, an individual,              CASE NO. C07-03677 JSW

13                 Plaintiff,

14         v.
                                                 [PROPOSED]
15   HILLERICH & BRADSBY CO.,                     ORDER TO FILE DOCUMENTS
     a private company,                          UNDER SEAL
16                 Defendants.

17
     AND RELATED COUNTERCLAIMS.
18

19

20         Plaintiff Mark L. McHugh's request to file under seal certain documents in connection with

21   his Motion for Summary Judgment of Infringement is GRANTED.  The Clerk will maintain said

22   documents in accordance with the provisions of Civil Local Rule 79-5(f).

23         IT IS SO ORDERED.

24

25

26   _____
                                         HON. JEFFREY S. WHITE
27                                       United States District Judge

28