1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARK L. MCHUGH, an individual, | Case No. C 07-03677 JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING HILLERICH & BRADSBY CO.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATIONS OF BILL CLARK, JAMES M. KLEINERT, M.D., PAMELA THOMAS, LAURA A. WYTSMA AND CONFIDENTIAL EXHIBITS THERETO |
| v. | |
| HILLERICH & BRADSBY CO., a private company, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | Date: October 16, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Crtm: Courtroom 11, 19th Floor |

1  Defendant Hillerich & Bradsby Co.'s administrative motion pursuant to Local Rule 79-5 to
2  file under seal portions of the Declarations of Bill Clark, James M. Kleinert, M.D., Pamela Thomas,
3  Laura A. Wytsma filed in support of Hillerich & Bradsby Co's Motion for Summary Judgment or,
4  in the Alternative, Summary Adjudication and confidential exhibits thereto is hereby GRANTED.

5  The following declarations or exhibits thereto shall be filed under seal: (1) the unredacted
6  Declaration of Bill Clark and Exhibits 1, 2, 7, 8, 10, 15, 16, 17, and 19 thereto; (2) the unredacted
7  Declaration of James M. Kleinert, M.D. and Exhibits 1, 2, 3, 4, 7, 8, 9, 13, 18-20 and 23-25 thereto;
8  (3) the unredacted Declaration of Laura A. Wytsma and Exhibits 13, 19, 22, 23, 24, 31, 32, 33, 35,
9  36, 37, 38, 39, 40, 41, 43, 44, 45, 46, 48, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 62, 79 and 80
10 thereto; and (4) Exhibit 1 to the Declaration of Pamela Thomas.

11 IT IS SO ORDERED.

13 February 24, 2010
Dated: _____, ~~2009~~

_____
Honorable Jeffrey S. White
United States District Judge