1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   MARK L. MCHUGH, an individual,            CASE NO. C07-03677 JSW

13                   Plaintiff,

14          v.
                                              [PROPOSED]
15   HILLERICH & BRADSBY CO.,                 **ORDER TO FILE DOCUMENTS**
     a private company,                       **UNDER SEAL**
16
                    Defendants.
17
18   AND RELATED COUNTERCLAIMS.

19

20          Plaintiff Mark L. McHugh's request to file under seal certain documents in connection with

21   his Opposition to Defendant Hillerich &Bradsby Co.'s Cross-motion for Summary Judgment of

22   Infringement is GRANTED.  The Clerk will maintain said documents in accordance with the

23   provisions of Civil Local Rule 79-5(f).

24          IT IS SO ORDERED.

25

26   Dated:  February 24, 2010

27                                            _____
                                              HON. JEFFREY S. WHITE
28                                            United States District Judge

                                      -1-