1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 MARK L. MCHUGH, an individual, | Case No.  C 07-03677 JSW |
| 13    Plaintiff, | [PROPOSED] ORDER EXTENDING PERIOD FOR HILLERICH & BRADSBY |
| 14   v. | CO. TO SEEK ATTORNEYS' FEES AND COSTS BY THIRTY DAYS |
| 15 HILLERICH & BRADSBY COMPANY, a private company, | |
| 16 | |
| 17    Defendant. | Date: Not applicable<br>Time: Not applicable |
| 18 | Ctrm: Courtroom 11, 19th Floor<br>   Hon. Jeffrey S. White |
| 19 HILLERICH & BRADSBY CO. d/b/a Louisville Slugger, a Kentucky corporation, | |
| 20 | |
| 21    Counterclaimant, | |
| 22   v. | |
| 23 MARK L. MCHUGH, an individual, | |
| 24    Counterclaim-Defendant. | |

25

26

27

28

**ORDER**

Having read the parties' concurrently filed Stipulation to Extend Period for

Hillerich & Bradsby Co. to Seek Attorneys' Fees and Costs by Thirty Days, and good

cause appearing therefor,

IT IS HEREBY ORDERED that:

Hillerich & Bradsby Co. may have until April 9, 2010 to seek the recovery of its

fees and costs in the action.

Dated: March _9_, 2010

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE