UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>       Defendant. | Case No. C 07-03677 JSW<br><br>[PROPOSED] ORDER EXTENDING PERIOD FOR HILLERICH & BRADSBY CO. TO SEEK ATTORNEYS' FEES AND COSTS<br><br>Date: Not applicable<br>Time: Not applicable<br>Ctrm: Courtroom 11, 19th Floor<br>Hon. Jeffrey S. White |
| HILLERICH & BRADSBY CO. d/b/a<br>Louisville Slugger, a Kentucky corporation,<br><br>       Counterclaimant,<br><br>    v.<br><br>MARK L. MCHUGH, an individual,<br><br>       Counterclaim-Defendant. | |

[PROPOSED] ORDER EXTENDING PERIOD
Case No. C 07-03677 JSWL

**ORDER**

Having read the parties' concurrently filed Stipulation to Extend Period for Hillerich & Bradsby Co. to Seek Attorneys' Fees and Costs, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

Hillerich & Bradsby Co. may have until April 30, 2010 to seek the recovery of its fees and costs in the action.

Dated: April _8_, 2010

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING PERIOD
Case No. C 07-03677 JSWL