UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>Defendant.<br><hr>HILLERICH & BRADSBY CO. d/b/a<br>Louisville Slugger, a Kentucky corporation,<br><br>Counterclaimant,<br><br>v.<br><br>MARK L. MCHUGH, an individual,<br><br>Counterclaim-Defendant. | Case No. C 07-03677 JSW<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND PAGE LIMITATIONS FOR HILLERICH & BRADSBY CO.'S MOTION FOR ATTORNEYS' FEES AND COSTS |

Having read the parties' stipulation to extend the page limits for briefs filed in support of and opposition to Hillerich & Bradsby, Co.'s motion for attorneys' fees and costs and good cause appearing therefor,

IT IS HEREBY ORDERED that H&B and Mark L. McHugh may each file 25-page briefs in support of and opposition to H&B's motion for fees and costs.

IT IS SO ORDERED:

Dated: __April 29, 2010__ .

_____
Honorable Jeffrey S. White
United States District Judge