UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY CO.,<br>a private company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C07-03677 JSW<br><br>[**PROPOSED**]<br>**ORDER MODIFYING<br>BRIEFING SCHEDULE ON<br>HILLERICH & BRADSBY<br>CO.'S MOTION FOR<br>ATTORNEYS' FEES** |

Having read the parties' stipulation to modify the briefing schedule on H&B's motion for attorneys' fees,

**IT IS HEREBY ORDERED** that McHugh's Opposition opening brief shall be filed and served no later than July 2, 2010, and H&B's Reply shall be filed and served no later than July 14, 2010.

**IT IS SO ORDERED.**

Dated: June 9, 2010

_____
Judge Joseph C. Spero
United States Magistrate Judge

{00448146v1}

-1-

Order Modifying the Briefing Schedule on H&B's Motion for Attorneys' Fees
(Case No. C07-03677 JSW)