1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>    Defendant. | Case No. C 07-03677 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE [FEE MOTION] |
| HILLERICH & BRADSBY CO. d/b/a<br>Louisville Slugger, a Kentucky corporation,<br><br>    Counterclaimant,<br><br>  v.<br><br>MARK L. MCHUGH, an individual,<br><br>    Counterclaim-Defendant. | |

[~~PROPOSED~~] ORDER GRANTING
EXTENSION
Case No. C 07-03677 JSW

**ORDER**

Having read the parties' concurrently filed Stipulation For Extension of Time to File Motion For De Novo Determination of Dispositive Matter Referred to Magistrate Judge, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

Hillerich & Bradsby Co. will have up to and including September 30, 2010, within which to seek this Court's de novo review of the Report and Recommendation.

Dated: September 14, 2010

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EXTENSION
Case No. C 07-03677 JSW