UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>HILLERICH & BRADSBY CO.,<br>a private company,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C07-03677 JSW<br><br>[PROPOSED]<br>**ORDER MODIFYING SCHEDULE FOR HILLERICH & BRADSBY CO.'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS** |

Having read the parties' stipulation to modify the briefing and hearing schedule for H&B's Motion for an Award of Attorneys' Fees and Non-Taxable Cost,

**IT IS HEREBY ORDERED** as follows:

- o McHugh's Opposition to H&B's Motion shall be filed no later than October 25, 2010; and
- o H&B's Reply in support of its Motion shall be filed no later than November 1, 2010.

**IT IS SO ORDERED.**

Dated: October 4, 2010

_____
HON. JEFFREY S. WHITE
United States District Judge

[Proposed] Order Modifying Briefing Schedule for H&B's Motion for a De Novo Determination of Its Request for an Award of Attorneys' Fees and Non-Taxable Costs (Case No. C07-03677 JSW)