UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK L. MCHUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HILLERICH & BRADSBY COMPANY,<br>a private company,<br><br>Defendant. | Case No. C 07-03677 JSW<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO APPEAL ORDER DENYING MOTION FOR ATTORNEYS' FEES |
| HILLERICH & BRADSBY CO. d/b/a<br>Louisville Slugger, a Kentucky corporation,<br><br>Counterclaimant,<br><br>v.<br><br>MARK L. MCHUGH, an individual,<br><br>Counterclaim-Defendant. | |

[PROPOSED] ORDER GRANTING EXTENSION
Case No. C 07-03677 JSW

1 **ORDER**

2 Having read the parties' concurrently filed Stipulation to Extend Time to Appeal of
3 Order Denying Motion for Attorneys' Fees , and good cause appearing therefor,

4 IT IS HEREBY ORDERED that Hillerich & Bradsby Co. ("H&B") may file a
5 notice of appeal of the November 8, 2010 Order adopting the Report and Recommendation
6 within thirty days of a final decision of plaintiff Mark L. McHugh's appeal to the United
7 States Court of Appeals for the Federal Circuit and H&B will not attempt to collect costs
8 from McHugh pending a final decision of the Federal Circuit.

10 Dated: December  6 , 2010

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EXTENSION
Case No. C 07-03677 JSW